# EXHIBIT 3

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone: 201-302-5100  Fax: 201-302-0708

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Domain Capital, LLC
2050 Center Ave.
Ste. 600
Fort Lee NJ, 07024

5577986

DEDE

17582 - DOMAIN CAPITAL, LLC
File with: Secretary of State, DE

CT Lien Solutions
Representation of filing

This filing is Completed
File Number : 60358622
File Date   : 31-Jan-2006

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name(1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **Escom, LLC**

1c. MAILING ADDRESS: 123 Newbury Street
CITY: Boston
STATE: MA
POSTAL CODE: 02116
COUNTRY: USA

1e. TYPE OF ORGANIZATION: LLC
1f. JURISDICTION OF ORGANIZATION: DE
1g. ORGANIZATIONAL ID#: 4083484

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name(2a or 2b) - do not abbreviate or combine names
(blank)

3. SECURED PARTY'S (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **DOM Partners, LLC**

3c. MAILING ADDRESS: 2050 Center Avenue, Ste. 600
CITY: Fort Lee
STATE: NJ
POSTAL CODE: 07024
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:
Debtor hereby grants and assigns to Secured Party (pari passu with the security interests granted pursuant to Secured Pomissory Note 1 in favor of Washington Technology Associates, LLC and the Security Agreement executed of even date, January 12, 2006, by Debtor, that grants the same terms and conditions as given to Washington Technology Associates, LLC, in Note 2) a continuing, first lien security interest in and to all right, title, and interest of Debtor in an undivided one hundred (100%) percent interest in the internet domain name and related INTERNIC registration of the URL www.sex.com, and one hundred (100%) percent of all cash proceeds, accounts receivable, licensing rights and intellectual property rights directly associated with or derived from the ownership of such URL.

This security interest is subordinate to the Convertible Promissory Note, on January 12, 2006, executed by Debtor in favor of DOM Partners, LLC.

9. OPTIONAL FILER REFERENCE DATA
5577986      Escom-2

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)
Prepared by CT Lien Solutions [3.23.0]

Exhibit 3
Page 31

# iLien Cover Page

Date Printed: 01/22/2010

Debtor:
Escom, LLC
123 Newbury Street
Boston, MA 02116

lease num: Escom-3
REF2:
REF3:
REF4:
Ref5:
Ref6:
Ref7:
Law Firm Bill Code:

iLien File #: 17967862
Order Confirmation #: 5576101

UserID: 113448
Number of Collateral Pages Attached: 0

Transaction Type: Original
Jurisdiction: DE, Secretary of State

Exhibit 3
Page 32