# EXHIBIT 4

**PETER J. GLANTZ**
ATTORNEY AT LAW
475 PARK AVENUE SOUTH ♦ 26th FLOOR ♦ NEW YORK, NEW YORK 10016 ♦ (212) 213-0202
E-MAIL ADDRESS ♦ PGLANTZ@GMAIL.COM

January 13, 2009

**VIA ELECTRONIC DELIVERY & CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Mr. Andrew Miller
Escom, LLC
123 Newbury Street, Second Floor
Boston, Massachusetts 02116

    Re:    <u>Notice of Default</u>

Dear Andrew:

    As you are aware, DOM Partners, LLC ("DOM Partners"), on or about January 12, 2006, extended financing to Escom, LLC ("Escom") in the amount of Three Million Dollars ($3,000,000.00) (the "Note") and One Million Five Hundred Thousand Dollars ($1,500,000.00), pursuant to the terms of a certain Secured Promissory Note and Convertible Promissory Note, respectively (the "Convertible Note"). Additionally, DOM Partners has an initial equity position of One Million Dollars ($1,000,000.00). Pursuant to the terms of a certain Security Agreement entered into by and between DOM Partners and Escom on or about January 12, 2006 (the "Security Agreement"), Escom granted and assigned to DOM Partners the domain name located at www.sex.com (the "Domain Name"), any trademarks and associated goodwill related to the Domain Name, any accounts receivable, accounts, instruments, general intangibles and payment intangibles arising from or related to use of the Domain Name, and its proceeds (collectively, the "Collateral").

    On January 1, 2009, the Note, and all principal and all accrued interest due and payable thereon was due and payable (the "Maturity Date"). Pursuant to the Note, Escom had two (2) options to extend the Maturity Date for an additional one (1) year period upon, among other conditions, the provisioning of Three Hundred Thousand Dollars ($300,000.00) to DOM Partners that would have been used towards the repayment of the principal due under the Note (the "Extension Option"). However, Escom has failed to exercise the Extension Option.

    Notwithstanding DOM Partners' repeated good faith attempts to assist Escom in satisfying the outstanding balance due under the Note, it has recently come to my attention that Escom is currently in arrears. The outstanding balance due under the Note is Three Million Two Hundred Forty-Eight Thousand Nine Hundred Ninety-Eight Dollars and Fifty-Two cents ($3,248,998.52) (the "Outstanding Balance"). **As a result of Escom's failure to comply with the terms of the Note, this correspondence shall serve as written notice to Escom that it is in default pursuant to Section 6 of the Note and Article VI of the Security Agreement.** DOM Partners further hereby demands immediate payment of the Outstanding Balance in full. In the event that

Exhibit 4
Page 33

*Mr. Andrew Miller*
*Escom, LLC*
*January 13, 2009*
*Page 2*

Escom fails to cure such default within the applicable time period set forth in the Note and/or the Security Agreement, an "Event of Default" shall automatically occur.

     Should an "Event of Default" occur, DOM Partners, pursuant to Section 6 of the Note and Article VI of the Security Agreement, at its option, shall have the right to perform any or all of the following: (i) to collect all revenues derived in any form from the use of, or otherwise directly attributable to or earned by the Collateral; (ii) foreclose on the Collateral; (iii) sell, dispose of, hold, use or lease the Collateral; or (iv) commence proceedings against Escom in any court of competent jurisdiction for the appointment of a receiver of the Collateral or any part thereof. Moreover, DOM Partners shall have all other rights and remedies available to it at law and/or in equity including, any rights associated with being a secured party under the Uniform Commercial Code and those set forth in the Note and Security Agreement. Should DOM Partners elect any of the above-referenced remedies, Escom shall remain fully liable to DOM Partners for reasonable damages as provided by law and for all costs and expenses incurred by DOM Partners on account of Escom's default including, but not limited to, all court costs and attorney's fees.

     We trust that you recognize the severity of this situation and that payment of the Outstanding Balance will be immediately remitted to DOM Partners. We plan on auditing Escom's books and records some time next week and presume Escom's corporate books and records are located at 123 Newbury Street. Please confirm the best dates and time.

     This letter does not purport to be a complete statement of the law or facts surrounding this matter, and is submitted without prejudice to DOM Partners' legal and equitable rights, which are expressly reserved. I look forward to hearing from you.

                                                          Sincerely,

                                                          Peter J. Glantz

Cc:    Russell J. Chalk, Esq.
        100 Congress Avenue, Suite 2100
        Austin, Texas 78701

Exhibit 4
Page 34