# EXHIBIT 5

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone: 201-302-5100 Fax: 201-302-0708

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Domain Capital, LLC
2050 Center Ave.
Ste. 600
Fort Lee NJ, 07024

5576245

DEDE

17582 - DOMAIN CAPITAL, LLC
File with: Secretary of State, DE

CT Lien Solutions
Representation of filing

This filing is Completed
File Number : 60352799
File Date : 30-Jan-2006

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name(1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Escom, LLC

1c. MAILING ADDRESS: 123 Newbury Street
CITY: Boston
STATE: MA
POSTAL CODE: 02116
COUNTRY: USA

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: DE | 1g. ORGANIZATIONAL ID#, if any: 4083484 | NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name(2a or 2b) - do not abbreviate or combine names

(blank)

3. SECURED PARTY'S (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: Washington Technology Associates, LLC

3c. MAILING ADDRESS: c/o Brian H. Leventhal, Esq., 5606 Whitney Mill Way
CITY: North Bethesda
STATE: MD
POSTAL CODE: 20852
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:
Debtor hereby grants and assigns to Secured Party (pari passu with the security interests granted pursuant to Secured Pomissory Note 2 in fave of DOM Partners, LLC and the Security Agreement executed of even date, January 12, 2006, by Debtor, that grants the same terms and conditions as give to Washington Technology Associtates, LLC, in Note 1) a continuing, first lien security interest in and to all right, title, and interest of Debtor in an undivided one hundred (100%) percent interest in the internet domain name and related INTERNIC registration of the URL www.sex.com, and one hundred (100%) percent of all cash proceeds, accounts receivable, licensing rights and intellectual property rights directly associated with or derived from the ownership of such URL.

This security interest is subordinate to the Convertible Promissory Note, on January 12, 2006, executed by Debtor in favor of DOM Partners, LLC.

5. ALTERNATE DESIGNATION [if applicable]: LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG.LIEN | NON-UCC FILING

6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS   Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA
5576245       Escom-1

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions (3.23.0)

Exhibit 5
Page 35

# iLien Cover Page

Date Printed: 01/22/2010

Debtor:
Escom, LLC
123 Newbury Street
Boston, MA 02116

lease num: Escom-1
REF2:
REF3:
REF4:
Ref5:
Ref6:
Ref7:
Law Firm Bill Code:

iLien File #: 17967865
Order Confirmation #: 5578012

UserID: 113448
Number of Collateral Pages Attached: 0

Transaction Type: Collateral Amendment
Jurisdiction: DE, Secretary of State

Exhibit 5
Page 36

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone: 201-302-5100 Fax: 201-302-0708

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Domain Capital, LLC
2050 Center Ave.
Ste. 600
Fort Lee NJ, 07024

5578012

DEDE

17582 - DOMAIN CAPITAL, LLC
File with: Secretary of State, DE

CT Lien Solutions
Representation of filing

This filing is Completed
File Number : 60358671
File Date : 31-Jan-2006

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
60352799  1/30/2006  SS DE

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7
☐ CHANGE name and/or address   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION
6a. ORGANIZATION'S NAME
OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION
7a. ORGANIZATION'S NAME
OR
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

Debtor hereby grants and assigns to Secured Party (pari passu with the security interests granted pursuant to Secured Promissory Note 2 in favor of DOM Partners, LLC and the Security Agreement executed of even date, January 12, 2006, by Debtor, that grants the same terms and conditions as given to Washington Technology Associates, LLC, in Note 1) a continuing, first lien security interest in and to all right, title, and interest of Debtor in an undivided one hundred (100%) percent interest in the internet domain name and related INTERNIC registration of the URL www.sex.com, and one hundred (100%) percent of all cash proceeds, accounts receivable, licensing rights and intellectual property rights directly associated with or derived from the ownership of such URL.

This security interest is subordinate to the Convertible Promissory Note, on January 12, 2006, executed by Debtor in favor of DOM Partners, LLC.

9. NAME of SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
Washington Technology Associates, LLC
OR
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
5578012    Debtor Name: Escom, LLC
Escom-1

FILING OFFICE COPY - UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)    Prepared by CT Lien Solutions (3.23.0)

Exhibit 5
Page 37

# iLien Cover Page

Date Printed: 01/22/2010

Debtor:
Escom, LLC
123 Newbury Street
Boston, MA 02116

lease num: Escom-2
REF2:
REF3:
REF4:
Ref5:
Ref6:
Ref7:
Law Firm Bill Code:

iLien File #: 17967819
Order Confirmation #: 5577986

UserID: 113448
Number of Collateral Pages Attached: 0

Transaction Type: Original
Jurisdiction: DE, Secretary of State

Exhibit 5
Page 38