# EXHIBIT 7

**DOM PARTNERS LLC**
**2050 CENTER AVENUE, SUITE 600**
**FORT LEE, NEW JERSEY 07024**

**NOTICE OF FORECLOSURE SALE**
(Public Sale of Collateral Under the Uniform Commercial Code)

**To:**

| | |
|---|---|
| Escom, LLC<br>123 Newbury Street<br>Boston, Massachusetts 02116<br>Attn: Andrew Miller | Internet Real Estate Group LLC<br>188 Needham Street, Suite 255<br>Newton, MA 02464<br>Attn: Andrew Miller |
| Escom, LLC<br>188 Needham Street, Suite 255<br>Newton, MA 02464<br>Attn: Andrew Miller | Washington Technology Associates, LLC<br>5606 Whitney Mill Way<br>North Bethesda, Maryland 20852<br>Attn: Michael Mann |
| Escom, LLC<br>Delaware Corporate Agents<br>4406 Tennyson Road<br>Wilmington, DE 19802 | iEntertainment, Inc.<br>c/o Brian H. Leventhal, Esq.<br>5606 Whitney Mill Way<br>North Bethesda, Maryland 20852 |
| Escom, LLC<br>21300 Victory Boulevard, Suite 265<br>Woodland Hills, CA 91367<br>Attn: Andrew Miller | i95 Investment Group<br>60 Wells Avenue, Suite 100<br>Newton, MA 02459<br>Attn: Corey Bialow<br>Attn: Andrew Miller |
| Escom, LLC<br>23480 Park Sorrento<br>Calabasas, CA 91302<br>Attn: Del Anthony | Domain Name Acquisition Group, LLC<br>c/o Internet Real Estate Group LLC<br>188 Needham Street, Suite 255<br>Newton, MA 02464<br>Attn: Andrew Miller |
| Nothin' But Net, LLC<br>c/o Cardworks L.P.<br>101 Cross Parkway West<br>Woodbury, New York 11797<br>Attention: Donald Berman | Nothin' But Net, LLC<br>c/o Internet Real Estate Group LLC<br>188 Needham Street, Suite 255<br>Newton, MA 02464<br>Attn: Andrew Miller |

**From:**

| | |
|---|---|
| DOM Partners LLC<br>2050 Center Avenue, Suite 600<br>Fort Lee, New Jersey 07024 | Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Attn: Scott R. Matthews, Esq.<br>Counsel to DOM Partners LLC |

{10548699:2}

Exhibit 7
Page 86

PLEASE TAKE NOTICE that, for default in the payment of debt and performance of obligations owed by Escom, LLC ("**Borrower**"), to DOM Partners LLC ("**Secured Party**"), Secured Party will, on the 18th day of March 2010, commencing at 11 a.m. Eastern time, at the offices of Windels Marx Lane & Mittendorf, LLP, located at 156 West 56th Street, New York, New York 10019, through Richard B. Maltz, DCA # 1240836 or David R. Maltz, DCA # 762794 as Auctioneer, sell at public auction to the highest bidder the following property (the "**Collateral**"):

All right, title and interest of Borrower in and to the following, whether now owned by Borrower or hereafter acquired, now existing or hereafter arising:

(a) All of Borrower's interest in and to all right, title and interest in an undivided one hundred percent (100%) interest in the internet domain name and related INERNIC registration of the URL www.sex.com, and one hundred percent (100%) of all cash proceeds, accounts receivable, licensing rights and intellectual property rights directly associated with or derived from the ownership of such URL.

(b) All of the Collateral of Borrower pledged pursuant to that certain Security Agreement dated as of January 12, 2006 (the "Agreement"), including, without limitation, collectively all of the then-owned and thereafter acquired tangible and intangible property of the Borrower, including all of the following: (i) all Accounts; (ii) all Chattel Paper; (iii) all Equipment; (iv) all Goods; (v) all Instruments; (vi) all Inventory; (vii) all General Intangibles; (viii) all Contract Rights; (ix) all Proceeds; (x) all Investment Interests; (xi) all books and records of the Borrower; (xii) all monies, deposit accounts, and rights to money of any kind; (xiii) all additions or accessions to any of the foregoing; (xiv) all substitutions for any of the foregoing; and (xv) all replacements, products and proceeds of the foregoing. All capitalized terms shall have the meanings ascribed to them in the Agreement.

(c) All "securities," "accounts," "general intangibles," "instruments" and "investment property" (in each case as defined in the Uniform Commercial Code, from time to time in effect in the State of New Jersey, the "**Code**") constituting or relating to the foregoing;

(d) All other payments, if any, due or to become due to Borrower in respect of the Collateral under or arising out of any organizational document of Borrowers or otherwise, whether as contractual obligations, damages, insurance proceeds, condemnation awards or otherwise;

(e) All proceeds, products and accessories of any and all of the foregoing (including proceeds that constitute property of types described above); and

(f) All collateral reflected in the UCC filing dated January 31, 2006, as amended.

{10548699;2}

Exhibit 7
Page 87

The Collateral is being sold "AS IS". The purchase price for the Collateral shall be required to be paid by certified or bank check to Secured Party or its designee at the time and place of the sale. Absolutely no representations or warranties are made as to the legal or physical status of the Collateral or whether the Collateral is subject to any lien or encumbrances. The Secured Party reserves the right to adjourn, delay or terminate the sale, determine the successful purchaser or to offer the Collateral for resale. To be qualified to bid at the auction, bidders must appear at the auction with a certified bank check in the amount of $1,000,000 made payable to "Windels Marx Lane & Mittendorf, LLP, as Escrow Agent for DOM Partners LLC". These terms of sale may be amended or modified. The Secured Party reserves the right to bid at the sale, and may credit against the purchase price bid all sums due to the Secured Party under the Agreement, including but not limited to, all costs, fees and expenses of this sale, all attorneys' fees and other expenses incurred in connection with protection of the Secured Party's lien.

For a more detailed description of the Collateral and for certain information concerning the Collateral and Borrower, you may visit the Auctioneer's website at http://www.MaltzAuctions.com.

Borrower may attend the sale and bring bidders. Borrower is entitled to an accounting of the unpaid indebtedness. Any recipient of this Notice may request an accounting.

Very truly yours,

*Scott R. Matthews* (signature)

Scott R. Matthews
For Windels Marx Lane & Mittendorf, LLP
Counsel to DOM Partners LLC

cc:    DOM Partners LLC

{10548699:2}

Exhibit 7
Page 88