# EXHIBIT 8

## Matthews, Scott

**From:** Del Anthony [del@escomllc.com]
**Sent:** Wednesday, March 17, 2010 2:58 PM
**To:** Matthews, Scott
**Subject:** Re: Notice

Mr. Matthews:

I am fully aware of the corporate authority issues associated with initiating a bankruptcy filing for Escom and I take note of DOM's stance on a potential bankruptcy filing.

Retaining council was done to help the company ensure that all stakeholder interests are considered in light of Escom's apparent insolvency as I am duty-bound to do. This was especially critical given that our primary asset is scheduled to be auctioned off tomorrow.

I look forward to hearing how the auction goes. If it was as adequately marketed as you have represented, then I assume you would expect a fair market result.

Del

On Mar 17, 2010, at 10:36 AM, Matthews, Scott wrote:

> Mr. Anthony,
>
> I write in furtherance to my email from yesterday in response to your statements regarding the retention of Pachulski Stang Ziehl & Jones, LLP. Please clarify the specific purpose of retaining counsel in this regard.
>
> The Escom, LLC Operating Agreement requires unanimous consent of the Managers to file any bankruptcy action. Please advise of whether Escom, LLC has taken a vote of the Managers. DOM Partners LLC does not consent at this time.
>
> Very truly yours,
>
> Scott Matthews
>
> ---
>
> **From:** Matthews, Scott
> **Sent:** Tuesday, March 16, 2010 6:14 PM
> **To:** 'del@escomllc.com'
> **Subject:** Re: Notice
>
> Mr. Anthony,
>
> Your email below has been referred to me for a response on behalf of DOM Partners LLC ("DOM").
>
> As you know, DOM has incurred considerable legal, marketing and advertising costs in connection with the auction scheduled to be held on Thursday, March 18, 2010. DOM is confident that the auction, which has generated worldwide publicity, is the best method to achieve the greatest price for the sale of the Domain. Any interference with that auction would obviously be detrimental to all interests.
>
> Should your counsel be interested in discussing this further, I am available at (212) 237-1025.

Very truly yours,

Scott Matthews


Begin forwarded message:

> **From:** Del Anthony <del@escomllc.com>
> **Date:** March 16, 2010 10:44:33 AM EDT
> **To:** Robert Muzzy <rmuzzy@schoonercap.com>, Andrew Miller <amiller@internetrealestate.com>, Brian Leventhal <brian@leventhallegal.com>
> **Subject: Notice**
>
> In light of the Escom's present inability to achieve stability among its member-managers as well as the scheduled foreclosure proceeding with respect to its primary asset, please be advised that the company has retained Pachulski Stang Ziehl & Jones, LLP to advise it with respect to insolvency matters. Together with the Pachulski firm, the company will endeavor to ensure the best overall recovery for its stakeholders.
>
> If you have any questions, please don't hesitate to contact me.
>
> Del
>
> **ESCOM** **Del Anthony** CEO/President
> del@escomllc.com | 800-506-9810 x100 | fax 800-506-9811
>
> This transmission may contain information that is PRIVILEGED, CONFIDENTIAL AND/OR PROPRIETARY. The information contained herein is for the exclusive use of the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, disclosure, use or duplication of this message in whole or in part is strictly prohibited. If you have received this communication in error, please immediately delete it and notify me by telephone and electronic mail at the above address.

Scott R. Matthews | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street, New York, New York 10019 | Direct Dial: 212.237.1025 | General Fax: 212.262.1215 | smatthews@windelsmarx.com | www.windelsmarx.com

IRS Circular 230 Disclosure: As required by Federal Regulations, we inform you that any tax advice contained herein was not written or intended to be used (and cannot be used) for the purpose of avoiding federal tax penalties, or for the purpose of promoting, marketing, or recommending any transaction or matter to another party.

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, regardless of whether you are a named recipient, please notify the sender by reply e-mail and delete the message and any attachments.

**ESCOM** **Del Anthony** CEO/President
del@escomllc.com | 800-506-9810 x100 | fax 800-506-9811

This transmission may contain information that is PRIVILEGED, CONFIDENTIAL AND/OR PROPRIETARY. The information contained herein is for the exclusive use of the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, disclosure, use or duplication of this message in whole or in part is strictly prohibited. If you have received this communication in error, please immediately delete it and notify me by telephone and electronic mail at the above address.