# EXHIBIT 10

## Matthews, Scott

**From:** Brian Taff [btaff@comcast.net]
**Sent:** Thursday, January 21, 2010 5:29 PM
**To:** Robert Alfano
**Subject:** Escom Distribution

Our thoughts ....

Cash Distributions; Back Interest

Del has communicated that there is $100,000 is free cash available for distribution to pay interest on the Senior Secured Debt (WTA and DOM). Based on our calculations (above), the pro-rata split would be $62,593.02 to WTA and $37,406.98 to DOM.

Unless you have any objections, we will submit to Del and the managers for a distribution in these amounts immediately upon confirmation from you.

Thanks,

BT