| | |
|---|---|
| Daniel G. Gurfein (DG-6355)<br>Abigail Snow (AS-2960)<br>SATTERLEE STEPHENS BURKE & BURKE LLP<br>230 Park Avenue, Suite 1130<br>New York, New York 10169<br>Telephone: (212) 818-9200<br>Facsimile: (212) 818-9606<br>Email: dgurfein@ssbb.com<br><br>*Attorneys for Nothin' But Net, LLC* |  |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ESCOM LLC,<br><br>    Debtor. | Case No.: 1:10-bk-13001-GM<br><br>Chapter 11 (involuntary)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS** |

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA; THE PETITIONING CREDITORS AND THEIR COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Nothin' But Net, LLC, a creditor and party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following office, post office address, email address, fax and telephone number:

Original

798845_1

> Daniel G. Gurfein, Esq.
> Abigail Snow, Esq.
> Satterlee Stephens Burke & Burke LLP
> 230 Park Avenue, 11th Floor
> New York, New York 10169
> Tel:    (212) 818-9200
> Fax:    (212) 818-9606
> Email: dgurfein@ssbb.com
>         asnow@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Nothin' But Net, LLC requests that its counsel, Satterlee Stephens Burke & Burke LLP, be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Nothin' But Net, LLC to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such

withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
      March 25, 2010

                                 SATTERLEE STEPHENS BURKE & BURKE LLP
                                 *Attorneys for Nothin' But Net, LLC*

                                 By: _____
                                    Daniel G. Gurfein (DG-6355)
                                    Abigail Snow (AS-2960)
                                 230 Park Avenue, Suite 1130
                                 New York, New York 10169
                                 Tel: (212) 818-9200
                                 Fax: (212) 818-9606
                                 Email: dgurfein@ssbb.com

798845_1