NOSSAMAN LLP
Allan H. Ickowitz (SBN 80994)
John W. Kim (SBN 216251)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: 213-612-7849
Facsimile: 213-612-7801
aickowitz@nossaman.com
jkim@nossaman.com

-and-

WINDELS MARX LANE & MITTENDORF, LLP
Alan Nisselson, Esq.
Scott R. Matthews, Esq.
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
anisselson@windelsmarx.com
smatthews@windelsmarx.com

Attorneys for DOM Partners LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Involuntary Chapter 11 Petition |
| ESCOM, LLC, | Case No. 10-bk-13001-GM |
| Debtor. | **NOTICE OF PROOFS OF SERVICES RE: (I) MOTION OF DOM PARTNERS, LLC FOR ENTRY OF AN ORDER TO DISMISS ESCOM'S INVOLUNTARY BANKRUPTCY PETITION FOR CAUSE [DKT NO. 3], (II) DECLARATION OF ROBERT E. SEAMAN III IN SUPPORT OF MOTION TO DISMISS [DKT NO. 4] AND (III) NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY [DKT NO. 5]** |
| | <u>HEARING</u><br>Date:    April 20, 2010<br>Time:    10:00 a.m.<br>Judge:   Hon. Geraldine Mund (Crtm. 303)<br>Place:   21041 Burbank Blvd<br>           Woodland Hills, CA |

384539_1.DOC

**NOTICE OF PROOF OF SERVICES**

**PLEASE TAKE NOTICE** that attached hereto as Exhibit "1" are the Proofs of Services of:

1. Notice of Motion and Motion of DOM Partners, LLC for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 305(a) and 1112(b) Dismissing ESCOM's Involuntary Bankruptcy Petition for Cause; Memorandum of Points and Authorities [Dkt. No. 3];

2. Declaration of Robert E. Seaman III in Support of Motion of DOM Partners LLC for Entry of an Order Pursuant to Bankruptcy Code §§ 105, 305(a) and 1112(b) Dismissing the Petition, and Awarding Sanctions Against Petitioners [Dkt. No. 4]; and

3. Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362; Memorandum of Points and Authorities in Support of DOM Partners LLC's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1); Supplemental Declaration of Robert E. Seaman III (with Exhibits 1 through 10) [Dkt. No. 5].

Dated: March 30, 2010

NOSSAMAN LLP
Allan H. Ickowitz
John W. Kim

- AND -

WINDELS MARX LANE & MITTENDORF, LLP
Alan Nisselson
Scott R. Matthews

By: _____
JOHN W. KIM
Attorneys for DOM Partners, LLC

| In re: ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Nossaman LLP, 445 S. Figueroa Street, 31st floor, Los Angeles, CA 90071**

The foregoing document described **NOTICE OF PROOF OF SERVICES RE NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY [DKT NO. 5], DECLARATION OF ROBERT E. SEAMAN III IN SUPPORT OF MOTION OF FOR ENTRY OF AN ORDER TO DISMISS ESCOM'S INVOLUNTARY BANKRUPTCY PETITION FOR CAUSE [DKT NO. 4] AND MOTION OF DOM PARTNERS, LLC FOR ENTRY OF AN ORDER TO DISMISS ESCOM'S INVOLUNTARY BANKRUPTCY PETITION FOR CAUSE [DKT NO. 3]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 29, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 29, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 29, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2010 | Mitchi Shibata | /s/ Mitchi Shibata |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 10-bk-13001-GM |

## SERVICE LIST

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

S Margaux Ross    margaux.ross@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

### II. SERVED BY OVERNIGHT MAIL

**Bankruptcy Court**
The Honorable Geraldine Mund
United States Bankruptcy Court - Central District of CA
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

### III. SERVED BY E-MAIL

**Attorneys for Petitioners Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Mark Chassman
120 Broadway Suite 300
Santa Monica, CA 90401
mchassman@chassmanseelig.com

**Attorneys for Petitioners Washington Technology Associates, LLC, iEntertainment, Inc.,and  AccountingMatters.comLLC**
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
lfm@msf-law.com

**Debtor**
Escom LLC
23480 Park Sorrento Ste 206B
Calabasas, CA 91302
Attn: Del Anthony
del@escomllc.com

**Debtor's Counsel**
Jeffrey W. Dulberg, Esq.
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
jdulberg@pszjlaw.com

**Counsel to Creditors or Parties in Interest Nuthin' But Net, LLC:**
Daniel G. Gurfein, Esq.
Satterlee Stephens, Burke & Burke LLP
230 Park Avenue
New York, New York 10169
dgurfein@ssbb.com

**Creditors or Parties in Interest**
i95 Investment Group
200 Highland Avenue, Suite 401
Needham, MA 02494
Attn: Corey Bialow, Andrew Miller
cbialow@bialow.com
amiller@internetrealestate.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                **F 9013-3.1**

| In re: ESCOM, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 10-bk-13001-GM |

**Creditors or Parties in Interest**
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham Street, Suite 255
Newton, MA 02464
Attn: Andrew Miller
amiller@internetrealestate.com

**Attorneys for US Trustee**
S. Margaux Ross, Esq.
21051 Warner Ctr. Lane, Suite 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                    **F 9013-3.1**