**Exhibit "A"**

**DOM PARTNERS LLC**
**2050 CENTER AVENUE, SUITE 600**
**FORT LEE, NEW JERSEY 07024**

**NOTICE OF FORECLOSURE SALE**
**(Public Sale of Collateral Under the Uniform Commercial Code)**

**To:**

| | |
|---|---|
| Escom, LLC<br>123 Newbury Street<br>Boston, Massachusetts 02116<br>Attn: Andrew Miller | Internet Real Estate Group LLC<br>188 Needham Street, Suite 255<br>Newton, MA 02464<br>Attn: Andrew Miller |
| Escom, LLC<br>188 Needham Street, Suite 255<br>Newton, MA 02464<br>Attn: Andrew Miller | Washington Technology Associates, LLC<br>5606 Whitney Mill Way<br>North Bethesda, Maryland 20852<br>Attn:   Michael Mann |
| Escom, LLC<br>Delaware Corporate Agents<br>4406 Tennyson Road<br>Wilmington, DE 19802 | iEntertainment, Inc.<br>c/o Brian H. Leventhal, Esq.<br>5606 Whitney Mill Way<br>North Bethesda, Maryland 20852 |
| Escom, LLC<br>21300 Victory Boulevard, Suite 265<br>Woodland Hills, CA 91367<br>Attn: Andrew Miller | i95 Investment Group<br>60 Wells Avenue, Suite 100<br>Newton, MA 02459<br>Attn: Corey Bialow<br>Attn: Andrew Miller |
| Escom, LLC<br>23480 Park Sorrento<br>Calabasas, CA 91302<br>Attn: Del Anthony | Domain Name Acquisition Group, LLC<br>c/o Internet Real Estate Group LLC<br>188 Needham Street, Suite 255<br>Newton, MA 02464<br>Attn: Andrew Miller |
| Nothin' But Net, LLC<br>c/o Cardworks L.P.<br>101 Cross Parkway West<br>Woodbury, New York 11797<br>Attention: Donald Berman | Nothin' But Net, LLC<br>c/o Internet Real Estate Group LLC<br>188 Needham Street, Suite 255<br>Newton, MA 02464<br>Attn: Andrew Miller |

**From:**

| | |
|---|---|
| DOM Partners LLC<br>2050 Center Avenue, Suite 600<br>Fort Lee, New Jersey 07024 | Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Attn:   Scott R. Matthews, Esq.<br>Counsel to DOM Partners LLC |

{10548699;2}

Exhibit 7
Page 86

PLEASE TAKE NOTICE that, for default in the payment of debt and performance of obligations owed by Escom, LLC ("**Borrower**"), to DOM Partners LLC ("**Secured Party**"), Secured Party will, on the 18th day of March 2010, commencing at 11 a.m. Eastern time, at the offices of Windels Marx Lane & Mittendorf, LLP, located at 156 West 56th Street, New York, New York 10019, through Richard B. Maltz, DCA # 1240836 or David R. Maltz, DCA # 762794 as Auctioneer, sell at public auction to the highest bidder the following property (the "**Collateral**"):

All right, title and interest of Borrower in and to the following, whether now owned by Borrower or hereafter acquired, now existing or hereafter arising:

(a)    All of Borrower's interest in and to all right, title and interest in an undivided one hundred percent (100%) interest in the internet domain name and related INERNIC registration of the URL www.sex.com, and one hundred percent (100%) of all cash proceeds, accounts receivable, licensing rights and intellectual property rights directly associated with or derived from the ownership of such URL.

(b)    All of the Collateral of Borrower pledged pursuant to that certain Security Agreement dated as of January 12, 2006 (the "Agreement"), including, without limitation, collectively all of the then-owned and thereafter acquired tangible and intangible property of the Borrower, including all of the following: (i) all Accounts; (ii) all Chattel Paper; (iii) all Equipment; (iv) all Goods; (v) all Instruments; (vi) all Inventory; (vii) all General Intangibles; (viii) all Contract Rights; (ix) all Proceeds; (x) all Investment Interests; (xi) all books and records of the Borrower; (xii) all monies, deposit accounts, and rights to money of any kind; (xiii) all additions or accessions to any of the foregoing; (xiv) all substitutions for any of the foregoing; and (xv) all replacements, products and proceeds of the foregoing. All capitalized terms shall have the meanings ascribed to them in the Agreement.

(c)    All "securities," "accounts," "general intangibles," "instruments" and "investment property" (in each case as defined in the Uniform Commercial Code, from time to time in effect in the State of New Jersey, the "**Code**") constituting or relating to the foregoing;

(d)    All other payments, if any, due or to become due to Borrower in respect of the Collateral under or arising out of any organizational document of Borrowers or otherwise, whether as contractual obligations, damages, insurance proceeds, condemnation awards or otherwise;

(e)    All proceeds, products and accessories of any and all of the foregoing (including proceeds that constitute property of types described above); and

(f)    All collateral reflected in the UCC filing dated January 31, 2006, as amended.

{10548699;2}

**Exhibit 7**
**Page 87**

Page No. 15

The Collateral is being sold "AS IS". The purchase price for the Collateral shall be required to be paid by certified or bank check to Secured Party or its designee at the time and place of the sale. Absolutely no representations or warranties are made as to the legal or physical status of the Collateral or whether the Collateral is subject to any lien or encumbrances. The Secured Party reserves the right to adjourn, delay or terminate the sale, determine the successful purchaser or to offer the Collateral for resale. To be qualified to bid at the auction, bidders must appear at the auction with a certified bank check in the amount of $1,000,000 made payable to "Windels Marx Lane & Mittendorf, LLP, as Escrow Agent for DOM Partners LLC". These terms of sale may be amended or modified. The Secured Party reserves the right to bid at the sale, and may credit against the purchase price bid all sums due to the Secured Party under the Agreement, including but not limited to, all costs, fees and expenses of this sale, all attorneys' fees and other expenses incurred in connection with protection of the Secured Party's lien.

For a more detailed description of the Collateral and for certain information concerning the Collateral and Borrower, you may visit the Auctioneer's website at http://www.MaltzAuctions.com.

Borrower may attend the sale and bring bidders. Borrower is entitled to an accounting of the unpaid indebtedness. Any recipient of this Notice may request an accounting.

Very truly yours,

Scott R. Matthews
For Windels Marx Lane & Mittendorf, LLP
Counsel to DOM Partners LLC

cc:    DOM Partners LLC

**Exhibit "B"**

Order of the U.S.
Bankruptcy Court
*2009-05-21*

David R. Maltz & Co., Inc. is
Retained to Sell Three
Southampton and
Manhattan Properties by
Order of the U.S.
Bankruptcy Court
*2009-05-15*

New York Racing
Association, Inc. Retains
Prominent Auction Firm to
Sell 64 Surplus Tax Lots
Totaling 325,000+ Sq Ft
*2009-05-07*

Multi-Property Auction Event
Announced for June 3rd
*2009-05-01*

David R. Maltz & Co., Inc. is
Retained to Sell the 38,000
Sq Ft AGAPE WORLD, INC.
Indoor Sports Facility
*2009-04-28*

Multi-Property Auction Event
Announced for March 4th
*2009-02-04*

Builder Directs Public
Auction of 7,000 Sq Ft
Home in Franklin Lakes, NJ
*2009-01-15*

Hammer Falls on the
"Cricket II" - The "JAWS"
Movie Boat
*2008-12-01*

9 Luxury & Investment
Properties Slated for Auction
in October
*2008-08-29*







**DAVID R. MALTZ & CO., INC.**
155 Terminal Drive
Plainview, NY 11803
p: 516.349.7022 / f: 516.349.0105
info@MaltzAuctions.com

Live On-Site Auction

**Begins:** Thursday, April 15, 2010 at 11:00 AM EDT

**Location:** 155 Terminal Drive
Plainview, NY 11803

Luxury, Starter and Investment Homes, Commercial Buildings, Building Lots,
Development Sites & More...

3,300+ SQ FT HOME IN UPSCALE COMMUNITY

# Bankruptcy Auction

Details
Photo Galleries



Live Off-Site Auction

**Begins:** Thursday, April 15, 2010 at 11:00 AM EDT

**Location:** 45 Fieldstone Lane
Oyster Bay, NY 11771

3 Bedrooms
3.5 Baths

2,000 SQ FT PROFESSIONAL BUILDING

# Bankruptcy Auction

Details
Photo Galleries



**Location:** 151 Haven Avenue
Port Washington, NY 11050

AUCTION POSTPONED - NEW DATE TBA

9,000 SQ FT RESIDENTIAL ASSEMBLAGE

## Immediate Sale Ordered

Details



Live Off-Site Auction

**Begins:** Thursday, April 15, 2010 at 11:00 AM EDT

**Location:** Bristol Avenue
Ozone Park, NY 11417

(3) 3,000 Sq Ft Residential Lots - Sold in Bulk Only

14,000+ SQ FT CORNER RESIDENTIAL LOT

## Immediate Sale Ordered

Details



Live Off-Site Auction

**Begins:** Thursday, April 15, 2010 at 11:00 AM EDT

**Location:** Iroquois Street & Oakdale Avenue
Ronkonkoma, NY 11779

Located on Corner of Iroquis Street & Oakdale Avenue

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Real ... Page 4 of 18

<u>8+ RESIDENTIAL ACRES</u>

## **Bankruptcy Auction**

Details



Live Off-Site Auction

**Begins:**  Thursday, April 15, 2010 at 11:00 AM EDT

**Location:**  County Highway 36
Margaretville, NY 12455

Great Road Frontage

<u>2,000+ SQ FT VACATION HOME ON 1.4 ACRES</u>

## **Bankruptcy Auction**

Details



**Location:**  117 Adams Drive
Londonderry, VT 05148

AUCTION POSTPONED - NEW DATE TBA

<u>TWO BEDROOM CONDO</u>

## **Bankruptcy Auction**

Details
Photo Galleries

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Real ...  Page 5 of 18



Live Off-Site Auction

**Begins:**  Thursday, April 15, 2010 at 11:00 AM EDT

**Location:**  612 Gardens Drive #102
Pompano Beach, FL 33069

2 Bedrooms
2 Baths

SINGLE FAMILY HOME

## **Immediate Sale Ordered**

Details



Live Off-Site Auction

**Begins:**  Thursday, April 15, 2010 at 11:00 AM EDT

**Location:**  256 Washington Blvd
Lake Placid, FL 33852

3 Bedrooms & 2 Baths

7+ ACRE LOT - GATED/WATERFRONT COMMUNITY

## **Bankruptcy Auction**

Details



Live Off-Site Auction

**Begins:**  Thursday, April 15, 2010 at 11:00 AM EDT

**Location:**  156 Sierra Trace Road
Denton, NC 27239

Within "The Springs at High Rock" Subdivision
Close to Charlotte, Winston-Salem and Greensboro

REMAINDER INTEREST - TWO FAMILY HOME

## **Bankruptcy Auction**

 Details



Live Off-Site Auction

**Begins:**  Thursday, April 15, 2010 at 11:00 AM EDT

**Location:**  56 Bay 41st Street
Brooklyn, NY 11214

Selling 1/3rd Remainder Interest in and to Real Property

REMAINDER INTEREST - SINGLE FAMILY HOME

## **Bankruptcy Auction**

 Details



Live Off-Site Auction

**Begins:**  Thursday, April 15, 2010 at 11:00 AM EDT

**Location:**  139 Aspen Road
Mastic Beach, NY 11951

Selling 1/3rd Remainder Interest in and to Real Property

100-150 BANK REPOSSESSED VEHICLES + CONSIGNMENTS

## **Security Agreement Sale**

 Details



Live On-Site Auction

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Real ... Page 7 of 18

**Begins:** Tuesday, April 20, 2010 at 10:30 AM EDT

**Location:** 155 Terminal Drive
Plainview, NY 11803

Detailed Asset List Posted Thursday Prior to Auction

10,000 SQ FT MIXED-USE COMMERCIAL BUILDING

# **Bankruptcy Auction**

Details



Live Off-Site Auction

**Begins:** Wednesday, April 21, 2010 at 11:00 AM EDT

**Location:** 153-155 Main Street
Hackensack, NJ 07601

Prime Downtown Location
5,000 Sq Ft Retail

TWO FAMILY HOME

# **Bankruptcy Auction**

Details
Photo Galleries



Live Off-Site Auction

**Begins:** Wednesday, April 21, 2010 at 11:00 AM EDT

**Location:** 1580 John Street
Fort Lee, NJ 07024

Prime Fort Lee Location

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Real ... Page 8 of 18

## 5,600+ SQ FT BEACHFRONT HOME

## Immediate Sale Ordered

Details



Live On-Site Auction

**Begins:** Saturday, April 24, 2010 at 12:00 PM EDT

**Location:** 27430 Hickory Boulevard
Bonita Springs, FL 34134

Like New Construction - Completed in 2008

## 37,000+ SQ FT OFFICE BUILDING W/ CELL TOWER

## Pre-Foreclosure Auction

Details

Photo Galleries



Live Auction

**Begins:** Tuesday, April 27, 2010 at 11:00 AM EDT

**Location:** 18350 NW 2nd Avenue
Miami, FL 33169

Anchor Tenant: Bank of America
Situated on 3.5+ Acres

## (3) 1-2 FAMILY HOMES

## Bank Ordered Auction

Details

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Real ... Page 9 of 18



Live Off-Site Auction

**Begins:** Tuesday, April 27, 2010 at 11:00 AM EDT

**Location:** 1824-1830 NW 1st Street & 1837 NW Flagler Terrace
Miami, FL 33125

Three Homes Available Individually or in Bulk
Assemblage Offering Development Opportunity

(3) RESIDENTIAL LOTS

## Bankruptcy Auction

Details



Live Off-Site Auction

**Begins:** Tuesday, April 27, 2010 at 11:00 AM EDT

**Location:** Washington & Marion County
FL

Located w/in Washington & Marion County
Sold in Bulk Only

ROCK & ROLL MEMORABILIA

## Bankruptcy Auction

Details



Live On-Site Auction

**Begins:** Wednesday, April 28, 2010 at 11:00 AM EDT

**Location:** 155 Terminal Drive

Plainview, NY 11803

Memorabilia from the 50's through today. Many signed items. Popular artists.

JEWELRY, WATCHES & COLLECTIBLES

## Public Administrator, Estate & Bankruptcy Auction

Details



Live On-Site Auction

**Begins:**  Wednesday, April 28, 2010 at 11:00 AM EDT

**Location:**  155 Terminal Drive
Plainview, NY 11803

New & Estate Gold, Silver, Diamond & Costume Jewelry, Watches & Collectibles

18-HOLE PRESTIGIOUS GOLF CLUB ON 107+ ACRES

## Bankruptcy Auction

Details
Photo Galleries



Live On-Site Auction

**Begins:**  Thursday, May 06, 2010 at 11:00 AM EDT

**Location:**  225 Muttontown-Eastwoods Road
Muttontown, NY 11791

Formerly Operated as "The Woodcrest Club"
Situated on the Gold Coast of Long Island
Incredible Redevelopment/Operator Opportunity

MULTI-PROPERTY AUCTION EVENT

## Currently Accepting Consignments

Details



Live On-Site Auction

**Begins:** Tuesday, May 25, 2010 at 11:00 AM EDT

**Location:** 155 Terminal Drive
Plainview, NY 11803

**Attention All Lenders, Developers, Builders, Bankruptcy Trustees, Brokers & Motivated Property Owners...**
Would You Like a Definitive Date Your Property will Sell?
Consign Your Real Estate Today!

13+ ACRE PRIME COMMERCIAL DEVELOPMENT SITE

# Bankruptcy Auction

Details



Live Off-Site Auction

**Begins:** Tuesday, May 25, 2010 at 11:00 AM EDT

**Location:** Route 58
Riverhead, NY 11901

Ideally Situated Between Tanger Outlet Mall & Riverhead Centre (400,000 Sq Ft Retail)
Daily Traffic Count of 26,000 Cars

5,000 SQ FT FORMER BANK BRANCH ON ROUTE 107

# Immediate Sale Ordered

Details



Live Off-Site Auction

**Begins:** Tuesday, May 25, 2010 at 11:00 AM EDT

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Re...    Page 12 of 18

**Location:**  801 S Broadway
Hicksville, NY 11801

Situated on .65+ Acre Lot Adjacent to McDonald's
Direct Access to South Oyster Bay Road

3.5 ACRE COMMERCIAL LOT

# Immediate Sale Ordered

Details



Live Off-Site Auction

**Begins:**  Tuesday, May 25, 2010 at 11:00 AM EDT

**Location:**  South Avenue & Cable Way
Staten Island, NY 10303

400' Frontage on South Avenue

THREE BEDROOM OCEANFRONT TOWNHOUSE

# Bankruptcy Auction

Details



Live On-Site Auction

**Begins:**  Wednesday, May 26, 2010 at 11:00 AM EDT

**Location:**  416 Oceanfront St
Long Beach, NY 11561

3 Bedrooms & 3 Baths

DOMAIN AUCTION

# Currently Accepting Consignments

Details

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Re...    Page 13 of 18



**Location:** 155 Terminal Drive
Plainview, NY 11803

Current Names Include: TheBe.st , HelloFolks.com , dboodb.com and More...

BEACHFRONT LAND - JAMAICA, WEST INDIES

# Bankruptcy Sale - Currently Seeking Offers

Details



**Location:** Lot 98 A-B
Montego Bay,

Rare Opportunity to Build Your Oceanfront Dream Home in Montego Bay

65,000+ SQ FT INDUSTRIAL BUILDING

# Bankruptcy Sale - Currently Seeking Offers

Details



**Location:** 361 Eastern Parkway
Farmingdale, NY 11735

5 Free Standing Structures
Situated on 2+ Acres

REMAINDER INTEREST - SINGLE FAMILY HOME

# Bankruptcy Sale - Currently Seeking Offers

Details

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Re...    Page 14 of 18

**Investment Opportunity**

**Location:** 612 Harter Avenue
Mansfield, OH 44907

Selling Remainder Interest in and to Real Property

SEX.COM

# AUCTION POSTPONED - NEW DATE TBA

Details

**Domain Auction**

**Location:** 156 West 56th Street
New York, NY 10019

100% Interest in the Internet Domain Name & Related INTERNIC Registration of the URL
Sex.com

NON-PERFORMING MORTGAGE SECURED BY 930+ ACRES

# Bankruptcy Sale - Currently Seeking Offers

Details



**Location:** St Lawrence County, NY

Current Payoff Balance: $2,865,000
Confidentiality Agreeement & Detailed Info Now Available

NON-PERFORMING MORTGAGE SECURED BY NYC CO-OP

# Bankruptcy Sale - Currently Seeking Offers

Details

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Re...    Page 15 of 18



**Location:** 229 East 14th Street
Unit 4W
New York, NY 10003

Current Payoff Balance: $1,140,000
Confidentiality Agreeement & Detailed Info Now Available

---

$500/MONTH ANNUITY

## Bankruptcy Sale - Currently Seeking Offers

Details

Investment
Opportunity

**Location:** 155 Terminal Drive
Plainview, NY 11803

Pays $500/Month from 2015 - 2027

---

SINGLE FAMILY HOME

## Asking Price $539,000

Details



**Location:** 1708 Harold Ave
Wantagh, NY 11793

3 Bedrooms & 2 Baths

---

SINGLE FAMILY HOME

## Asking Price $749,000

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Re...  Page 16 of 18

Details



**Location:** 1 Forestdale Rd
Rockville Centre, NY 11570

3 Bedrooms & 2.5 Baths

SINGLE FAMILY HOME

## Asking Price $425,000

Details



**Location:** 570 7th Ave
New Hyde Park, NY 11040

4 Bedrooms & 1 Bath

78 ACRE RV RESORT - REDEVELOPMENT OPPORTUNITY

## Bankruptcy Sale

Details



**Location:** 10500 NW 54th Avenue
Grimes, IA 50111

$1,250,000 Accepted Offer.  Next Acceptable Bid is $1,375,000.
Prime Frontage on I-80/35
Surrounds 11 Acre Private Pond

TWO BEDROOM CONDO

## Under Contract



**Details**

**Location:** 711 Willis Ave
Unit 1C
Williston Park, NY 11596

2 Bedrooms & 1 Bath

SINGLE FAMILY HOME

## Under Contract



**Details**

**Location:** 90 N. Circle Drive
Elmont, NY 11003

4 Bedrooms & 1 Bath

MULTI-PROPERTY AUCTION EVENTS

## Currently Accepting Consignments



**Details**

**Location:** Plainview, NY

**Attention All Lenders, Developers, Builders, Bankruptcy Trustees, Brokers & Motivated Property Owners...**

DAVID R. MALTZ & CO., INC. - Auctioneers, Liquidators, Appraisers - Licensed Re...    Page 18 of 18

Would You Like a Definitive Date Your Property will Sell?
Consign Your Real Estate Today!

powered by:
auctionSERVICES.com
Powering the Auction Industry

Powered by: AuctionServices.com & NationalAuctionList.com
Copyright © 2010 - DAVID R. MALTZ & CO., INC. - All Rights Reserved

http://www.maltzauctions.com/                                                    4/5/2010

**Exhibit "C"**

Sedo - The world's leading domain marketplace - Sedo.com                    Page 1 of 1



## Full-Service Domain Marketplace

Explore Sedo's world of tools and services - the largest domain marketplace and audience is at your fingertips.

**Buy premium domains at reasonable prices**

**Park and earn top revenue from your domains**

**Sell quickly on the most active domain marketplace**

Become a member

| Search keywords or domains |
| --- |

Browse by category

View market activity        Search now



**Buy Domains**

Find the right names for you!

**Park Domains**

Earn more revenue now!

**Sell Domains**

Start selling with Sedo



| Featured Domains | | Top domains | |
| --- | --- | --- | --- |
| fly.hn | Make Offer | jock.com | 500,000 USD |
| femaleroulette.com | 10,000 EUR | ts.com | 650,000 USD |
| aboutcellphoneservice.c | Make Offer | number.com | 750,000 USD |
| healthcaremania.com | 5,000 EUR | cold.com | 750,000 USD |
| ch1.tv | 500 USD | onweb.com | Make Offer |
| **more** | | **more** | |



## About us

Sedo - the global domain marketplace and leading monetization provider

### About Sedo

With more than 1.4 million member accounts from around the world, and trading domains in more than 20 languages, Sedo stands alone as the world's only global domain marketplace.

Sedo's marketplace connects buyers and sellers making it simple for individuals and companies to acquire the domain names they need for their success and online presence. Sedo's domain marketplace is the most active in the industry and offers the world's largest selection of premium domains with more than 15 million available for sale!

Sedo offers all the tools needed to buy, sell, and monetize domains including domain appraisals, brokerage services, promotion and Sedo's popular domain parking program. Members use Sedo's parking program to earn revenue on more than 4.2 million domains while promoting those domains for sale.

### Our Success Story

Recently celebrating an eighth anniversary, Sedo has experienced remarkable success establishing a global domain name marketplace and expanding into a wide selection of domain name services.

Currently employing close to 150 employees from more than 25 countries at offices located in the United States, Great Britain, and Germany, Sedo relies upon the diversity of our employees to continue extending the reach of our services regardless of language or location.

Sedo's top priorities have always focused on research and development as an avenue to innovate and expand services. With a wide range of domain name services and unparalleled customer service, Sedo is positioned to continue its growth as a complete domain service provider with an internationally recognized brand.

### Numbers and Facts



Numbers and facts (As of Aug 2009):
Domain transaction volume per month: > $8 million
Number of member accounts created: 1,400,000
Number of domains in our database: 13,500,000
Number of parked domains: 3,200,000
Number of domains sold per month: > 3,000

### Contact Information



Sedo.com, LLC
161 First Street, Fourth Floor
Cambridge, MA 02142, USA
Tel. (617) 499-7200

Office Hours:
Monday-Friday 9-6 pm EST

Managing Directors:
Tim Schumacher, Ulrich Priesner, Marius Würzner, Liesbeth Mack-de Boer, Andreas Janssen

For partnership request or business development opportunities:    partners@sedo.com

### Investor Relations



Sedo is a subsidiary company of the AdLINK Internet Media AG (  adlink.net) under the United Internet AG (  united-internet.de)

Company Overview - Sedo.com

The United Internet AG is the sponsor of the "United Internet Team Germany."

**Copyright:**

All pages, text, and data are property of Sedo and may not be duplicated, passed on, or linked to other sites without prior permission.

We do not assume any responsibility for, nor guarantee the validity of, the content of our pages or the displayed domain data. Offering a domain for sale which infringes a trademark or patent is completely the responsibility of the offering party and Sedo can not be held liable for any actions of its members.

If you have any questions, problems or suggestions, feel free to    contact us at any time.

**Exhibit "D"**

04/05/2010    15:42                                    (FAX)                                    P.001/003



Sedo.com LLC

161 First Street
Cambridge, MA 02142
USA

Sedo GmbH

Mediapark 6
50670 Cologne
Germany

Windels Marx Lane & Mittendorf, LLP
Attn: Scott Matthews, Esq.
156 West 56th Street
New York, New York 10019

March 12, 2010

Dear Scott Matthews, Esq.,

We wanted to write to express our concern for the process in which
we at Sedo see the domain sex.com being handled for liquidation.
We are writing to you after speaking to many of our clients and
many industry experts the past few weeks regarding the way the
sale is slated to be handled.

Sedo is a global leader in the domain industry.  We have the
world's largest marketplace for secondary market domains and
over 1 million customers worldwide.  We sold over 74 million dol-
lars of domains last year alone.  We not only have the biggest mar-
ket share when it comes to selling domains, we are also a leader in
selling high value domains, responsible for over 55% of the highest
value domains sales in 2009.  We know domains and their values.
Sex.com is arguably the most highly valued domain name that ex-
ists.  We truly believe the value of this domain will be severely di-
minished if sold in a foreclosure auction as scheduled.

Countless investors and end users alike have written to us, called
us and told us how they believe this name will sell for less than six
million in a foreclosure auction.  There was only one month notice
for this auction.  This is not enough time for the due diligence
needed for any serious bidder to prepare to make a substantial
offer.

Many have said that they will not participate in an auction format.
Yet another major concern is that the asset will be sold in auction
'as is'.  It is public information that this name is owned by several
parties, and that alone greatly increases the risk that this domain
name is not free and clear.  With the colorful legal history this do-
main has already, this just heightens potential bidders' fears of
bidding high on a name with no warranties.  It adds to the many
factors that will greatly devalue this domain name if sold in a forec-
losure auction.



Many potential bidders, serious bidders that we know would be able to bid at the levels appropriate for the true value of this domain, have stated that the timeframe is too short.  Many need to get board approval for a major purchase like this.  The time needed for that is not 30 days.  Beyond that, due to the well known history of this domain, its use the past four years, its sale price in 2006, and the questions about why the current group of owners could not make it work, it will be a very hard sell to a board to approve funds for parties to bid anywhere near the sale price in 2006.  Again, another major factor that will lead to this domain selling far under-value in a foreclosure auction that was announced with only 30 days notice.  However, if the sale of this asset were being handled by an authority in the domain industry, with experience in high value domain sales, these concerns could be addressed and over-come with the help and education of experienced domain brokers. These factors will keep many legitimate bidders out of the process which in turn decreases competition for the name.  Reduced com-petition reduces the final sale price.

We believe this name can and should sell for substantially more than six million dollars.  With the proper amount of time, marketing and brokering of this name by a qualified firm with expertise in high value domain brokerage, this name will get the type of quality offers it deserves.

We believe this domain sale should be handled in a private broker-age situation and managed exclusively by one company that is ex-perienced in selling high value domains.  This is the optimal situa-tion to ensure the best marketing of the domain for sale and proper handling of multiple bidders to obtain a secure and qualified best offer.  The minimal price you will pay in fees to a qualified domain brokerage firm to expertly manage this sale will be negligible com-pared to the amount of money that will be left on the table if this domain goes up for sale in a foreclosure auction.

We believe in an ideal situation, there would be a one year time-frame in which to do this sale properly. The amount of time it takes to gather the proper sales data, prepare and market the domain to ensure all appropriate parties know this domain is for sale, manage and qualify potential buyers as they do their due diligence, as well as managing offer and contract process, needs time.

However, we also understand the nature of this situation and the need for a quick sale.  However, if a very experienced party in the domain sales industry were given even 90 days to sell this domain, it would result in a substantially higher sale price than it would if it runs in a foreclosure 'sold as is' auction.

**Sedo.com LLC**
161 First Street
Cambridge, MA 02142
USA

**Sedo GmbH**
Mediapark 6
50670 Cologne
Germany



Sedo has presented our sales strategy to the domain owners over the past year and proposed to be the party to sell the domain. It was our understanding that the sale would go this way and that the owners agreed we were the best ones to handle the sale in order to get the highest sale price. We are prepared to sell, have done our research and built strong lead lists from within the investor community as well as the end user community. We will use our strong PR and marketing to get worldwide media placements. Sedo's world class global team, responsible for selling over 55% of the highest value public domain sales in 2009, is ready to take on the challenge of selling this domain and getting the highest offer possible in the time given.

**Sedo.com LLC**
161 First Street
Cambridge, MA 02142
USA

**Sedo GmbH**
Mediapark 6
50670 Cologne
Germany

We ask you to reconsider your position in putting this domain in a foreclosure auction. The process should be handled by experts in high value domain sales with more time to allow potential buyers to do their due diligence, get the approvals for funding, and ensure that the legal contracts are in place so that both buyers and sellers are protected. In order to achieve the highest sales price, we need competition. Buyers need to know about the sale and understand the value of a domain to create competition. This can only be done in an environment ensuring confidentiality to the potential buyers, time for due diligence and approvals, and appropriate legal contracts to protect all parties involved in a sale of such magnitude.

Thank you for your time and consideration,





Tim Schumacher

CEO