NOSSAMAN LLP
Allan H. Ickowitz (SBN 80994)
John W. Kim (SBN 216251)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: 213-612-7849
Facsimile: 213-612-7801
aickowitz@nossaman.com; jkim@nossaman.com

-and-

WINDELS MARX LANE & MITTENDORF, LLP
Alan Nisselson, Esq. (*Pro Hac Application Pending*)
Scott R. Matthews, Esq. (*Pro Hac Application Pending*)
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
anisselson@windelsmarx.com; smatthews@windelsmarx.com

Attorneys for DOM Partners LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ESCOM, LLC,<br><br>    Debtor. | Involuntary Chapter 11 Petition<br><br>Case No. 10-bk-13001-GM<br><br>**AMENDED DECLARATION OF ROBERT E. SEAMAN III IN FURTHER SUPPORT OF MOTION OF DOM PARTNERS LLC FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE §§ 105, 305(a) AND 1112(b) DISMISSING THE PETITION, AND AWARDING SANCTIONS AGAINST PETITIONERS**<br><br>[Reply in Support of Motion to Dismiss filed Concurrently Hereto]<br><br>**HEARING**<br><br>Date:    April 20, 2010<br>Time:    10:00 a.m.<br>Judge:    Hon. Geraldine Mund (Crtm. 303)<br>Place:    21041 Burbank Blvd<br>         Woodland Hills, CA |

385029_1.DOC

I, Robert E. Seaman III, declare as follows:

1. I am an authorized representative of and legal counsel to DOM Partners LLC ("**DOM**"), a secured creditor of the alleged Debtor, ESCOM, LLC ("**ESCOM**"). I have personal knowledge of the matters set forth herein and, if called upon to do so, I could and would competently testify as to them.

2. I submit this declaration in further support of DOM's motion (the "**Motion**") pursuant to sections 105, 305(a) and 1112(b) of title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") seeking (a) dismissal of the involuntary chapter 11 petition (the "**Petition**") filed by three purported and related petitioners, Washington Technology Associates, LLC ("**WTA**"), iEntertainment, Inc. ("**iEntertainment**"), and AccountingMatters.com, LLC ("**AccountingMatters**") (collectively, "**Petitioners**"), and (b) sanctions against Petitioners for their bad faith filing.

3. A review of the Declaration of Michael Mann reveals several misstatements that should be corrected. First, DOM never "agreed with WTA that Sedo would be the best candidate to sell the domain name", as claimed by Mr. Mann. *See* Declaration of Michael Mann, ¶ 15. In addition to other brokers and auctioneers, DOM engaged in numerous discussions with representatives of both WTA and Sedo concerning Sedo's proposed role as broker and/or auctioneer of the domain name www.sex.com (the "**Domain Name**"). To DOM's knowledge Sedo was never retained.

4. Although it is not necessary or appropriate to defend the commercial reasonableness of the UCC auction in this forum, I note that there were several reasons why DOM did not retain Sedo as the auctioneer for the UCC foreclosure sale. One reason is that David R. Maltz & Co., Inc. ("**Maltz**"), a well known auctioneer in New York, appeals to a wider pool of bidders. The "players" in the domain name industry to which Sedo caters were well aware of the auction as soon as DOM's Notice of Foreclosure Sale was broadcast on the Internet and domain name industry message boards. Maltz's marketing efforts led to widespread interest across all business sectors and a global awareness of the auction. Another reason is that Sedo sought a commission of 10% that was excessive given the expected amount of services involved. Payment of the additional fee for less effective marketing would have reduced the amount that DOM -- and the other creditors and equity owners -- would have realized from the auction.

5. DOM submits that Petitioners filed the Petition in bad faith and respectfully requests that

385029_1.DOC    1

**AMENDED DECLARATION OF ROBERT E. SEAMAN III IN FURTHER SUPPORT OF MOTION OF DOM PARTNERS LLC FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE §§ 105, 305(a) AND 1112(b) DISMISSING THE PETITION, AND AWARDING SANCTIONS AGAINST PETITIONERS**

1 | the Court dismiss the Petition and award sanctions against Petitioners.

2 |     I declare under penalty of perjury under the laws of the United States of America that the

3 | foregoing is true and correct.

4 |     Executed this 12th day of April, 2010 at Fort Lee, New Jersey.

_____
ROBERT E. SEAMAN III

| In re: ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Nossaman LLP, 445 S. Figueroa Street, 31st floor, Los Angeles, CA 90071**

The foregoing document described **AMENDED DECLARATION OF ROBERT E. SEAMAN III IN FURTHER SUPPORT OF MOTION OF DOM PARTNERS LLC FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE §§ 105, 305(a) AND 1112(b) DISMISSING THE PETITION, AND AWARDING SANCTIONS AGAINST PETITIONERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 13, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 13, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**VIA OVERNIGHT MAIL**
The Honorable Geraldine Mund
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 13, 2010 | John W. Kim | /s/ John W. Kim |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                    **F 9013-3.1**

| In re: ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 10-bk-13001-GM |

## SERVICE LIST

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

    Jeffrey W Dulberg    jdulberg@pszjlaw.com
    Susan I Montgomery    susan@simontgomerylaw.com
    S Margaux Ross    margaux.ross@usdoj.gov
    United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

### III. SERVED BY E-MAIL

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
susan@simontgomerylaw.com

**Attorneys for Petitioners Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Mark Chassman
120 Broadway Suite 300
Santa Monica, CA 90401
mchassman@chassmanseelig.com

**Attorneys for Petitioners Washington Technology Associates, LLC, iEntertainment, Inc.,and AccountingMatters.comLLC**
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
lfm@msf-law.com

**Debtor**
Escom LLC
23480 Park Sorrento Ste 206B
Calabasas, CA 91302
Attn: Del Anthony
del@escomllc.com

**Counsel to Creditor or Parties in Interest Nuthin' But Net, LLC:**
Daniel G. Gurfein, Esq.
Satterlee Stephens, Burke & Burke LLP
230 Park Avenue
New York, New York 10169
dgurfein@ssbb.com

**Creditors or Parties in Interest**
i95 Investment Group
60 Wells Avenue, Suite 100
Newton, MA 02459
Attn: Corey Bialow, Andrew Miller
cbialow@bialow.com
amiller@internetrealestate.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009      **F 9013-3.1**

| In re: ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 10-bk-13001-GM |

**Creditors or Parties in Interest**
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham Street, Suite 255
Newton, MA 02464
Attn: Andrew Miller
amiller@internetrealestate.com

**Attorneys for US Trustee**
S. Margaux Ross, Esq.
21051 Warner Ctr. Lane, Suite 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                **F 9013-3.1**