| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Nossaman LLP<br>Allan H. Ickowitz (SBN 80994)<br>John W. Kim (SBN 216251)<br>445 S. Figueroa St., 31st Floor<br>Los Angeles, CA 90071-1602<br>Tel.: (213) 612-7800<br>Fax: (213) 612-7801<br><br>*Attorney for* DOM Partners LLC | **FILED & ENTERED**<br><br>**APR 15 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY cardoza    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: ESCOM, LLC

Debtor(s).

| | |
|---|---|
| Plaintiff(s), | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-13001-GM<br><br>☐ ADVERSARY NUMBER (If Applicable) |
| vs. | |
| Defendant(s). | (No Hearing Required) |

## ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR
## IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)]

The Court having reviewed the Application of the within named non-resident attorney to appear in a specific case under Local Bankruptcy Rule 2090-1(b), and good cause appearing therefore,

IT IS HEREBY ORDERED that the said Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): Alan Nisselson

☒     Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.
###

DATED: April 15, 2010

_____
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised August 2005*                                                                                                                                       **F 2090-1.3**

| In re: ESCOM, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Nossaman LLP, 445 S. Figueroa Street, 31st floor, Los Angeles, CA 90071**

The foregoing documents described **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 13, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Jeffrey W Dulberg    jdulberg@pszjlaw.com
    Susan I Montgomery    susan@simontgomerylaw.com
    S Margaux Ross    margaux.ross@usdoj.gov
    United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 13, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Geraldine Mund
United States Bankruptcy Court - Central District of CA
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 13, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 13, 2010 | Mitchi Shibata | */s/ Mitchi Shibata* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*      **F 9021-1.1**

| In re: ESCOM, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:10-bk-13001-GM |

# SERVICE LIST

### III. SERVED BY E-MAIL

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
susan@simontgomerylaw.com

**Counsel for Petitioners Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**

Mark Chassman
120 Broadway Suite 300
Santa Monica, CA 90401
mchassman@chassmanseelig.com

Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
lfm@msf-law.com

**Debtor**
Escom LLC
23480 Park Sorrento Ste 206B
Calabasas, CA 91302
Attn: Del Anthony
del@escomllc.com

**Debtor's Counsel**
Jeffrey W. Dulberg, Esq.
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
jdulberg@pszjlaw.com

**Counsel to Creditors or Parties in Interest Nuthin' But Net, LLC:**
Daniel G. Gurfein, Esq.
Satterlee Stephens, Burke & Burke LLP
230 Park Avenue
New York, New York 10169
dgurfein@ssbb.com

**Creditors or Parties in Interest**
i95 Investment Group
200 Highland Avenue, Suite 401
Needham, MA 02494
Attn: Corey Bialow, Andrew Miller
cbialow@bialow.com
amiller@internetrealestate.com

**Creditors or Parties in Interest**
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham Street, Suite 255
Newton, MA 02464
Attn: Andrew Miller
amiller@internetrealestate.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: ESCOM, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:10-bk-13001-GM |

**Counsel for US Trustee**
S. Margaux Ross, Esq.
21051 Warner Ctr. Lane, Suite 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov
Attn: Corey Bialow, Andrew Miller

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: ESCOM, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:10-bk-13001-GM |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 13, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Jeffrey W Dulberg    jdulberg@pszjlaw.com
Susan I Montgomery    susan@simontgomerylaw.com
S Margaux Ross    margaux.ross@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re: ESCOM, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:10-bk-13001-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

### III. SERVED BY E-MAIL

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
susan@simontgomerylaw.com

**Counsel for Petitioners Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**

| | |
|---|---|
| Mark Chassman | Lawrence F. Morrison, Esq. |
| 120 Broadway Suite 300 | Meister Seelig & Fein LLP |
| Santa Monica, CA 90401 | Two Grand Central Tower |
| mchassman@chassmanseelig.com | 140 East 45th Street, 19th Floor |
| | New York, NY 10017 |
| | lfm@msf-law.com |

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Escom LLC | Jeffrey W. Dulberg, Esq. |
| 23480 Park Sorrento Ste 206B | Pachulski Stang Ziehl & Jones |
| Calabasas, CA 91302 | 10100 Santa Monica Blvd., 11th Floor |
| Attn: Del Anthony | Los Angeles, CA 90067-4100 |
| del@escomllc.com | jdulberg@pszjlaw.com |

**Counsel to Creditors or Parties in Interest Nuthin' But Net, LLC:**
Daniel G. Gurfein, Esq.
Satterlee Stephens, Burke & Burke LLP
230 Park Avenue
New York, New York 10169
dgurfein@ssbb.com

**Creditors or Parties in Interest**
i95 Investment Group
200 Highland Avenue, Suite 401
Needham, MA 02494
Attn: Corey Bialow, Andrew Miller
cbialow@bialow.com
amiller@internetrealestate.com

**Creditors or Parties in Interest**
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham Street, Suite 255
Newton, MA 02464
Attn: Andrew Miller
amiller@internetrealestate.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re: ESCOM, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:10-bk-13001-GM |

**Counsel for US Trustee**
S. Margaux Ross, Esq.
21051 Warner Ctr. Lane, Suite 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                         **F 9021-1.1**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: admin                  Page 1 of 1                   Date Rcvd: Apr 15, 2010
Case: 10-13001                 Form ID: pdf031              Total Noticed: 13

The following entities were noticed by first class mail on Apr 17, 2010.
db           +Escom LLC,    23480 Park Sorrento Ste 206B,    Calabasas, CA 91302-1354
aty          +Daniel G Gurfen,    230 Park Ave Ste 1130,    New York, NY 10169-1199
aty          +Jeffrey W Dulberg,    Pachulski Stang Ziehl & Jones LLP,    10100 Santa Monica Blvd Ste 1100,
               Los Angeles, CA 90067-4111
aty           John W Kim,    445 S Figueroa St 31st Fl,    Los Angeles, CA  90071-1602
aty          +S Margaux Ross,    21051 Warner Ctr Ln Ste 115,    Woodland Hills, CA 91367-6550
aty          +Susan I Montgomery,    Law Office of Susan I Montgomery,    1925 Century Park East Ste 2000,
               Los Angeles, CA 90067-2721
ust          +United States Trustee (SV),     21051 Warner Center Lane, Suite 115,
               Woodland Hills, CA 91367-6550
ptcrd        +AccountingMatters.com LLC,    9812 Falls Rd #114-331,    Potomac, MD 20854-3976
cr            DOM Partners LLC,    Nossaman LLP,    445 S. Figueroa Street, 31st floor,
               Los Angeles, CA  90071-1602
cr           +Nothin But Net LLC,    C/O Daniel G Gurfein,    230 Park Ave Ste1130,    New York, NY 10169-1199
ptcrd        +Washington Technology Associates LLC,    9812 Falls Rd #114-331,    Potomac, MD 20854-3976
ptcrd        +iEntertainment Inc,    9812 Falls Rd #114-331,    Potomac, MD 20854-3976

The following entities were noticed by electronic transmission on Apr 16, 2010.
aty          +E-mail/Text: SUSAN@SIMONTGOMERYLAW.COM                            Susan I Montgomery,
               Law Office of Susan I Montgomery,    1925 Century Park East Ste 1150,
               Los Angeles, CA 90067-2712
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2010**                     **Signature:**    *Joseph Speetjens*