1   Jeffrey W. Dulberg (CA Bar No. 181200)
    Gabrielle Albert Rohwer (CA Bar No. 190895)
2   PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 11th Floor
3   Los Angeles, California  90067-4100
    Telephone: 310/277-6910
4   Facsimile:  310/201-0760

5   Proposed Attorneys for Alleged Debtor

6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                  SAN FERNANDO VALLEY DIVISION

11  In re:                                  Case No.: 1:10-bk-13001-GM

12  **ESCOM LLC,**                          Chapter 11

13                   Alleged Debtor.        **DECLARATION OF DEL ANTHONY
                                            POLIKRETIS IN SUPPORT OF JOINT
14                                          RESPONSE TO MOTION OF
                                            DOM PARTNERS, LLC FOR ENTRY OF
15                                          AN ORDER PURSUANT TO 11 U.S.C.
                                            §§ 105(a), 305(a) AND 1112(b)
16                                          DISMISSING ESCOM'S INVOLUNTARY
                                            BANKRUPTCY PETITION FOR CAUSE
17                                          AND MOTION FOR RELIEF FROM THE
                                            AUTOMATIC STAY PURSUANT TO
18                                          11 U.S.C. § 362(d)(1)

19                                          **Hearing**
                                            Date:   April 20, 2010
20                                          Time:   10:00 a.m.
                                            Place:  21041 Burbank Blvd
21                                                   Woodland Hills, CA  91367
                                            Judge: Hon. Geraldine Mund (Crtm. 303)
22

23       I, Del Anthony Polikretis, declare:

24       1.       I am the President and Chief Executive Officer of ESCOM LLC, the above captioned

25  alleged debtor (the "Debtor"). I have over ten years of experience in the internet/web

26  development/domain industry.  I have been employed by the Debtor since March 2007.  I received a

27  masters of business degree from a top-ten business school.

28

                                    -1-

2.      I run the Debtor's day-to-day operations, including management of the website and all business functions. All facts stated herein are known by me to be true through my own personal knowledge and, therefore, I would and could competently testify thereto in a court of law if called upon to do so.

3.      I received a Written Consent of Non-Founder Members of Escom, LLC attached hereto as Exhibit A. According to the terms of the Forth Amended and Restated Limited Liability Company Agreement, I am now authorized to represent the Debtor in this case.

4.      I have always worked on behalf of the Debtor, taking direction from all three Managers (as defined below). I do not take direction from any single Manager. Specifically, I do not work for WTA (as defined below) or its principal Mike Mann.

5.      The Debtor was formed in 2006 to operate a website with the domain name www.sex.com. The Debtor is run by three managers pursuant to the terms of the Forth Amended and Restated Limited Liability Company Agreement of ESCOM, LLC (the "Operating Agreement"), a copy of which is attached as Exhibit 6 to RFS Motion. Those managers are DOM Partners LLC ("DOM") (the Movant), Washington Technology Associates, LLC ("WTA") (one of the petitioning creditors), and Domain Name Acquisition Group ("DNAG" and, collectively with DOM and WTA, the "Managers"). According to the terms of the Operating Agreement, the majority of actions taken outside the ordinary course of business must be approved by a unanimous vote of the Managers. The Debtor's business operations are run by the officers.

6.      Section 5.03 of the Operating Agreement requires the three Managers to give unanimous approval prior to any significant action being taken. This provision in the Operating Agreement has lead to disastrous results. The Debtor began discussions on selling the domain but disputes between DOM and WTA prevented the Debtor from proceeding with a reasonable process that would end up benefiting all constituencies.

7.      The result was that the Debtor's sale efforts were, and continue to be, paralyzed. It cannot sell its assets or raise new capital even though it does not have the cash to pay its obligations as they come due. To make matters worse, the Debtor could not seek bankruptcy protection because that too required a unanimous Manager vote.

-2-

8.     DOM had scheduled an "As Is" auction of the domain name with no representations or warranties as to clear title to foreclosure on its security interest. The auction was stayed by the bankruptcy filing. That auction, however, was not commercially reasonable because it failed to address the competing secured claims.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: April 19, 2010

By _____
       Del Anthony Polikretis

-3-

# EXHIBIT A

## WRITTEN CONSENT OF THE NON-FOUNDER MEMBERS OF ESCOM, LLC

Pursuant to Sections 5.03 and 5.17 of the Fourth Amended and Restated Limited Liability Company Agreement of Escom, LLC (the "Operating Agreement"), the undersigned Member of Escom, LLC (the "Company") who is not a Manager or Founder (as defined in the Operating Agreement), hereby consents to the adoption of the following resolutions:

**WHEREAS,** the Company is a co-plaintiff (along with Phone.com, LLC) in a civil action against Sovereign Bank captioned <u>Phone.com, LLC, Escom, LLC, Relationship.com, LLC, Love Tactics, LLC, Consultants.com, LLC and Internet Real Estate Group, LLC v. Sovereign Bank</u>, Civil Action No. 08-11717-WGY, pending in the United States District Court for the District of Massachusetts (formerly Suffolk County Superior Court Civil Action No. 08-04388) (the "Sovereign Litigation");

**WHEREAS,** on February 28, 2010, the Managers of the Company authorized Geoffrey Bok of Stoneman, Chandler & Miller LLC, the Company's attorney handling the Sovereign Litigation ("Litigation Counsel"), to agree to a joint settlement between the Company and its co-plaintiff, Phone.com, LLC ("Phone.com") on the one hand and Sovereign Bank on the other, pursuant to which Sovereign Bank would pay a lump sum payment of $300,000 to the co-plaintiffs in settlement of all claims (the "Settlement");

**WHEREAS,** the Managers have not been able to reach unanimity on the payment terms of a settlement agreement which would memorialize the Settlement (the "Settlement Agreement") and dismiss the Litigation;

**WHEREAS,** an Involuntary Petition for Chapter 11 Bankruptcy (the "Petition") was filed against the Company on March 17, 2010, before the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "Bankruptcy Court");

**WHEREAS,** the Company has until April 12, 2010, to consent or object to the Petition and the Managers do not agree on which course of action the Company should take; and

**WHEREAS,** pursuant to Section 5.03 of the Company's Fourth Amended and Restated Limited Liability Company Agreement, each of the Managers of the Company has had an opportunity to submit a written report to the Members describing that Manager's view of the issues relating to the Settlement Agreement and Petition and setting forth that Manager's recommended course of action regarding the same.

**NOW, THEREFORE, BE IT RESOLVED,** that the undersigned Member, who holds sufficient Membership Interest in the Company to act on behalf of all of the Members who are not Managers or Founders, directs the Company to enter into the Settlement Agreement and that such Settlement Agreement provide for payment by Sovereign Bank of the $300,000 settlement amount as follows: (a) the sum of Sixty Thousand Dollars ($60,000.00) paid directly to Litigation Counsel, (b) the sum of One Hundred Fifty Eight Thousand Four Hundred Dollars ($158,400.00) paid directly to the Company's President, Mr. Del Anthony Polikretis in his individual capacity ("Polikretis"), and (c) the sum of Eighty One Thousand Six Hundred Dollars ($81,600.00) to Phone.com, LLC.

**FURTHER RESOLVED,** that the payment to Polikretis referenced above is being made pursuant to that certain letter agreement between the Company and Polikretis dated May 7, 2009, which granted Polikretis the right to accept the Company's portion of a settlement from Sovereign Bank in full satisfaction of any claims Polikretis has or may have had arising out of the theft of $300,000 which Polikretis wired to a Company bank account in December 2007 to be held in trust.

**FURTHER RESOLVED,** that Polikretis is hereby authorized to execute the Settlement Agreement on

behalf of the Company and to negotiate any other terms thereof (provided they do not conflict with the payment terms set forth above) without need for approval from the Managers so long as he does so in good faith in the best interest of the Company.

**FURTHER RESOLVED,** that it is in the best interest of the Company and its Members for the Company to consent to the Petition and for the Company to reorganize its debts in bankruptcy under the protection of Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy").

**FURTHER RESOLVED,** that Polikretis is hereby authorized and directed to take any necessary action and file any necessary documentation with the Bankruptcy Court to consent to the Petition on behalf of the Company and to act for the Company in all matters relating to the Bankruptcy thereafter and to conduct the Bankruptcy on behalf of the Company, all as he deems appropriate in the best interest of the Company, its creditors and members in his reasonable good faith discretion and upon the advice of counsel.

**FURTHER RESOLVED,** that Polikretis is authorized to continue the Company's engagement with Pachulski Stang Ziehl & Jones, LLP (or any other counsel he may reasonably select) as Bankruptcy counsel.

**FURTHER RESOLVED,** that notwithstanding anything herein to the contrary, the Managers may at any time by unanimous written Consent terminate the authorization granted to Polikretis hereunder.

Dated as of the 13th day of April, 2010.

**For I-95 Investment Group, LLC:**

By: _____

Name: _____Corey Bialow_____

Title: _____Member_____

| In re: | CHAPTER 11 |
| Escom, LLC, | |
| Debtor(s). | CASE NUMBER   1:10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Boulevard, 11th Floor, Los Angeles, Ca  90067-4100

A true and correct copy of the foregoing document described **DECLARATION OF DEL ANTHONY POLIKRETIS IN SUPPORT OF JOINT RESPONSE TO MOTION OF DOM PARTNERS, LLC FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 305(a) AND 1112(b) DISMISSING ESCOM'S INVOLUNTARY BANKRUPTCY PETITION FOR CAUSE AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 19, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 19, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

**VIA OVERNIGHT MAIL**
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-6603

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 19, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 19, 2010** | Nancy H. Brown | */s/ Nancy H. Brown* |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                    **F 9013-3.1**

| In re:<br><br>           Escom, LLC,<br><br>                          Debtor(s). | CHAPTER   11<br><br>CASE NUMBER   1:10-bk-13001-GM |
|---|---|

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

### SERVED BY U.S. MAIL

**Counsel to Washington Technology Associates LLC**
Mark Chassman
120 Broadway
Suite 300
Santa Monica, CA 90401

### SERVED BY EMAIL

### Escom LLC 2002 Service List

**Debtor**
Escom LLC
23480 Park Sorrento
Suite 206B
Calabasas, CA 91302
Attn: Del Anthony
del@escomllc.com

**Counsel for Nothin' But Net, LLC**
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
Suite 1130
New York, NY 10169
Tel: (212) 818-9200/Fax: (212) 818-9606
dgurfein@ssbb.com

**Counsel for DOM Partners LLC**
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Tel: (212) 237-1000/Fax: (212) 262-1215

**Counsel for Dom Partners LLC**
Allan H. Ickowitz/John Kim
Nossaman LLP
445 So. Figueroa Street
31st Floor
Los Angeles, CA  90071
Tel: (213) 612-7800/Fax: (213) 612-7801
aickowitz@nossaman.com
jkim@nossaman.com

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Susan I. Montgomery, Esq.
1925 Century Park East
Suite 200
Los Angeles, CA 90067
Tel: (310) 556-8900/Fax: (310) 556-8905
susan@susanmontgomerylaw.com

| In re:  Escom, LLC, | | CHAPTER  11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER   1:10-bk-13001-GM |

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Mark Chassman
120 Broadway
Suite 300
Santa Monica, CA 90401
Tel: (310) 576-2238/Fax: (310) 576-2551
mchassman@chassmanseelig.com

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th St.
19th Floor
New York, NY 10017
Tel: (212) 655-3582/Fax: (646) 539-3682
lfm@msf-law.com

**Creditors or Parties in Interest**
i95 Invesment Group
60 Wells Ave.
Suite 100
Newton, MA 02459
Attn: Corey Bialow
Tel: (617) 928-9423/Fax: (617) 964-5318
cbialow@bialow.com

**Creditors or Parties in Interest**
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham St.
Suite 255
Newton, MA 02464
Attn: Andrew Miller
Tel: (617) 236-0806/Fax: (617) 927-1199
amiller@internetrealestate.com

**Counsel for US Trustee**
S. Margaux Ross, Esq.
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov

3