FILED & ENTERED

APR 21 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Patricia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br>Escom LLC,<br><br><br><br>Alleged Debtor | Case No: 1:10-bk-13001-GM<br>Chapter: 11<br><br>**ORDER DENYING MOTION TO DISMISS INVOLUNTARY BANKRUPTCY CASE PURSUANT TO 11 U.S.C. §105(a), §305(a) and §1112(b)**<br><br>Date: April 20, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 303 |

On April 20, 2010 at 10:00 a.m. in Courtroom 303 there was a hearing why the involuntary bankruptcy petition of alleged debtor Escom LLC should not be dismissed pursuant to 11 U.S.C. §105(a), §305(a), and §1112(b).

For reasons stated on the record and in the Court's written tentative ruling, which will be added to the case docket, the motion to dismiss is **DENIED**.

###

DATED: April 21, 2010

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION TO DISMISS INVOLUNTARY BANKRUPTCY CASE PURSUANT TO 11 U.S.C. §105(a), §305(a) and §1112(b)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail). |
|---|---|
| **Jeffrey W Dulberg**<br>Email: jdulberg@pszjlaw.com<br><br>**Susan I Montgomery**<br>Email: susan@simontgomerylaw.com<br><br>**S Margaux Ross**<br>Email: margaux.ross@usdoj.gov | **Escom LLC**<br>23480 Park Sorrento Ste 206B<br>Calabasas, CA 91302<br><br>**Washington Technology Associates LLC**<br>9812 Falls Rd #114-331<br>Potomac, MD 20854<br><br>**iEntertainment Inc**<br>9812 Falls Rd #114-331<br>Potomac, MD 20854<br><br>**AccountingMatters.com LLC**<br>9812 Falls Rd #114-331<br>Potomac, MD 20854 |

Category III (To be served by the lodging party).