**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

FILED & ENTERED

APR 21 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>Escom LLC,<br><br><br>Alleged Debtor | Case No: 1:10-bk-13001-GM<br><br>Chapter: 11<br><br>**ORDER TO SHOW CAUSE WHY A CHAPTER 11 TRUSTEE SHOULD NOT BE APPOINTED IN THIS BANKRUPTCY CASE**<br><br>Date: April 27, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

On March 17, 2010 an involuntary Chapter 11 bankruptcy petition was filed by petitioning creditors Washington Technology Associates LLC, iEntertainment Inc., and AccountingMatters.com LLC against alleged debtor Escom LLC and assigned case number SV10-13001GM.

For reasons in the Court's written tentative ruling, which will be placed on the bankruptcy case docket, regarding the motion to dismiss heard on April 20, 2010 the Court is scheduling and noticing an **Order to Show Cause** hearing for April 27, 2010 at 10:00 a.m. in Courtroom 303 why an order should not be entered appointing a Chapter 11 Trustee in the bankruptcy case of alleged debtor Escom LLC.

Any written support or opposition to this Order to Show Cause should be filed and served by no later than 12:00 p.m. on April 26, 2010, with a courtesy copy to chambers.

###

DATED: April 21, 2010

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SHOW CAUSE WHY A CHAPTER 11 TRUSTEE SHOULD NOT BE APPOINTED IN THIS BANKRUPTCY CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail). |
|---|---|
| **Jeffrey W Dulberg**<br>Email: jdulberg@pszjlaw.com<br><br>**Susan I Montgomery**<br>Email: susan@simontgomerylaw.com<br><br>**S Margaux Ross**<br>Email: margaux.ross@usdoj.gov | **Escom LLC**<br>23480 Park Sorrento Ste 206B<br>Calabasas, CA 91302<br><br>**Washington Technology Associates LLC**<br>9812 Falls Rd #114-331<br>Potomac, MD 20854<br><br>**iEntertainment Inc**<br>9812 Falls Rd #114-331<br>Potomac, MD 20854<br><br>**AccountingMatters.com LLC**<br>9812 Falls Rd #114-331<br>Potomac, MD 20854 |

Category III (To be served by the lodging party).