# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

FILED APR 21 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

In re:

Escom LLC,

Debtor(s).

Case No: 1:10-bk-13001-GM

Chapter: 11

**COURT WRITTEN TENTATIVE RULING REGARDING DOM PARTNERS LLC MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Date: April 20, 2010
Time: 10:00 a.m.
Location: Courtroom 303

Court written tentative ruling attached to this cover sheet.

- 1

United States Bankruptcy Court
Central District of California

San Fernando Valley
Judge Geraldine Mund, Presiding
Courtroom 303 Calendar

**Tuesday, April 20, 2010**      Hearing Room 303

10:00 am

**1:10-13001**    **Escom LLC**      **Chapter 11**

#63.00     Motion for relief from stay

     DOM PARTNERS LLC

        Docket #: 5

**Courtroom Deputy:**

- NONE LISTED -

**Tentative Ruling:**

    For general background information, please see the tentative ruling on the motion to dismiss.

    The "cause" for obtaining relief from the automatic stay relied upon by DOM is the Petitioning Creditors' alleged bad faith in filing Escom's involuntary petition. Specifically, DOM argues that filing a bankruptcy petition solely to stop a foreclosure and to obtain the protection of the automatic stay is evidence of bad faith that would justify relief from the stay or dismissal of the petition. In its Reply, DOM argues that it is insufficient for the Petitioning Creditors to "rely upon the opinion of Mr. Schumacher to hypothesize the possibility that a future sale of the Domain Name will yield equity."

<u>Proposed Ruling</u>:

    DOM concedes that the analysis of bad faith under either section 362(d)(1) or section 1112(b)(1) is the same. See also In re Laguna Assocs. Ltd. P'ship, 30 F.3d 734, 737 (6th Cir. 1994); In re Arnold, 806 F.2d 937, 939 (9th Cir. 1986) ("The debtor's lack of good faith in filing a bankruptcy petition has often been used as cause for removing the automatic stay."). Given that the Court does not find bad faith in the filing of the involuntary petition for purposes of the Motion to Dismiss, the same must be said with respect to the Motion for Relief from the Automatic Stay. DOM's argument that the Petitioning Creditors must present an appraisal evidencing the existence of equity in the Domain Name may be correct, but given the nature of property such as the Domain Name, a real property-like appraisal may not be available. Instead, the opinion of Sedo, a company engaged in the business of selling and brokering the sales of domain names, appears to be a close substitute.

    Therefore, and as set more fully in the tentative ruling on the Motion to Dismiss, the

# United States Bankruptcy Court
# Central District of California

San Fernando Valley

Judge Geraldine Mund, Presiding

Courtroom 303 Calendar

**Tuesday, April 20, 2010**             **Hearing Room 303**

10:00 am

**Cont....    Escom LLC**          Chapter 11

filing of the involuntary petition does not appear to have been done in bad faith to constitute "cause" for relief from the stay. Accordingly, DENY the motion for relief from the stay.

Party Information

Debtor(s):
    Escom LLC

Movant(s):
    DOM Partners LLC                     Represented By
                                          John W Kim