NOSSAMAN LLP
Allan H. Ickowitz (SBN 80994)
John W. Kim (SBN 216251)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: 213-612-7849
Facsimile: 213-612-7801
aickowitz@nossaman.com; jkim@nossaman.com

-and-

WINDELS MARX LANE & MITTENDORF, LLP
Alan Nisselson, Esq.
Scott R. Matthews, Esq.
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
anisselson@windelsmarx.com; smatthews@windelsmarx.com

*Attorneys for DOM Partners LLC*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ESCOM, LLC,<br><br>Debtor. | Involuntary Chapter 11 Petition<br><br>Case No. 10-bk-13001-GM<br><br>**STIPULATION**<br><br>[Order Approving Stipulation Lodged Hereto] |

**WHEREAS**, on March 17, 2010 (the "Petition Date"), three purported petitioners, Washington Technology Associates, LLC ("WTA"), iEntertainment, Inc. ("iEntertainment"), and AccountingMatters.com, LLC ("AccountingMatters", and collectively with WTA and iEntertainment, the "Petitioners"), filed an involuntary petition under chapter 11 of title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") with this Court against the Debtor commencing this case;

{10561062:4}

**STIPULATION**

**WHEREAS,** the parties to this Stipulation agree that a sale of the Debtor's assets, including its Internet domain name www.sex.com (the "Domain Name"), should occur as expeditiously as possible pursuant to Bankruptcy Code § 363 and such sale is in the best interests of the Debtor and its creditors.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The parties to this Stipulation (which include, the Debtor, the Petitioners and DOM; collectively, the "Parties") have executed a settlement agreement memorializing their agreement as to the manner in which this case should be managed by the Debtor and the primary assets of the Debtor sold, which settlement agreement is attached hereto as Exhibit A (the "Settlement Agreement"). Pursuant to the Settlement Agreement, the Parties hereby request that the Court authorize the Debtor to operate as a debtor in possession pursuant to section 1107 and 1108 of the Bankruptcy Code, subject to the terms of the Settlement Agreement. The Parties consent to the entry of an Order for Relief in this case no earlier than seven (7) days from the entry of an Order approving this Stipulation.

2. In accordance with the time period specified in the Settlement Agreement, following the entry of the Order for Relief, the Debtor shall file the Retention Motion and the Sale Procedure Motion on an expedited basis consistent with the terms and conditions set forth in the Settlement Agreement. All parties to this Agreement shall support both motions.

[SIGNATURES ON NEXT PAGE]

| | |
|---|---|
| 1   Dated: May 18, 2010 | NOSSAMAN LLP |
| 2 | Allan H. Ickowitz |
|   | John W. Kim |
| 3 | - and - |
| 4 | WINDELS MARX LANE & MITTENDORF, LLP |
| 5 | Alan Nisselson |
|   | Scott R. Matthews |
| 6 | |
| 7 | By: /s/ Scott R. Matthews |
| 8 | *Attorneys for DOM Partners, LLC* |
| 9 | ESCOM, LLC |
| 10 | Involuntary Debtor |
| 11 | By: _____ |
|   | Its: CEO/PRESIDENT |
| 12 | |
| 13 | SUSAN I. MONTGOMERY, ESQ. |
|   | Susan I. Montgomery |
| 14 | - and - |
| 15 | MEISTER SEELIG & FEIN LLP |
| 16 | Lawrence F. Morrison |
| 17 | |
| 18 | By: _____ |
| 19 | *Attorneys for Petitioners* |
|   | *WTA TECHNOLOGY ASSOCIATES, LLC* |
| 20 | *ACCOUNTINGMATTERS.COM, LLC* |
|   | *iENTERTAINMENT, INC.* |

{10561062:4}

3
STIPULATION

| | | |
|---|---|---|
| 1 | Dated: May 18, 2010 | NOSSAMAN LLP |
| 2 | | Allan H. Ickowitz |
| | | John W. Kim |
| 3 | | |
| | | - and - |
| 4 | | |
| 5 | | WINDELS MARX LANE & MITTENDORF, LLP |
| | | Alan Nisselson |
| 6 | | Scott R. Matthews |

By: _____

*Attorneys for DOM Partners, LLC*

ESCOM, LLC
Involuntary Debtor

By: _____
Its:

SUSAN I. MONTGOMERY, ESQ.
Susan I. Montgomery

- and -

MEISTER SEELIG & FEIN LLP
Lawrence F. Morrison

By: /s/ Susan I. Montgomery

*Attorneys for Petitioners*
*WTA TECHNOLOGY ASSOCIATES, LLC*
*ACCOUNTINGMATTERS.COM, LLC*
*iENTERTAINMENT, INC.*

| In re: ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 10-bk-13001-GM |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Nossaman LLP, 445 S. Figueroa Street, 31st floor, Los Angeles, CA 90071**

The foregoing document described **STIPULATION WITH EXHIBITS A-D** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 20, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **May 20, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.
Listing the judge here constitutes a declaration that mailing to the judge _will be_ completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
The Honorable Geraldine Mund
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 20, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge _will be_ completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2010 | Mitchi Shibata | /s/ Mitchi Shibata |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                **F 9013-3.1**

| In re: ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 10-bk-13001-GM |

## SERVICE LIST

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Jeffrey W Dulberg    jdulberg@pszjlaw.com
Susan I Montgomery    susan@simontgomerylaw.com
S Margaux Ross    margaux.ross@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

### III. SERVED BY E-MAIL

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
susan@simontgomerylaw.com

**Attorneys for Petitioners Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
lfm@msf-law.com

**Debtor**
Escom LLC
23480 Park Sorrento Ste 206B
Calabasas, CA 91302
Attn: Del Anthony
del@escomllc.com

**Counsel to Creditor or Parties in Interest Nuthin' But Net, LLC:**
Daniel G. Gurfein, Esq.
Satterlee Stephens, Burke & Burke LLP
230 Park Avenue
New York, New York 10169
dgurfein@ssbb.com

**Creditors or Parties in Interest**
i95 Investment Group
60 Wells Avenue, Suite 100
Newton, MA 02459
Attn: Corey Bialow, Andrew Miller
cbialow@bialow.com
amiller@internetrealestate.com

**Creditors or Parties in Interest**
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham Street, Suite 255
Newton, MA 02464
Attn: Andrew Miller
amiller@internetrealestate.com

**Attorneys for US Trustee**
S. Margaux Ross, Esq.
21051 Warner Ctr. Lane, Suite 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**