SATTERLEE STEPHENS BURKE & BURKE LLP
DANIEL G. GURFEIN (DG-6355)
ABIGAIL SNOW (AS-2960)
230 Park Avenue, Suite 1130
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
Email: dgurfein@ssbb.com

*Attorneys for Nothin' But Net, LLC*

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (State Bar No. 146689)
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
mgottfried@lgbfirm.com

*Local Counsel for Nothin' But Net, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ESCOM, LLC,<br><br>    Debtor. | Bk. No. 1:10-bk-13001-GM<br><br>Chapter 11<br><br>**OPPOSITION TO ORDER APPROVING STIPULATION**<br><br>[Revised Order Approving Stipulation Lodged Hereto]<br><br>[No Hearing Required] |

LANDAU
GOTTFRIED &
BERGER LLP

On May 20, 2010, DOM Partners, LLC, ESCOM, LLC, Washington Technology Associates, LLC, AccountingMatters.com, LLC, and iEntertainment, Inc. (collectively the "Lodging Parties"), (1) filed a Stipulation relating to the proposed sale of certain assets of ESCOM, LLC subject to the approval of the Court (the "Stipulation") and (2) lodged a proposed order approving the Stipulation (the "Proposed Order").  Nothin' But Net, LLC, a creditor and party in interest in the above-captioned case, has communicated to the Lodging Parties its desire to expressly reserve creditor's rights with respect to claims arising under the Notes and any claims against the Debtor.  The Lodging Parties failed to accommodate the changes requested by Nothin' But Net, LLC.  Nothin' But Net, LLC hereby moves the Court for entry of a revised order attached hereto as **Exhibit A**.  Attached as **Exhibit B** for the Court's convenience, is a redline version noting changes between the Proposed Order filed by the Lodging Parties and the revised order proposed by Nothin' But Net, LLC.

Dated: May 28, 2010

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED

By: /s/ Michael I. Gottfried
Michael I. Gottfried
Local Counsel for Nothin' But Net, LLC

# EXHIBIT A

SATTERLEE STEPHENS BURKE & BURKE LLP
DANIEL G. GURFEIN (DG-6355)
ABIGAIL SNOW (AS-2960)
230 Park Avenue, Suite 1130
New York, New York 10169
Telephone:  (212) 818-9200
Facsimile: (212) 818-9606
Email:  dgurfein @ssbb.com

*Attorneys for Nothin' But Net, LLC*

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (State Bar No. 146689)
1801 Century Park East, Suite 1460
Los Angeles, California  90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
mgottfried@lgbfirm.com

*Local Counsel for Nothin' But Net, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ESCOM, LLC,<br><br>      Debtor. | Bk. No. 1:10-bk-13001-GM<br><br>Chapter 11<br><br>**REVISED ORDER APPROVING STIPULATION**<br><br>[No Hearing Required] |

1        On May 20, 2010, DOM Partners, LLC, ESCOM LLC and Washington Technology Associates, LLC, AccountingMatters.com, LLC and iEntertainment, Inc., filed the *Stipulation* relating to the proposed sale of certain assets of ESCOM LLC subject to the approval of the Court (the "Stipulation").  The Court has read and considered the Stipulation and, finding good cause therefore:

**IT IS HEREBY ORDERED:**

1.    The Stipulation is approved, provided, however, that the Stipulation shall not waive the rights of any creditor or other interested party to object to the allowance, amount, status or priority of claims evidenced by the Notes set forth in section 4 of the Stipulation, or to assert any claims against the Debtor, and all such rights are expressly reserved.

2.    The Court shall issue an Order for Relief in this case as soon as possible after the seventh (7th) calendar day following the entry of an order approving this Stipulation which Order for Relief shall provide that the Debtor shall operate as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

# # #

LANDAU
GOTTFRIED
& BERGER LLP

**EXHIBIT A**[2]

4

| In re: ESCOM, LLC, | CHAPTER 11 |
| --- | --- |
| Debtor. | CASE NUMBER 1:10-BK-13001-GM |

# PROOF OF SERVICE OF DOCUMENT

I, <u>Natalie M. Cereseto</u>, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described: **REVISED ORDER APPROVING STIPULATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>May 28, 2010</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**BY U.S. MAIL**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>May 28, 2010</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2010 | Natalie M. Cereseto | /s/ Natalie M. Cereseto |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**3.1**                                                                      **EXHIBIT A**                                                              **F 9013-**
                                                                                      5

| | |
|---|---|
| In re: ESCOM, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 1:10-BK-13001-GM |

**Additional Service Information (if needed):**

**III. SERVED BY E-MAIL**

Attorneys for DOM Partners, LLC
Allan H. Ickowitz, Esq.; John W. Kim, Esq.
Nossaman LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
aickowitz@nossaman.com; jkim@nossaman.com

Alan Nisselson, Esq.; Scott R. Matthews, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
anisselson@windelsmarx.com;
smatthews@windelsmarx.com

Attorneys for US Trustee
S. Margaux Ross, Esq.
21051 Warner Ctr. Lane, Suite 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov

Creditors or Parties in Interest
i95 Investment Group
60 Wells Avenue, Suite 100
Newton, MA 02459
Attn: Corey Bialow, Andrew Miller
cbialow@bialow.com
amiller@ internetrealestate.com

Domain Name Acquisition Group, LLC
c/o lnternet Real Estate Group LLC
188 Needham Street, Suite 255
Newton, MA 02464
Attn: Andrew Miller
amiller@ internetrealestate.com

Debtor
Escom, LLC
23480 Park Sorrento Ste 206B
Calabasas, CA 91302
Attn: Del Anthony
del@escomllc.com

Attorneys for Petitioners Washington Technoloqy
Associates, LLC,
iEntertainment, Inc., and AccountingMatters.com LLC
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand CentralTower
140 East 45th Street, 19th Floor
New York, NY 10017
lfm@msf-law.com

Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
susan@simontgomerylaw.com

| In re: ESCOM, LLC, Debtor. | CHAPTER 11 |
| --- | --- |
| | CASE NUMBER 1:10-BK-13001-GM |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **REVISED ORDER APPROVING STIPULATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 28, 2010, the following person(s) are currently enrolled in the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Jeffrey W Dulberg    jdulberg@pszjlaw.com
John W Kim    jkim@nossaman.com
Susan I Montgomery    susan@simontgomerylaw.com
S Margaux Ross    margaux.ross@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address)es) indicated below:

**BY U.S. MAIL**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

**F 9013-3.1**

EXHIBIT A
7

| | |
|---|---|
| In re: ESCOM, LLC,<br><br>                                                                Debtor. | CHAPTER 11<br><br>CASE NUMBER 1:10-BK-13001-GM |

**Additional Service Information (if needed):**

### III. SERVED BY THE LODGING PARTY

Attorneys for DOM Partners, LLC
Allan H. Ickowitz, Esq.; John W. Kim, Esq.
Nossaman LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
aickowitz@nossaman.com; jkim@nossaman.com

Alan Nisselson, Esq.; Scott R. Matthews, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
anisselson@windelsmarx.com; smatthews@windelsmarx.com

Attorneys for US Trustee
S. Margaux Ross, Esq.
21051 Warner Ctr. Lane, Suite 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov

Creditors or Parties in Interest
i95 Investment Group
60 Wells Avenue, Suite 100
Newton, MA 02459
Attn: Corey Bialow, Andrew Miller
cbialow@bialow.com
amiller@ internetrealestate.com

Domain Name Acquisition Group, LLC
c/o lnternet Real Estate Group LLC
188 Needham Street, Suite 255
Newton, MA 02464
Attn: Andrew Miller
amiller@ internetrealestate.com

Attorneys for Petitioners Washington Technology Associates, LLC,
iEntertainment, Inc., and AccountingMatters.com LLC
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand CentralTower
140 East 45th Street, 19th Floor
New York, NY 10017
lfm@msf-law.com

Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
susan@simontgomerylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

EXHIBIT A
8

F 9013-3.1

# EXHIBIT B

SATTERLEE STEPHENS BURKE & BURKE LLP
DANIEL G. GURFEIN (DG-6355)
Abigail Snow (AS-2960)
230 Park Avenue, Suite 1130
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
Email: dgurfein@ssbb.com

*Attorneys for Nothin' But Net, LLC*

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (State Bar No. 146689)
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
mgottfried@lgbfirm.com

*Local Counsel for Nothin' But Net, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Bk. No. 1:10-bk-13001-GM |
| ESCOM, LLC, | Chapter 11 |
| Debtor. | **REVISED ORDER APPROVING STIPULATION** |
| | [No Hearing Required] |

1  On May 20, 2010, DOM Partners, LLC, ESCOM LLC and Washington Technology Associates, LLC, AccountingMatters.com, LLC and iEntertainment, Inc., filed the *Stipulation* relating to the proposed sale of certain assets of ESCOM LLC subject to the approval of the Court (the "Stipulation"). The Court has read and considered the Stipulation and, finding good cause therefore:

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved, provided, however, that the Stipulation shall not waive the rights of any creditor or other interested party to object to the allowance, amount, status or priority of claims evidenced by the Notes set forth in section 4 of the Stipulation, or to assert any claims against the Debtor, and all such rights are expressly reserved.

2. The Court shall issue an Order for Relief in this case as soon as possible after the seventh (7th) calendar day following the entry of an order approving this Stipulation which Order for Relief shall provide that the Debtor shall operate as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

###

| In re: ESCOM, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 1:10-BK-13001-GM |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I, <u>Natalie M. Cereseto</u>, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described: **OPPOSITION TO ORDER APPROVING STIPULATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>May 28, 2010</u>, I checked the CM/ECF docket for this bankruptcy case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jeffrey W Dulberg    jdulberg@pszjlaw.com
John W Kim    jkim@nossaman.com
Susan I Montgomery    susan@simontgomerylaw.com
S Margaux Ross    margaux.ross@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  <u>May 28, 2010</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**BY U.S. MAIL**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>May 28, 2010</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2010 | Natalie M. Cereseto | *signature* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

3.1                                                                                                              F 9013-

| | |
|---|---|
| In re: ESCOM, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 1:10-BK-13001-GM |

**Additional Service Information (if needed):**

**III. SERVED BY E-MAIL**

Attorneys for DOM Partners, LLC
Allan H. Ickowitz, Esq.
Nossaman LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
aickowitz@nossaman.com

Alan Nisselson, Esq.; Scott R. Matthews, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
anisselson@windelsmarx.com;
smatthews@windelsmarx.com

Attorneys for US Trustee
S. Margaux Ross, Esq.
21051 Warner Ctr. Lane, Suite 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov

Creditors or Parties in Interest
i95 Investment Group
60 Wells Avenue, Suite 100
Newton, MA 02459
Attn: Corey Bialow, Andrew Miller
cbialow@bialow.com
amiller@ internetrealestate.com

Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham Street, Suite 255
Newton, MA 02464
Attn: Andrew Miller
amiller@ internetrealestate.com

Debtor
Escom, LLC
23480 Park Sorrento Ste 206B
Calabasas, CA 91302
Attn: Del Anthony
del@escomllc.com

Attorneys for Petitioners Washington Technoloqy
Associates, LLC,
iEntertainment, Inc., and AccountingMatters.com LLC
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand CentralTower
140 East 45th Street, 19th Floor
New York, NY 10017
lfm@msf-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1