SUSAN I. MONTGOMERY (State Bar No. 120667)
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: (310) 556-8900
Fax: (310) 556-8905

MEISTER SEELIG & FEIN LLP
Lawrence F. Morrison, Esq.
140 East 45th Street, 19th Floor
New York, NY 10017
Telephone: (212) 655-3500

Counsel for WASHINGTON TECHNOLOGY ASSOCIATES, LLC
iENTERTAINMENT, INC;
ACCOUNTINGMATTERS.COM, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) INVOLUNTARY CHAPTER 11 PETITION |
| ESCOM, LLC, | ) CASE NO.: 1:10-bk-13001-GM |
| Debtor. | ) NOTICE OF HEARING SET ON OPPOSITION OF NOTHIN' BUT NET, LLC TO STIPULATION RE CONSENT TO ORDER FOR RELIEF |
| | ) <u>HEARING</u> |
| | ) Date: June 9, 2010 |
| | ) Time: 10:00 a.m. |
| | ) Place: Courtroom 303 |

///

///

///

///

1      NOTICE IS HEREBY GIVEN that the Honorable Gerald Mund, United States Bankruptcy Judge, has set a hearing on the Opposition to Stipulation filed by Nothin' But Net, LLC at 10:00 a.m. on June 9, 2010, in Courtroom 303 of the United States Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, CA 91367.

Dated:  June 3, 2010

                                        LAW OFFICE OF SUSAN I. MONTGOMERY

                                        MEISTER SEELIG & FEIN LLP

                                        By  /s/ Susan I. Montgomery
                                              Susan I. Montgomery
                                        Attorneys for WASHINGTON TECHNOLOGY ASSOCIATES, LLC
                                        iENTERTAINMENT, INC;
                                        ACCOUNTINGMATTERS.COM, LLC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    1925 Century Park East, Suite 2000
    Los Angeles, California  90067

A true and correct copy of the foregoing document described as NOTICE OF HEARING SET ON OPPOSITION OF NOTHIN' BUT NET, LLC TO STIPULATION RE CONSENT TO ORDER FOR RELIEF  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 3, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Michael I Gottfried     mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John W Kim     jkim@nossaman.com
- Susan I Montgomery     susan@simontgomerylaw.com
- S Margaux Ross     margaux.ross@usdoj.gov
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 3, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Geraldine Mund
United States Bankruptcy Court
  - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

Daniel G Gurfen
230 Park Ave Ste 1130
New York, NY 10169

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  June 3, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 3, 2010 | SUSAN I. MONTGOMERY | /S/  Susan I. Montgomery |
|---|---|---|
| *Date* | *Type Name* | *Signature* |