Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle A. Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jdulberg@pszjlaw.com
          grohwer@pszjlaw.com

[Proposed] Attorneys for Escom, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re: | Case No.: 1:10-BK-13001-GM |
|---|---|
| ESCOM LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> **DECLARATION OF TIM SCHUMACHER IN SUPPORT OF MOTION FOR ORDER (A) APPROVING SALE PROCEDURES AND BID PROTECTIONS, INCLUDING BREAK-UP FEE, IN CONNECTION WITH SALE OF DOMAIN NAME AND TRADEMARKS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING EMPLOYMENT OF SEDO.COM, LLC, AS MARKETING AND SALES AGENT PURSUANT TO EXCLUSIVE BROKERAGE AGREEMENT; AND (C) GRANTING RELATED RELIEF** <br><br> <u>REQUESTED HEARING DATE</u> <br> Date:     June 29, 2010 <br> Time:    10:00 a.m. <br> Place:   Courtroom 303 <br>            21041 Burbank Boulevard <br>            Woodland Hills, Ca 91367 |

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609. The Debtor's address is PO Box 1310, Agoura Hills, CA 91376.

I, Tim Schumacher, declare and state as follows:

1. I am the Chief Executive Officer of Sedo Gmbh and its United States subsidiary, Sedo.com, LLC (collectively, "Sedo") and am authorized to make this declaration on Sedo's behalf.

2. Sedo is a global leader in the domain industry with the world's largest secondary marketplace for domains and over 1 million customers worldwide. Sedo is part of the publicly traded AdLINK Group and United Internet companies which is the leading supplier of online performance-based marketing solutions. In 2009, Sedo brokered over 55% of the 20 highest value public domain sales totaling over $23 million in sales.

3. I make this declaration in support of the *Motion for Order (A) Approving Sale Procedures and Bid Protections, Including Break-Up Fee, in Connection with Sale Of Domain Name and Trademarks, Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing Employment of Sedo.Com, LLC, as Marketing and Sales Agent Pursuant to Exclusive Brokerage Agreement; and (C) Granting Related Relief* (the "Motion"). Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Motion.

4. The name and address of Sedo is as follows:
   Sedo.com, LLC
   161 First Street, 4th Floor
   Cambridge, MA 02142

5. The Debtor has requested that Sedo provide professional brokerage services in connection with the proposed sale of certain assets of the Debtor including (i) the internet domain sex.com (the "Domain") and (ii) the two trademark registrations for "sex.com" (the "Trademarks") (the "Domain" and the "Trademarks" are collectively referred to as the "Property") pursuant to the terms and conditions of the Exclusive Brokerage Agreement dated May 15, 2010 (the "Agreement"), annexed to the Motion as Exhibit "B".

6. The Agreement between the Debtor and Sedo provides for the following terms:
   a) Sedo shall provide marketing, brokerage and escrow services to the Debtor in accordance with the Sale Procedures.
   b) Sedo shall promote the interests of the Debtor with the utmost good faith, loyalty and fidelity, including, but not limited to:

   (i) Contacting potential buyers of the Property, seeking a price and terms which are acceptable to Debtor and in accordance with the Sale Procedures; including seeking additional offers to purchase the Property while the Property is subject to a Stalking Horse contract for Sale;

   (ii) Disclosing to the Debtor adverse material facts actually know by Sedo;

   (iii) Counseling the Debtor as to any material benefits or risks of a transaction actually known by Sedo;

   (iv) Accounting in a timely manner for all money and property received;

   (v) Participating in weekly conference calls with the Debtor's representatives to discuss the status of marketing and sale efforts; and

   (vi) To the extent necessary, testifying at one or more hearings in the Bankruptcy Court in order to assist the debtor in securing the Retention Order(s) and/or the 363 Order.

  c) Upon the sale of the Property, Sedo shall be entitled to a commission in an amount equal to 1-6% of the Sale price depending on the amount of the Sale price and the identity of the buyer.

  7. To the best of my knowledge, I believe that Sedo (i) does not hold or represent any interest adverse to the Debtor or its estate, and (ii) is a "disinterested person" as that term is defined in sections 101(14) and 327 of the Bankruptcy Code.

  8. To the best of my knowledge, neither Sedo nor any of its principals, associates or staff is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

  9. To the best of my knowledge, Sedo does not have any connection with the Debtor except to the extent of the proposed retention, any creditors of the estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee with respect to the Debtor or the Property.

10    Sedo will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new facts or relationships are disclosed, Sedo will supplement its disclosure to this Court.

11.    Sedo understands that the Debtor has retained and/or may retain additional professionals during the term of the engagement. Sedo may have worked with the additional professionals in the past and agrees to work cooperatively with such professionals on this case to integrate any respective work conducted by the professionals on behalf of the Debtor. Sedo has assured the Debtor that it will work closely with each of these firms to take care not to duplicate efforts in this chapter 11 case.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 22nd day of June 2010, at Cologne, Germany.

Tim Schumacher

*/s/ Tim Schu——*

| In re:<br>ESCOM, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:10-bk-13001-GM |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described      **DECLARATION OF TIM SCHUMACHER IN SUPPORT OF MOTION FOR ORDER (A) APPROVING SALE PROCEDURES AND BID PROTECTIONS, INCLUDING BREAK-UP FEE, IN CONNECTION WITH SALE OF DOMAIN NAME AND TRADEMARKS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING EMPLOYMENT OF SEDO.COM, LLC, AS MARKETING AND SALES AGENT PURSUANT TO EXCLUSIVE BROKERAGE AGREEMENT; AND (C) GRANTING RELATED RELIEF**
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 22, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 22, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 22, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA FEDEX
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 22, 2010   Mary de Leon | /s/ Mary de Leon |
|---|---|
| Date                         Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                       F 9013-3.1

| In re:<br>ESCOM, LLC<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:10-bk-13001-GM |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

II.    **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**1:10-bk-13001-GM Notice will be sent via U.S. mail to:**

Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re:<br>ESCOM, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:10-bk-13001-GM |
|---|---|

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

**1:10-bk-13001-GM Notice will be sent via Email to:**

Debtor
Escom LLC
23480 Park Sorrento, Suite 206B
Calabasas, CA 91302
Attn: Del Anthony
Email: del@escomllc.com

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Email: smatthews@windelsmarx.com
       anisselson@windelsmarx.com

Del Polikretis
PO Box 1175
Agoura Hills, CA 91376
Email: del@escomllc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                               **F 9013-3.1**