Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle Albert Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for Escom, LLC
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ESCOM LLC, ,[1]<br><br>Alleged Debtor. | Case No.: 1:10-bk-13001-GM<br><br>Chapter 11<br><br>**DECLARATION OF DEL ANTHONY POLIKRETIS IN SUPPORT OF**<br><br>**(I) MOTION FOR ORDER (A) APPROVING SALE PROCEDURES AND BID PROTECTIONS, INCLUDING BREAK-UP FEE, IN CONNECTION WITH SALE OF DOMAIN NAME AND TRADEMARKS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING EMPLOYMENT OF SEDO.COM, LLC, AS MARKETING AND SALES AGENT PURSUANT TO EXCLUSIVE BROKERAGE AGREEMENT; AND (C) GRANTING RELATED RELIEF;**<br><br>**(II) MOTION FOR AUTHORITY TO FILE EXCLUSIVE BROKERAGE AGREEMENT UNDER SEAL; AND**<br><br>**(III) APPLICATION FOR ORDER SHORTENING TIME**<br><br><u>Requested Hearing Date</u><br>Date: June 29, 2010<br>Time: 10:00 a.m.<br>Place: 21041 Burbank Blvd<br>       Woodland Hills, CA 91367<br>Judge: Hon. Geraldine Mund (Crtm. 303) |

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609. The Debtor's address PO Box 1410 Agoura Hills, CA 91376.

23880-001\DOCS_LA:221517.2

I, Del Anthony Polikretis, declare:

1. I am the President and Chief Executive Officer of Escom, LLC, the above captioned alleged debtor (the "Debtor"). I have over ten years of experience in the internet/web development/domain industry. I have been employed by the Debtor since March 2007. I have a masters of business degree.

2. I run the Debtor's day-to-day operations, including management of the website and all business functions. All facts stated herein are known by me to be true through my own personal knowledge and, therefore, I would and could competently testify thereto in a court of law if called upon to do so.

3. The Debtor was formed in 2006 to operate a website with the domain name sex.com. The Debtor is run by three managers pursuant to the terms of the Fourth Amended and Restated Limited Liability Company Agreement of Escom, LLC (the "Operating Agreement"). Those managers are DOM Partners LLC ("DOM"), Washington Technology Associates, LLC ("WTA"), and Domain Name Acquisition Group ("DNAG" and, collectively with DOM and WTA, the "Managers"). According to the terms of the Operating Agreement, the majority of actions taken outside the ordinary course of business must be approved by a unanimous vote of the Managers. The Debtor's business operations are run by the officers.

4. At its inception, the Debtor was funded by secured loans from DOM and WTA. The Debtor borrowed $3,000,000 from DOM secured by a blanket lien on the Debtor's assets. The Debtor borrowed $5,000,000 from WTA also secured by a blanket lien on the Debtor's assets which shares priority *pari passu* with DOM. Finally, in August 2007, iEntertainment, Inc. ("iEntertainment"), waived its rights under a Linking Agreement with the Debtor in exchange for $2,500,000 which was paid by Debtor in the form of a note which obligation is secured by a blanket lien subordinate to those of DOM and WTA (DOM, WTA and iEntertainment, collectively, the "Secured Lenders"). The Debtor has been in default of its obligations to DOM and WTA under their notes since January 2009. The Debtor has been in default under iEntertainment's note since August 2008.

5.  Without paying debt service to the Secured Lenders, the Debtor presently maintains a revenue-generating, cash flow-positive operation. As a result, the Debtor has approximately $200,000 of cash on hand. However, the Debtor is presently over-leveraged and unable to satisfy its obligations to its Secured Lenders.

6.  The Debtor and the Managers have agreed to sell the Debtor's Domain Name and Trademarks (collectively, the "Property") in order to maximize the value of its assets. To that end, the Debtor seeks to employ a broker, Sedo.com, with extensive experience in the sale of internet domain names to assist it with the sale. The Debtor, in its business judgment and at the direction of the Managers, has proposed sale procedures that it asserts will result in the most value for its estate.

7.  I believe that the Sale Procedures described in the Sale Motion provide an appropriate framework for selling the Property and will enable the Debtor to review, analyze and compare all bids received to determine which bid is in the best interests of its estate and creditors. Moreover, I believe the Sale Procedures, including the potential Break-Up Fee, are fair and reasonable under the circumstances. The Debtor and the Secured Lenders have agreed that selling the Property is the only way to end the stalemate as described in the Settlement Agreement. Accordingly, the Debtor has determined that the sale of the Property, as described in the Sale Motion, is in the best interests of its estate.

8.  To the best of my knowledge, and except as disclosed below, Sedo has not represented the Debtor, its creditors, equity security holders, or any other parties in interest, or their respective attorneys, in any matter relating to the Debtor or its estate and is otherwise disinterested.

9.  The Debtor seeks a hearing on shortened time on the Sale Motion so that it may proceed with the sale of its Property as quickly as possible to limit the accrual of interest and other charges on the secured debts of the Debtor, such that there will be a greater likelihood of satisfying the claims of the Debtor's creditors. At this time, the Debtor merely seeks approval of its sale procedures and the employment of Sedo as its sales and marketing agent. Once a buyer has been identified, the Debtor will seek an order authorizing the sale of its assets to such buyer pursuant to the Motion at a hearing to be identified by the Court at the initial hearing on the notice. All parties

1. in interest are aware of the proposed Sale Procedures and all parties in interest, including all creditors, have been served with the Sale Motion.

    10. The Debtor respectively requests that the Court schedule a hearing on the Sale Motion for June 29, 2010 at 10:00 a.m.

    11. The Debtor has also moved the Court for an order to file under seal a complete copy of the Exclusive Brokerage Agreement (the "Brokerage Agreement") in support of its Sale Motion. A true and correct copy of the redacted Agreement is attached to the Sale Motion as Exhibit "B."

    12. The Brokerage Agreement contains confidential information regarding the marketing and sale of the Property which, if publically disclosed, could significantly reduce the ultimate sale price of those Property. The Debtor is seeking to employ Sedo, the counter-party to the Brokerage Agreement, in order to maximize the value of its Property. Disclosing all of the terms of the Brokerage Agreement is not necessary for evaluation of the Motion yet would potentially diminish the sale price of the Property. The benefits simply do not outweigh the costs.

    13. It is respectfully submitted that good cause exists for the filing of a full copy of the Brokerage Agreement under seal in that public revelation would significantly impair the Debtor's ability to maximize the value of its assets.

    I declare under penalty of perjury that the forgoing is true and correct.

Dated: June 22, 2010

By _____
Del Anthony Polikretis

| In re:<br>ESCOM, LLC                    Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:10-bk-13001-GM |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described _____ **DECLARATION OF DEL ANTHONY POLIKRETIS IN SUPPORT OF (I) MOTION FOR ORDER (A) APPROVING SALE PROCEDURES AND BID PROTECTIONS, INCLUDING BREAK-UP FEE, IN CONNECTION WITH SALE OF DOMAIN NAME AND TRADEMARKS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING EMPLOYMENT OF SEDO.COM, LLC, AS MARKETING AND SALES AGENT PURSUANT TO EXCLUSIVE BROKERAGE AGREEMENT; AND (C) GRANTING RELATED RELIEF; (II) MOTION FOR AUTHORITY TO FILE EXCLUSIVE BROKERAGE AGREEMENT UNDER SEAL; AND (III) APPLICATION FOR ORDER SHORTENING TIME** _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 22, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **June 22, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 22, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

<u>VIA FEDEX</u>
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 22, 2010    Mary de Leon | /s/ Mary de Leon |
|---|---|
| Date                Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                   **F 9013-3.1**

| In re:<br>ESCOM, LLC | Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:10-bk-13001-GM |
|---|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**1:10-bk-13001-GM Notice will be sent via U.S. mail to:**

Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                          **F 9013-3.1**

| In re:<br>ESCOM, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

**1:10-bk-13001-GM Notice will be sent via Email to:**

Debtor
Escom LLC
23480 Park Sorrento, Suite 206B
Calabasas, CA  91302
Attn: Del Anthony
Email: del@escomllc.com

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Email: smatthews@windelsmarx.com
        anisselson@windelsmarx.com

Del Polikretis
PO Box 1175
Agoura Hills, CA  91376
Email: del@escomllc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**