1  Jeffrey W. Dulberg (CA Bar No. 181200)
   Gabrielle A. Rohwer (CA Bar No. 190895)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:    jdulberg@pszjlaw.com
5             grohwer@pszjlaw.com

6  [Proposed] Attorneys for Escom, LLC
   Debtor and Debtor in Possession
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10            SAN FERNANDO VALLEY DIVISION

11  In re:                          |  Case No.: 1:10-bk-13001-GM

12  **ESCOM, LLC,**[1]                   |  Chapter 11

13                        Debtor.    |  **ERRATA RE EXHIBIT "B" TO NOTICE OF
                                     |  MOTION AND MOTION FOR ORDER (A)
14                                   |  APPROVING SALE PROCEDURES AND BID
                                     |  PROTECTIONS, INCLUDING BREAK-UP FEE,
15                                   |  IN CONNECTION WITH SALE OF DOMAIN
                                     |  NAME AND TRADEMARKS, FREE AND CLEAR
16                                   |  OF ALL LIENS, CLAIMS, ENCUMBRANCES
                                     |  AND INTERESTS; (B) AUTHORIZING
17                                   |  EMPLOYMENT OF SEDO.COM, LLC, AS
                                     |  MARKETING AND SALES AGENT PURSUANT
18                                   |  TO EXCLUSIVE BROKERAGE AGREEMENT;
                                     |  AND (C) GRANTING RELATED RELIEF**
19
                                     |  REQUESTED HEARING DATE
20                                   |  Date:      June 29, 2010
                                     |  Time:      10:00 a.m.
21                                   |  Place:     Courtroom 303
                                     |             21041 Burbank Boulevard
22                                   |             Woodland Hills, Ca  91367

23            **PLEASE TAKE NOTICE THAT** Exhibit "B" as attached to the Notice of Motion and

24  Motion for Order (A) Approving Sale Procedures and Bid Protections, Including Break-Up Fee, in

25  Connection With Sale of Domain Name and Trademarks, Free and Clear Of All Liens, Claims,

26  Encumbrances and Interests; (B) Authorizing Employment of Sedo.Com, LLC, as Marketing and

27

28  [1]  The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609.  The Debtor's address is PO Box 1410
    Agoura Hills, CA 91376.

*(left margin, vertical:)* PACHULSKI STANG ZIEHL & JONES LLP  ATTORNEYS AT LAW  LOS ANGELES, CALIFORNIA

1   Sales Agent Pursuant to Exclusive Brokerage Agreement; and (C) Granting Related Relief

2   ("Motion"), which was filed as Docket No. 63 on June 22, 2010 is incomplete. Attached hereto is

3   the complete Exhibit "B" to the Motion.

4

5   Dated:    June 22, 2010                    PACHULSKI STANG ZIEHL & JONES LLP

6

7                                             By    /s/ Jeffrey W. Dulberg
                                                    Jeffrey W. Dulberg
8                                                   Gabrielle A. Rohwer
                                                    [Proposed] Attorneys for Escom LLC,
9                                                   Debtor and Debtor in Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

**Redacted Brokerage Agreement**



Date: May 18, 2010

"Domain(s)": sex.com

Domain Owner/Authorized Representative ("Domain Seller")
    Company: Escom, LLC
    Contact Persons: ████████████████████████

████████████
█████████████████

**PARTIES**

THIS PROFESSIONAL BROKERAGE AGREEMENT (together with the Exhibits attached hereto, this "Agreement") made as of the 17th day of May, 2010 by and between Sedo.com, LLC, a Massachusetts limited liability company with its principal place of business at 161 First Street, 4th Floor, Cambridge, MA 02142, U.S.A. ("Sedo") and Escom, LLC, a Delaware limited liability company ("Domain Seller") as the actual domain owner or as the authorized representative of the domain owner for the Internet domain sex.com ("Domain") and the two trademark registrations for "sex.com" issued by the United States Patent and Trademark Office (registration #s 3284052 and 3122247; each a "Trademark", and together the "Trademarks"; collectively with the Domain, the "Assets").

**BACKGROUND**

WHEREAS, on March 17, 2010, certain creditors of Domain Seller filed an involuntary petition under chapter 11 of title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "Bankruptcy Court") against Domain Seller commencing case number 10-bk-13001-GM with the Bankruptcy Court (the "Case");

WHEREAS, all secured creditors of Domain Seller and Domain Seller itself wish for Domain Seller to retain Sedo as its exclusive broker to market and sell the Assets in accordance with the terms of this Agreement;

WHEREAS Sedo wishes to provide professional brokerage services to Domain Seller in order to market and sell the Assets in
 exchange for a commission of the Sale price and in accordance with the terms of this Agreement;

AND WHEREAS the Bankruptcy Court's approval is required in order for Domain Seller to enter into this Agreement and for Sedo to market and sell the Assets in accordance herewith;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree as follows:

## TERMS AND CONDITIONS

### 1. Definitions

#### 1.1. "Sale"

A Sale is the voluntary transfer or exchange of any interest in the Assets or the voluntary creation of the obligation to convey any interest in the Assets including a contract or lease. A Sale may result from either an Auction or through a Brokered Sale. Notwithstanding anything in this Agreement to the contrary, a Sale shall not be deemed to have taken place unless and until it has been approved by the Bankruptcy Court pursuant to the entry of an order authorizing the transaction and reaching a finding that the purchaser is a good faith purchaser under § 363 (m) of the Bankruptcy Code (a "363 Order").

#### 1.2. "Auction"

The process of buying and selling the Assets by offering the Assets up for Sale by taking bids, and selling the Assets to the highest bidder.

#### 1.3. "Sale Terms"

Sale Terms are the specific terms pursuant to which Sedo is being retained to market and sell the Assets, which terms are attached as Exhibit A hereto and incorporated herein by this reference. In the event of a conflict between any of the terms or conditions set forth in the Sale Terms and those of any other part of this Agreement, the Sale Terms shall govern.

#### 1.4. Reserve Prices

##### 1.4.1. "Auction Minimum Bid"

Auction Minimum Bid refers to the required minimum opening bid for any potential buyer to participate in the Auction, should an Auction be necessary. The Auction Minimum Bid pertains to a Sale by public Auction pursuant to paragraph (A)iv of the Sale Terms only. The Auction Minimum Bid shall be ██████████████████
████████████.

##### 1.4.2. "Brokered Sales Reserve Price"

Brokered Sales Reserve Price refers to the lowest price that Sedo is authorized to accept for the sale of the Assets on behalf of the Domain Seller. The Sales Reserve Price is not disclosed to any interested buyers or other third parties. The Sales Reserve Price pertains to Brokered Sales only. The initial Brokered Sales Reserve Price shall be ██████████████████████████████

#### 1.5. Effective Date

The Effective Date of this Agreement shall be the date on which the Bankruptcy Court enters one or more orders approving the Domain Seller's retention of Sedo pursuant to this Agreement and the sales and marketing procedures described herein, including the Sale Terms (the "Retention Order(s)").



#### 1.7. Stalking Horse

A Stalking Horse is a potential buyer of the Assets who executes an asset purchase agreement with Domain Seller that (a) states such buyer's right to purchase the Assets is subject to an alternate buyer willing to pay a higher price not coming forward to do so within a specified period of time, and (b) may provide for a breakup fee to be paid to the original buyer in the event such buyer is outbid by a subsequent buyer. Sedo acknowledges and agrees that Domain Seller and/or the Bankruptcy Court may require that any buyer to whom Domain Seller purports to sell the Assets as a result of Sedo's efforts hereunder serve as a Stalking Horse, and that in any case Sedo must obtain Domain Seller's prior approval (and possibly that of the Bankruptcy Court) in order to pursue a Stalking Horse transaction.

### 2. Term and Termination

#### 2.1. Term

Unless earlier terminated by the completion of the Sale of the Assets or as otherwise provided in this Agreement, this Agreement will remain in effect from the Effective Date until the completion of the sales process set forth in the Sale Terms and, if such process yields a buyer, consummation of the Sale transaction and the Bankruptcy Court's entry of a 363 Order (the "Term").

#### 2.2. Termination

Either party may terminate this Agreement in the event of a material breach of the other party that remains uncured after ten (10) days written notice. Sedo shall continue to assist in the completion of any transaction for which compensation is payable to Sedo under section six (6) of this Agreement.

**3. Exclusive Brokerage**
   Domain Seller agrees, in exchange for the consideration described herein, that for the Term of this Agreement Sedo shall have the exclusive right to broker in the name of the Domain Seller for the Sale of the Assets.

   **3.1. Agency Relationship**
      Sedo shall act as the agent for Domain Seller with regard to an actual or potential Sale of the Assets. Depending upon the circumstances, and unless agreed otherwise in writing, it is understood that Sedo may act as an agent for both Domain Seller and the buyer of the Assets ("Buyer"). Sedo hereby discloses, and Domain Seller hereby consents to Sedo acting as a dual agent representing both Domain Seller and Buyer, provided at all times Sedo acts in good faith an in the best interest of Domain Seller. Sedo acknowledges and agrees that for any agreement, approval and/or consent of Domain Seller that may be required hereunder to be effective, the same first must be confirmed in writing to Sedo by both WTA and DOM (email from the representatives designated in the Sale Terms shall suffice) or by the Bankruptcy Court.

   **3.2. Competition**
      Domain Seller understands that Sedo has numerous other listings, and promotes transactions involving other domain names registered to third parties, some of which third party domain names may be deemed to compete with Domain Seller and the Domain. Domain Seller consents to Sedo's representation of such other entities and Domain Seller's activities pertaining to such other Internet domain names both during and after the Term of this Agreement, and shall not deem such activities to be a breach of this Agreement, its terms or any representations made herein or in connection thereof.

**4. Rights and Duties of Sedo**
   (a) Sedo shall provide marketing, brokerage and escrow services to Domain Seller in accordance with the Sale Terms. Sedo shall exercise reasonable skill and care for Domain Seller.

   (b) Sedo, as Domain Seller's agent, shall promote the interests of Domain Seller with the utmost good faith, loyalty and fidelity, including, but not limited to:

   (i)    Contacting potential buyers of the Assets , seeking a price and terms which are acceptable to Domain Seller and in accordance with the Sale Terms; including seeking additional offers to purchase the Assets while the Assets are subject to a Stalking Horse contract for Sale;

   (ii)   Disclosing to Domain Seller adverse material facts actually know by Sedo;

   (iii)  Counseling Domain Seller as to any material benefits or risks of a transaction actually known by Sedo;

   (iv)   Accounting in a timely manner for all money and property received;

   (v)    Participating in weekly conference calls with ███████████████████████████ to discuss the status of marketing and sale efforts; and

   (vi)   To the extent necessary, testifying at one or more hearings in the Bankruptcy Court in order to assist Domain Seller in securing the Retention Order(s) and/or the 363 Order.

   (c) Sedo shall not disclose the following information without the informed consent of Domain Seller:

   (i)    What the motivating factors are for Domain Seller to sell the Assets;

   (ii)   Any material information about Domain Seller unless the disclosure is required by law or failure to disclose such information would constitute fraud.

   (d) Domain Seller shall not be vicariously liable for the acts of Sedo that are not approved, directed or ratified by Domain Seller, .

   (e) When Domain Seller and a buyer in a transaction are working with different brokerage agents employed by Sedo, upon written notification to both Domain Seller and buyer, said brokerage agents shall continue to conduct themselves consistent with the brokerage relationships they have established with their respective clients.

   (f) Except to the extent the Bankruptcy Court requires otherwise, Sedo reserves the right to accept payment on behalf

of Domain Seller in respect of a commission due under this Agreement from a buyer of the Assets in accordance with the commission schedule set forth in this Agreement.

(g) If Domain Seller significantly hinders Sedo's search for buyers or violates the provisions of section 5(a), then Sedo may terminate this Agreement upon written notification.

(h) This Agreement does not cover any further legal advice or drafting of contracts.

## 5. Rights and Duties of Domain Seller

(a) Domain Seller may not use the service of another broker regarding the Assets during the Term of this Agreement. Domain Seller agrees to forbid anyone whom it may have previously hired to broker the Assets to continue to do so. Domain Seller agrees to refer to Sedo all material information known to Domain Seller before and during the Term of this Agreement relevant to the Sale of the Assets, including, but not limited to, all leads, offers, contacts, etc. In addition, Domain Seller agrees to refer to Sedo all communications received in any form from other brokers during the Term of this Agreement.

(b) Domain Seller represents and warrants to Sedo that he/she is the lawful and exclusive registrant of the Domain, that he/she is able to dispose of the Domain, that no other party has any right to registration of the Domain, and that no third party has made any claim against the Domain, including that the Domain violates another party's trademark or other intellectual property rights. Should the Domain infringe upon the rights of a third party, Domain Seller agrees to indemnify Sedo for any reasonable damages or costs incurred. Domain Seller hereby expressly declares that it is authorized to sign this Agreement, provided the Agreement shall not become effective unless and until the Bankruptcy Court enters the Retention Order(s).

(c) Domain Seller agrees to take all steps reasonably necessary to secure a 363 Order authorizing Domain Seller to proceed with the Sale of the Assets if the best offer Sedo is able to secure for a Sale of the Assets after completing the Private Sale Period (as defined in the Sale Terms") is equal to or greater than the Brokered Sale Reserve Price noted at the top of page one (1) of this Agreement (as the same may be modified pursuant to the Sale Terms). If Sedo is not able to secure an offer for a Sale of the Assets after completing the Private Sale Period that is equal to or greater than the Brokered Sale Reserve Price, then Sedo shall attempt to sell the Assets at a public Auction in accordance with the Sale Terms.

(d) Domain Seller agrees that any violation of the provisions of sections 5(a) and/or 5(b) of this Agreement will be considered a substantial breach of this Agreement by Domain Seller. If there is such a breach Sedo may, at its option, terminate this Agreement immediately upon written notice. In addition, Sedo reserves the right to recover from Domain Seller reasonable attorney's fees, which may arise due to the violation of the terms of this Agreement.

## 6. Commission to Sedo

Domain Seller agrees that any compensation which is conditioned upon the Sale of the Assets shall be earned by Sedo as set forth herein without any discount or allowance for any efforts made by Domain Seller or by any other person in connection with the Sale of the Assets, except as otherwise set forth in the Sale Terms . Under no circumstances shall Sedo share any of the Commission Fee with any Insider (as defined in the Sale Terms).

### 6.1. Amount

In consideration of the services to be performed by Sedo, Domain Seller agrees to pay Sedo a transaction fee equal to the percentage (the "Commission Percentage") of the gross value of the revenue received for the Sale of Assets hereunder set forth in the Sale Terms, regardless of the form of payment thereof, including cash, cash equivalence, equity, stock or otherwise ("Commission Fee"). The Commission Fee shall be payable by cash or wire transfer, is to be paid in US currency, shall be due and payable upon consummation of the Sale and entry of the 363 Order by the Bankruptcy Court, regardless whether or not such Sale was conducted with the assistance of Sedo or whether or not such Sale occurred subsequent to the expiration of the Term of this Agreement if involving anyone with whom Sedo served as the source of the contact. Notwithstanding anything to the contrary herein, this provision shall not apply in the event of a termination of this Agreement pursuant to Section 2.2.

### 6.2. Basis for Calculation of Commission

In the case of term-structured or other unusual sales agreements (i.e., profit-sharing) Sedo's commission will be based on the sum of all payments.

## 7. Miscellaneous Provisions

### 7.1. Confidentiality

Both parties are obligated to keep any and all information that becomes known through the course of performing this Agreement (e.g. information relating to each other's business practices) confidential. The Domain Seller is not allowed to give any information regarding potential buyers to any third party, except as may be required of

the Debtor by the Bankruptcy Court or Prevailing law... Upon completion of the Sale of the Assets, Sedo reserves the right to disclose and publicize the Sales price and Domain Name of such Domain; provided such disclosure is not prohibited by the terms of any applicable Sale contract with the Buyer and/or by the Bankruptcy Court. Sedo will not publish the seller's name or any confidential details. These obligations remain in effect even after this contract has expired or has been terminated by either party. Both parties guarantee that their employees, partners, and other relevant parties exposed to such information will also keep such information confidential.

### 7.2. Force Majeure

Each of the parties hereto shall be excused from the performance of its obligation under this Agreement in the event such performance is prevented by Force Majeure, and such performance shall be excused for so long as the condition constituting Force Majeure continues and for five (5) business days thereafter. For the purposes of this Agreement, "Force Majeure" shall mean causes beyond the control of a particular party, including without limitation, unforeseen circumstances causing the disruption of services provided through Sedo's website; disruption of services provided via the Internet; disruption of access to Sedo's website; acts of God; acts, regulations or laws of any government; war; civil commotion; destruction of service facilities or materials by fire, earthquake or storm; epidemics; labor strikes; and failure of common carriers.

### 7.3. Entire Agreement

This Agreement contains the entire agreement between the parties concerning its subject matter and replaces all other agreements between them, whether written or oral, concerning this subject matter.

### 7.4. Amendments

No amendment of this Agreement shall be valid unless set forth in a writing signed by both parties and, to the extent necessary, approved by the Bankruptcy Court.

### 7.5. Severability

If a provision in these general terms and conditions or any other contractual provision in full or in part should be invalid or rendered invalid, the validity of the rest of this contract will not be affected. The ineffective provision shall be replaced by a valid one that approaches the ineffective provision as closely as possible.

### 7.6. Governing Law

This Agreement shall be governed by and construed in accordance with the domestic laws of The State of Delaware without giving effect to any choice-of-law or conflict-of-law provision or rule (whether of the State of Delaware or of any other jurisdiction) that would cause the application of the laws of any jurisdiction other than the State of Delaware.

### 7.7. Dispute Resolution

The Parties hereby agree that the Bankruptcy Court shall have exclusive jurisdiction to resolve any disputes or controversies arising out of or relating to this Agreement and any legal proceedings therein shall be conducted in English. Sedo and Domain Seller agree that they will be subject to personal jurisdiction in the Bankruptcy Court in any dispute involving this Agreement.

## SIGNATURE

IN WITNESS of their acceptance of the above terms and conditions, the parties by themselves or by their duly authorized representatives have signed and dated this Agreement as follows:

**Escom, LLC (Domain Seller)**

By: _____   Date _____

**Sedo.com, LLC**

By: _____   Date _____

By: _____   Date _____

# EXHIBIT A
# SALE TERMS

**(A) Marketing/Sale Process:** Sedo's initial effort will consist of a 90 day marketing/sale plan for the Assets in accordance with the Proposal for Exclusive Offering dated May 15, 2010, attached hereto as Exhibit B (the "Proposal").  Sedo will begin this process on the first business day following receipt of notice from Domain Seller that the Bankruptcy Court has entered the Retention Order(s).  The plan will consist generally of the following process, as further described in the Proposal:
**i.** Phase 1 shall consist of worldwide outreach and pre-qualification of interested parties.
**ii.** Phase 2 shall consist of negotiations with qualified parties to either secure a Buyer for a Sale of the Assets (which Buyer may be required to serve as a Stalking Horse), and/or narrow the field to a group of finalists.
**iii.** Phase 3 shall consist of further negotiation using a Stalking Horse, consummation of a Sale, and/or a private auction of finalists (a "Private Auction"), provided, however, that Sedo must obtain Domain Seller's prior written consent to hold a Private Auction and the minimum bid for such Private Auction shall be an amount equal to the highest firm offer previously received by Sedo, unless Domain Seller agrees otherwise.
**iv.** The Private Sale Period will end after 90 days. If the Brokered Sales Reserve Price has not been met during the Private Sale Period for any reason whatsoever, Sedo will hold a public Auction that shall be completed within 30 days of the end of the 90-day Private Sale Period with the Auction Minimum Bid of ██████████ required of all bidders (the "Public Auction"). Sedo shall use commercially reasonable efforts to market and publicize the Public Auction as widely as practicable beginning on the 1st day following completion of the 90-day Private Sale Period. The Public Auction shall be conducted with all bid amounts disclosed to all auction participants throughout the Auction (i.e. as opposed to Sedo collecting sealed bids and announcing a winner).  In addition, the identities of all bidders shall be disclosed to Domain Seller as soon as known to Sedo.

**(B)** ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
**ii.** Any Sale prior to end of the Private Sale Period requires written consent of Domain Seller regardless of amount.
**iii.** The Private Sale Period shall end at the conclusion of 90 days notwithstanding interest from any potential buyer to purchase the Assets and any closing of a transaction arrived at during the Private Sale Period and/or Public Auction shall be completed within ten (10) days of the entry of the 363 Order, except insofar as any delay beyond such period is caused by the relevant registrar(s), in which case the parties agree to use commercially reasonable efforts to complete the transaction as quickly as possible.

**(C) Nature of Sale:** The Domain and the Trademarks will be marketed and sold together as a bundled asset "as is", and "where is", but free and clear of all liens, claims and encumbrances.

**(D) Commission Percentage:**
████████████████████████████████████████████████
██████████████████████              ██████████████
██████████████████████         ███████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████████

**(E) Correspondence:** Sedo shall ensure that the representatives designated below of Domain Seller's senior secured creditors (WTA and DOM) are copied on all electronic and written correspondence from Sedo to Domain Seller:

DOM Partners, LLC:                    Washington Technology Associates, LLC:

████████████████████████████      ████████████████
███████████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████

## EXHIBIT B
## PROPOSAL

SEE PROPOSAL FOR EXCLUSIVE OFFERING
PROVIDED BY KATHY NIELSEN OF SEDO TO BRIAN LEVENTHAL
VIA EMAIL ON 5/12/10

# Proposal for Exclusive Offering

## Sex.com

Prepared by:

**Kathy Nielsen: Director of Sales**



-CONFIDENTIAL-

© Sedo.com LLC, 2009

1



# Proposal Overview

I.   Sedo's Family

II.  Sedo's Advantage

III. 2009 Top Public

IV. Highest Value Sales

V.  Sales and Marketing Plan

VI. Sales Method

© Sedo.com LLC, 2009

-CONFIDENTIAL-

2

# Sedo's Family



» 9 strong brands under one roof

Sedo is part of the Publically traded AdLINK Group and United Internet companies.  This group represents a leading supplier of online performance-based marketing solutions.

We reach over 100 million unique users around the world via our brands affilinet (www.affili.net) and Sedo (www.sedo.com).

© Sedo.com LLC, 2009

-CONFIDENTIAL-

2

# Why Sell with Sedo?

- **Leaders.** Sedo is the Industry Sales Leader. In 2009 Sedo brokered over 55% of the top 20 highest value public domain sales totaling over 23 million dollars

- **Reach.** Worldwide reach with over 1 million registered customers from around the world. Our employees come from over 25 countries, we speak the language of our clients. Sedo has **worldwide reach!**

- **Experience.** Our professional sales team has been selling high value domains for over 10 years

- **Trust.** Highly respected inside and outside the industry

- **Exclusive.** Premium treatment for premium names

© Sedo.com LLC, 2009

-CONFIDENTIAL-

4

**sedo**®

# Sedo's Top Public Sales 2009

| | Domain | Sales Price in $ |
|---|---|---|
| 1 | Fly.com | 1,600,000.00 |
| 2 | Russia.com | 1,500,000.00 |
| 3 | Call.com | 1,100,000.00 |
| 4 | Server.com | 770,000.00 |
| 5 | Christian.com | 600,000.00 |
| 6 | Talk.com | 500,000.00 |
| 7 | Brazil.com | 500,000.00 |
| 8 | Top.com | 468,718.25 |
| 9 | Body.com | 400,000.00 |
| 10 | Resumes.com | 400,000.00 |

5

-CONFIDENTIAL-

© Sedo.com LLC, 2009

**sedo**®

# Top Sales Overall

**Insure.com** $16,000,000 October 2009 to Quinn Street

**Sex.com** - $14 million 2006

**Fund.com** – $9,999,950 – Sold in 2008

**Porn.com** - $9,000,000 2007

**Business.com** – Sold for $7,500,000 in 1999 (sale of an entire business with a developed website, not just the domain)

**Diamonds.com** –$7,500,000

**Beer.com** - $7,000,000

**Casino.com** – $5,500,000 – Sold to a private company in 2003

**Toys.com** $5.1M sold to Toys R Us

**Note: Toys.com was the only top sale done in auction. Most high value sales are done through private brokerage.

*some sales not public and prices are not confirmed

© Sedo.com LLC, 2009

–CONFIDENTIAL–

6

# Sales Strategy

Our approach to selling a high value domain is absolutely unique to the industry.
We have the fortunate position of being part of a global internet group that is
highly respected and with many resources available to help us market and sell.
Our Sales process is highly confidential but outlined here:

- Research leads (Sedo has done this over the past year for sex.com)

- Contact Leads – Everyone that should know about the domain will know!

- Educate potential buyers (active and passive buyers)

- Qualify potential buyers

- Help potential buyers with due diligence where needed

- Understand and qualify buyers and their financial ability to make offers

**GOAL:**  Generate Multiple Offers!!!!

© Sedo.com LLC, 2009

-CONFIDENTIAL-

7

# Marketing Plan

Sedo's Marketing is second to none in the domain sales world. Reach is key in marketing and Sedo has global reach. We fully use this advantage to get your domain out in front of as many qualified buyers as possible. Here is just a sample of our marketing plans for sex.com:

- Online and email marketing to our client list of over 1 million clients around the world

- Online display and print ads in targeted vertical publications

- Full use of Sedo's global PR teams in US, Asia, Europe and Latin America to ensure worldwide positive press coverage in all media formats.

- Printed sales collateral for sending out to potential buyers as well as for Sedo sales teams to use at events we attend around the world.

- Sedo uses highly targeted social media marketing on Facebook, Twitter, Linkedin and Xing (the European version of Linkedin).

- **GOAL:** Generate Multiple Offers!!!!

-CONFIDENTIAL-

© Sedo.com LLC, 2009

8

**sedo**®

# Private Brokerage

A dedicated team of specialized domain brokers will canvass the globe and ensure that the appropriate parties are informed and educated about the domain name

Goal is to generate multiple qualified buyers

The negotiations begin when we identify qualified parties willing to make an offer.
The goal is to produce multiple bidders and maximize the sales price.



- Extensive sales and marketing outreach

- Private negotiations

- Facilitation of contract negotiations

- Safe and secure domain transfer and escrow

© Sedo.com LLC, 2009
-CONFIDENTIAL-

9



# Private Brokerage

**Benefits :**

- Best environment for high sales values

- Allows potential buyers time for due diligence

- Allows buyers time to secure funding

- Allows buyers to arrange alternative payment plans

- Possibility to hold secure, private auction after multiple bidders are identified and willing to bid



© Sedo.com LLC, 2009

-CONFIDENTIAL-

10

# sedo®

# Sales Team

Sedo has a dedicated team of brokers working for you.  This focused team will be instrumental in identifying and qualifying appropriate buyers from around the world to participate in this exclusive sale.

## Kathy Nielsen

Director of Sales.  Over 15 years of Sales and Marketing experience in Interactive Media and Technology.  Main point of contact for your group.

Kathy@Sedo.com :: 617-499-7108 office :: 617-820-9598 mobile

## Jeffrey Gabriel

Top Sales Broker in 2009 and 2010 at Sedo.  Over 15 years of Sales and Marketing experience in Interactive Media and Technology.  Responsible for selling the record-breaking highest value .org domain in January 2010, Poker.org for 1 million dollars.

Jeff@Sedo.com :: 617-499-7212  office :: 617-299-1729 mobile

## International Team:

Team of brokers from our UK, German, Latin American and Asian sales teams to ensure global coverage

© Sedo.com LLC, 2009

-CONFIDENTIAL-

# Customer Accolades & Press

We are delighted to have acquired fly.com from **Sedo**. This domain is a perfect match for Travelzoo's renowned approach: simple, fun, and world class. Working with Sedo made it easy for us to expand our brand. Travelzoo is now able to better serve travelers and advertisers with our new search engine, fly.com.

Regards,

Brian Clark
Senior VP and GM Search Products, Travelzoo

---

I am a Boston based attorney specializing in Internet Law. Recently, Sedo brought to my client a buyer for seven figures of his significant, generic domain name. I was asked to ensure the structuring of the sale to the seller's advantage. After I presented my case to Sedo, they went to considerable time and effort to re-characterize the sale to ensure favorable tax treatment for the seller. I also found Sedo quite helpful in negotiating the terms of its standard sale contract in order to ensure a fair and balanced treatment. My client was pleased with both the process and the outcome, and I've no doubt that he would engage Sedo again under similar circumstances.

Regards,

William F. Swiggart
Swiggart & Agin, LLC

---

**Survey: Sedo Top Online Domain Sales Site**
**Tuesday, March 10th, 2009**
**No surprise in online domain sales category.**
Once again, Sedo has taken top honors for "Best Online Domain Name Sales Site" in the annual Domain Name Wire Survey. 48% of respondents to the fourth annual survey selected Sedo as the top site, roughly equal to last year. In second place, with only 14% of the vote, were domain name forums.

© Sedo.com LLC, 2009

-CONFIDENTIAL-

# Sedo Awards and Industry Recognition

sedo®









- **DomainInformer Award Winner 2008:**
  - #1 Aftermarket Sales and #1 Readers' Choice

- **Domain Name Wire Survey Winner 2007-2009:**
  - "Best Place to Sell Domains" and "Best Parking Program"

- **Domainer's Choice Award 2008:**
  - Best Domain Marketplace and Best Account Representative

© Sedo.com LLC, 2009

–CONFIDENTIAL–

# Thank You For Your Time!



**Contact:**

Kathy Nielsen

Director Sales

Phone: 617-499-7208 office :: 617-820-9598 mobile

Email: Kathy.Nielsen@Sedo.com

sedo®

14

-CONFIDENTIAL-

© Sedo.com LLC, 2009

| In re:<br>ESCOM, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described _____ **ERRATA RE EXHIBIT "B" TO NOTICE OF MOTION AND MOTION FOR ORDER (A) APPROVING SALE PROCEDURES AND BID PROTECTIONS, INCLUDING BREAK-UP FEE, IN CONNECTION WITH SALE OF DOMAIN NAME AND TRADEMARKS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING EMPLOYMENT OF SEDO.COM, LLC, AS MARKETING AND SALES AGENT PURSUANT TO EXCLUSIVE BROKERAGE AGREEMENT; AND (C) GRANTING RELATED RELIEF** _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 22, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **June 22, 2010,** I served the following person(s) and/or entity/ies at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 22, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 22, 2010  Mary de Leon | | /s/ Mary de Leon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>ESCOM, LLC<br><br>                             Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:10-bk-13001-GM |
| --- | --- |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**1:10-bk-13001-GM Notice will be sent via U.S. mail to:**

Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re:<br>ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

III.     **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

**1:10-bk-13001-GM Notice will be sent via Email to:**

<u>Debtor</u>
Escom LLC
23480 Park Sorrento, Suite 206B
Calabasas, CA  91302
Attn: Del Anthony
Email: del@escomllc.com

<u>Counsel for DOM Partners LLC</u>
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Email: smatthews@windelsmarx.com
        anisselson@windelsmarx.com

Del Polikretis
PO Box 1175
Agoura Hills, CA  91376
Email: del@escomllc.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**