| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA Bar No. 181200)<br>Gabrielle A. Rohwer (CA Bar No. 190895)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, California  90067-4100<br>Telephone: 310/277-6910<br>Email:  jdulberg@pszjlaw.com; grohwerpszjlaw.com<br>Proposed] Attorneys for Escom, LLC, Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>ESCOM, LLC<br><br>Debtor(s). | CASE NO.:<br>1:10-bk-13001-GM<br><br>Sale Approval Hearing<br>Date:      TBD<br>Time:      TBD<br>Place:     Courtroom 303<br>              21041 Burbank Boulevard<br>              Woodland Hills, Ca  91367 |
|---|---|

## NOTICE OF SALE OF ESTATE PROPERTY

| **Sale Date:**  Auction Date: TBD | **Time:** TBD |
|---|---|

**Location:**  Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067

Type of Sale:   ☒ Public       ☒ Private       Last date to file objections:

Description of Property to be Sold:

The internet domain sex.com and two trademark registrations for sex.com"

Terms and Conditions of Sale:
Please refer to sale procedures described in the Debtor's "Motion for Order (A) Approving Sale Procedures and Bid Protections, Including Break Up Fee, in connection with the Sale of Domain Name and Trademarks, Free and Clear of all Liens, Claims, Encumbrances and Interests; (B) Authorizing Employment of Sedo.com, LLC as Marketing and Sales Agent Pursuant to Exclusive Brokerage Agreement; and (C) Granting Related Relief" (the "Motion") [Docket No. 63].

Proposed Sale Price: See Motion

Overbid Procedure (If Any): .
See Motion

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

Jeffrey W. Dulberg, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067
Phone: 310/277-6910
Email: jdulberg@pszjlaw.com

Date:  June 23, 2010

Notice of Sale of Estate Property

*January 2009*

**F 6004-2**

American LegalNet, Inc.
www.Forms*Workflow*.com

F 6004-2

| In re<br>ESCOM, LLC<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 1:10-bk-13001-GM |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as NOTICE OF SALE OF ESTATE PROPERTY _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 23, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On June 23, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 23, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
VIA FEDEX
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2010 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Case 1:10-bk-13001-GM    Doc 70    Filed 06/23/10    Entered 06/23/10 12:15:04    Desc
Main Document    Page 3 of 4
Notice of Sale of Estate Property - *Page 3*

F 6004-2

| In re<br>ESCOM, LLC<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 1:10-bk-13001-GM |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II.    <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**

**1:10-bk-13001-GM Notice will be sent via overnight mail to:**

<u>Office of the United States Trustee</u>
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA  94280

Franchise Tax Board
Attention:  Bankruptcy
Post Office Box 2952
Sacramento, CA  95812

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA  19114

Notice of Sale of Estate Property - Page 3

F 6004-2

| In re<br>ESCOM, LLC<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 1:10-bk-13001-GM |
|---|---|

State Board of Equalization
Attn: Special Procedures Section
Post Office Box 942879
Sacramento, CA 95814

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

**1:10-bk-13001-GM Notice will be sent via Email to:**

Debtor
Escom LLC
23480 Park Sorrento, Suite 206B
Calabasas, CA 91302
Attn: Del Anthony
Email: del@escomllc.com

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Email: smatthews@windelsmarx.com
        anisselson@windelsmarx.com

Counsel for Nothin' But Net, LLC
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Tel: (212) 818-9200/Fax: (212) 818-9606
Email: dgurfein@ssbb.com

Del Polikretis
PO Box 1175
Agoura Hills, CA 91376
Email: del@escomllc.com

Creditors or Parties in Interest
i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow
Tel: (617) 928-9423/Fax: (617) 964-5318
Email: cbialow@bialow.com

Creditors or Parties in Interest
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller
Tel: (617) 236-0806/Fax: (617) 927-1199
Email: amiller@internetrealestate.com