Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle A. Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    jdulberg@pszjlaw.com
           grohwer@pszjlaw.com

[Proposed] Attorneys for Escom, LLC
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re:<br><br>ESCOM, LLC,[1]<br><br>Debtor. | Case No.: 1:10-bk-13001-GM<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF ENTERED ORDER MOTION FOR AUTHORITY TO FILE EXCLUSIVE BROKERAGE AGREEMENT UNDER SEAL IN SUPPORT OF DEBTOR'S OF MOTION FOR ORDER (A) APPROVING SALE PROCEDURES AND BID PROTECTIONS, INCLUDING BREAK-UP FEE, IN CONNECTION WITH SALE OF DOMAIN NAME AND TRADEMARKS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING EMPLOYMENT OF SEDO.COM, LLC, AS MARKETING AND SALES AGENT PURSUANT TO EXCLUSIVE BROKERAGE AGREEMENT; AND (C) GRANTING RELATED RELIEF [DOCKET NO. 78]** |
|---|---|

I, Mary de Leon declare:

1. I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California.

2. On or about June 29, 2010, I caused to be served the following **ORDER MOTION FOR AUTHORITY TO FILE EXCLUSIVE BROKERAGE AGREEMENT UNDER SEAL IN**

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609. The Debtor's address is PO Box 1410 Agoura Hills, CA 91376.

1 **SUPPORT OF DEBTOR'S OF MOTION FOR ORDER (A) APPROVING SALE**
2 **PROCEDURES AND BID PROTECTIONS, INCLUDING BREAK-UP FEE, IN**
3 **CONNECTION WITH SALE OF DOMAIN NAME AND TRADEMARKS, FREE AND**
4 **CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B)**
5 **AUTHORIZING EMPLOYMENT OF SEDO.COM, LLC, AS MARKETING AND SALES**
6 **AGENT PURSUANT TO EXCLUSIVE BROKERAGE AGREEMENT; AND (C)**
7 **GRANTING RELATED RELIEF [DOCKET NO. 78]**, entered on June 25, 2010, by sending a
8 copy of said document via U.S. mail, or email, or Notice of Electronic Filing through the Court's
9 transmission facilities, for parties and/or counsel who have provided email addresses and are
10 registered through the ECF System as indicated on the attached list, Exhibit "A" hereto.
11     I declare that I am employed in the office of a member of the bar of this Court at whose
12 direction was made.
13     Executed on June 29, 2010, at Los Angeles, California.

15     /s/ Mary de Leon
       Mary de Leon

# EXHIBIT A

## SERVICE LIST

**VIA U.S. MAIL TO:**
Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA  94280

Franchise Tax Board
Attention:  Bankruptcy
Post Office Box 2952
Sacramento, CA  95812

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA  19114

State Board of Equalization
Attn:  Special Procedures Section
Post Office Box 942879
Sacramento, CA  95814

**VIA EMAIL TO:**
Debtor
Escom LLC
23480 Park Sorrento, Suite 206B
Calabasas, CA  91302
Attn: Del Anthony
Email:  del@escomllc.com

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Email:  smatthews@windelsmarx.com
        anisselson@windelsmarx.com

Counsel for Nothin' But Net, LLC
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Tel: (212) 818-9200/Fax: (212) 818-9606
Email: dgurfein@ssbb.com

Del Polikretis
PO Box 1175
Agoura Hills, CA 91376
Email: del@escomllc.com

Creditors or Parties in Interest
i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow
Tel: (617) 928-9423/Fax: (617) 964-5318
Email: cbialow@bialow.com

Creditors or Parties in Interest
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller
Tel: (617) 236-0806/Fax: (617) 927-1199
Email: amiller@internetrealestate.com

**BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") AND EMAIL TO:**

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov