1  Jeffrey W. Dulberg (CA Bar No. 181200)
   Gabrielle A. Rohwer (CA Bar No. 190895)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   E-mail:    jdulberg@pszjlaw.com
5             grohwer@pszjlaw.com

6  [Proposed] Attorneys for Escom, LLC
   Debtor and Debtor in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11 In re:                              Case No.: 1:10-BK-13001-GM

12                                     Chapter 11

13 **ESCOM, LLC,**[1]                  **APPLICATION OF DEBTOR AND DEBTOR
                                       IN POSSESSION TO EMPLOY
14                                     PACHULSKI STANG ZIEHL & JONES LLP
                                       AS GENERAL BANKRUPTCY COUNSEL
15                Debtor.             EFFECTIVE AS OF THE PETITION DATE**

16                                     [Declaration of Jeffrey W. Dulberg filed
                                       concurrently herewith]
17
                                       [NO HEARING REQUIRED UNLESS
18                                     REQUESTED PER L.B.R. 2014-1(b)]

19 **TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE;**

20 **MEMBERS, SECURED CREDITORS, CREDITORS HOLDING THE TWENTY LARGEST**

21 **UNSECURED CLAIMS, PARTIES THAT HAVE FILED REQUESTS FOR SPECIAL**

22 **NOTICE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

23         Escom, LLC, the debtor and debtor in possession herein (the "Debtor"), hereby files this

24 application (the "Application") to employ Pachulski Stang Ziehl & Jones LLP (the "Firm"), whose

25 business offices are located at 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067,

26 as Debtor's general bankruptcy counsel, effective as of the Petition Date (defined below).  This

27

28 _____
   [1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609.  The Debtor's address is PO Box 1410
   Agoura Hills, CA 91376.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Application is brought pursuant to section 327(a) of title 11 of the United States Code (the

2    "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy

3    Rule 2014-1.

4            In support of the Application, the Debtor respectfully represents as follows:

5        **1.    Jurisdiction**

6            This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. § 1334.  This

7    matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper before

8    this Court pursuant to 28 U.S.C. 1408 and 1409.  The statutory predicates for the relief requested in

9    this Application are 11 U.S.C. §§ 105, 327(a) and 328(a).

10        **2.    Background**

11            On March 17, 2010 (the "Petition Date"), (i) WTA, (ii) iEntertainment, and (iii) Accounting

12    Matters.com, LLC, a Maryland limited liability company ("AM," collectively with WTA and

13    iEntertainment, the "Petitioning Creditors") filed an involuntary petition for relief under chapter 11

14    of the Bankruptcy Code.  On June 21, 2010, this Court entered an order for relief [Docket No. 61].

15    The Debtor continues to operate its business and manages its affairs as a debtor in possession

16    pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or committee

17    has been appointed in this chapter 11 case.

18            The factual background relating to the Debtor are set forth in detail in the *Declaration of Del*

19    *Anthony Polikretis* [Docket No. 46], previously filed with the Court and incorporated herein by

20    reference.

21        **3.    The Firm**

22            The Firm began working with the Debtor in or about March 5, 2010 and has become familiar

23    with its financial affairs and issues affecting the estate including, but not limited to, the sale of its

24    assets.  As such, the Debtor seeks Court approval to retain the Firm, effective as of the Petition Date,

25    at the expense of the Debtor's estate, to provide legal services that will be required to prosecute this

26    chapter 11 case.  The Debtor desires to retain the Firm because of its particular expertise in the areas

27    of insolvency, business reorganization, and other debtor/creditor matters.  The Firm has served as

28    general bankruptcy counsel to debtors in a number of chapter 11 cases and to a wide range of debtors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   in various industries, including, dozens of cases before this Court.  In addition, the Firm has served

2   as counsel to unsecured creditors' committees in numerous chapter 11 cases.  A copy of the resume

3   of the Firm's attorneys expected to provide services in this matter is attached hereto as **Exhibit A**.

4   The Firm's depth of experience in bankruptcy makes it particularly qualified to represent the Debtor.

5   Therefore, the Debtor believes that the Firm's retention is in the best interest of the estate.  More

6   information about the Firm is available on its website at www.pszjlaw.com.

7        **4.    The Proposed Services**

8        The Firm's services for the Debtor are necessary to enable the Debtor to execute duties as

9   debtor in possession, including maximizing value to its creditors.  Subject to further order of this

10  Court, and without being exclusive, the Firm proposes to render the following types of legal services

11  to the Debtor:

12        a.    advise the Debtor on the requirements of the Bankruptcy Code, the

13  Bankruptcy Rules, the Local Bankruptcy Rules, and the requirements of the United States Trustee

14  pertaining to the administration of the Debtor's estate;

15        b.    prepare motions, applications, answers, orders, memoranda, reports, and

16  papers, etc., in connection with the administration of the Estate;

17        c.    protect and preserve the estate by prosecuting and defending actions

18  commenced by or against the Debtor and analyzing, and preparing necessary objections to, proofs of

19  claim filed against the Estate;

20        d.    investigate and prosecute preference, fraudulent transfer, and other actions

21  arising under the Debtor's avoiding powers;

22        e.    advise, assist and represent the Debtor in the negotiation, auction and sale of

23  its assets; and

24        f.    render such other advice and services as the Debtor may require in connection

25  with the case.

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### 5.    The Firm's Proposed Compensation

The Firm has received a total of $126,600.00 from the Debtor as follows: on March 12, 2010, the Firm received a $5,000.00 retainer from the Debtor, on March 16, 2010, the Firm received a $20,000.00 retainer from the Debtor, on May 10, 2010, the Firm received a $15,000.00 retainer from the Debtor, and on May 21, 2010, the Firm received a $86,600.00 retainer from the Debtor.  Of this total amount, $85,358.00 was allocated to services provided prior to entry of the order for relief, while the remainder of $41,242.00 shall serve as a retainer for the Firm during the chapter 11 case. Upon completion of its reconciliation of all pre-order for relief expenses, the Firm will "true-up" its bill and add any amount remaining after the "true-up" to the post-order for relief retainer.

There are no arrangements between the Firm and any other entity for the sharing of compensation received or to be received in connection with the case, except insofar as such compensation may be shared among the partners, of counsel, and associates of the Firm.

The Retainer is not a fixed price for counsel's services, and the Firm reserves the right to seek additional compensation beyond the amounts covered by the Retainer in accordance with applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

The Firm understands that the Debtor has retained and may retain additional professionals during the term of the engagement.  The Firm may have worked with the additional professionals in the past and agrees to work cooperatively with such professionals on this case to integrate any respective work conducted by the professionals on behalf of the Debtor.  The Firm has assured the Debtor that it will work closely with each of these firms to take care not to duplicate efforts in this chapter 11 case.

### 6.    The Firm is Disinterested

To the best of the Debtor's knowledge and based upon the Declaration of Jeffrey W. Dulberg ("Dulberg Declaration") filed concurrently herewith, neither the Firm nor any of its partners, of counsel, or associates has any connection with the Debtor, any creditors of the estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth in the Dulberg Declaration.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    To the best of the Debtor's knowledge and based upon the attached Dulberg Declaration,

2 neither the Firm nor any of its partners, of counsel, or associates is a creditor, equity security holder,

3 or an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code.

4    To the best of the Debtor's knowledge and based upon the attached Dulberg Declaration,

5 neither the Firm nor any of its partners, of counsel, or associates is or was, within two years before

6 the date of the filing of the petition, a director, officer, or employee of the Debtor.

7    To the best of the Debtor's knowledge, the Firm is a "disinterested person" within the

8 meaning of section 101(14) of the Bankruptcy Code and the Firm does not hold any interest adverse

9 to the estates.

10    The Firm has conducted an extensive conflict check within the Firm's database and thus far

11 the Firm has not encountered any creditors of the Debtor in which an actual conflict exists between

12 the Firm and such creditors.  If, at any subsequent time during the course of this proceeding, the

13 Firm learns of any other representation which may give rise to a conflict, the Firm will promptly file

14 with the Court and the Office of the United States Trustee an amended declaration identifying and

15 specifying such involvement.

16    **7.    Proposed Hourly Rates and Expenses**

17    Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local

18 Bankruptcy Rules, the United States Trustee Guidelines, and this Court's rules, the Debtor proposes

19 to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm

20 according to its customary reimbursement policies.  The attorneys currently expected to be

21 principally responsible for the case, and their respective hourly rates effective as of January 1, 2010,

22 are as follows:  Jeffrey Dulberg ($595), and Gabrielle Rohwer ($550).[2]  The hourly rate for the

23 paralegal assigned to the case, Felice Harrison, is $235.  The hourly rates of all of the Firm's

24 attorneys and paraprofessionals are available upon request.  The Firm periodically increases its

25 hourly rates and reserves the right to do so in this case.

26

27

28    [2] However, the Firm has agreed to reduce Ms. Rohwer's rate to $350 per hour for the post-order for relief period
commencing June 21, 2010.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

It is contemplated that the Firm will seek interim compensation during the case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and the *Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330*  issued by the United States Trustee.  The Debtor is advised that the Firm will file monthly fee statements with the Office of the United States Trustee in accordance with the *Guide to Applications for Employment of Professionals and Treatment of Retainers* promulgated by the Office of the United States Trustee.

**8.    Notice**

Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon the Debtor, its proposed counsel, and the United States Trustee no later than fourteen days from the date of service of notice of the filing of the Application.

Notice of filing of this Application was provided, in the form attached hereto as **Exhibit B**, to (1) the Office of the United States Trustee, (2) the creditors appearing on the list filed in accordance with Fed. R. Bankr. P. 1007(d) for the Debtor, and (3) any party who filed and served a request for special notice as of the date of service of the Notice.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    **WHEREFORE**, the Debtor requests that this Court approve the employment of Pachulski

2    Stang Ziehl & Jones LLP as general bankruptcy counsel, as of the commencement of the case, to

3    render services as described above, with compensation to be paid by the Estate as an administrative

4    expense in such amounts as this Court may hereafter determine and allow.

5

Dated:    June 30, 2010                          ESCOM, LLC

6

7                                                By _____

8                                                    DEL ANTHONY POLIKRETIS
                                                     President and CEO
9                                                    Debtor and Debtor in Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A



Mr. Dulberg has substantial experience representing debtors, creditors, landlords, asset purchasers, and committees in chapter 11 cases throughout the country.  Mr. Dulberg has served as lead counsel for several large debtors, including Z Gallerie (successful reorganization of national home furnishings retailer), Barbeques Galore (the world's largest specialty barbeque retailer), People's Choice Home Loan (formerly a major national subprime loan originator), and The Parent Company / eToys (a leading commerce, content, and new media company).  Mr. Dulberg has also represented creditors' committees in Jays Foods, Pike Nursery and Sega GameWorks, among others.  He has handled numerous out-of-court and commercial matters, including a wide variety of sales, and appeals before the Bankruptcy Appellate Panel of the Ninth Circuit.  Mr. Dulberg lectures frequently on chapter 11 issues and he has spoken nationwide regarding these matters.  Mr. Dulberg is a graduate of Swarthmore College and received his J.D. from UCLA, where he was a teaching assistant with the Department of Political Science.  In 2010, he was named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights in a peer survey conducted by Law & Politics and the publishers of *Los Angeles* magazine, an honor bestowed on only 5% of Southern California attorneys.  Mr. Dulberg is admitted to practice in California and is a resident in our Los Angeles office.

**EDUCATION**

- Swarthmore College (B.A. 1991).
- University of California, Los Angeles (J.D. 1995).
- Moot Court Honors Program.

**BAR & COURT ADMISSIONS**

- 1995, California.

**PROFESSIONAL AFFILIATIONS**

- Turnaround Management Association

**INDUSTRIES**

- Retail

**PROGRAMS AND LECTURES**

- American Bankruptcy Institute, Turnaround Management Association, Valley Credit

  Professionals, Credit Managers Association, Los Angeles Bankruptcy Forum,

  Commercial Real Estate Women.

**REPRESENTATIONS**

- Chapter 11 debtors: The Parent Company; Barbeques Galore; People's Choice Home

  Loan; Prime Measurement Products; Olympia Group; RFB Cellular; Trend

  Technologies; Track 'n Trail.

- Creditors' committees: Jay's Foods; Pike Nursery; Sega GameWorks; Mercury Plastics;

  Custom Food Products (trade committee).

- Creditors/landlord representations: The Sylmark Group, Mid-Valley Properties.

**NEWS**

- Z Gallerie: Reorganization of the Year

- Twelve Southern California Super Lawyers

- A Happy Retail Story - Z Gallerie Reorganizes in Less Than Six Months!



Ms. Rohwer has represented chapter 11 debtors, creditors' committee, landlords, indenture trustees, and chapter 7 trustees in the contexts of bankruptcy cases, adversary proceedings, and other related commercial litigation.  While clerking for the Colorado bankruptcy court, she was tasked with rewriting the bankruptcy court's local rules in response to the changes instituted by BAPCPA.  She received her B.A. (Economics) from the University of California at Berkeley in 1994 and her J.D. from the UCLA School of Law in 1997.  She is a member of the California, Colorado and New York bars and is a resident in our New York office.

**EDUCATION**

- University of California at Berkeley (B.A. 1994).

- University of California School of Law , Los Angeles (J.D. 1997).

**BAR & COURT ADMISSIONS**

- California, 1997.

- Colorado, 2005.

- New York, 2009.

**CLERKSHIPS**

- Law clerk, Thomas B. Donovan (Bankr. C.D. Cal. 1997-98).

- Legal Specialist, Howard R. Tallman (Bankr. D. Colo. 2005-08).

**REPRESENTATIONS**

- Chapter 11 debtors: Tri Valley Growers, Webvan, Track 'n' Trail, HealthCentral.com.

- Creditors' committee in Movie Gallery.

- Landlords: Bi-Lo, Ritz Camera.

- Indenture trustees: Hawaiian Telcom, ION Media, Dayton Superior.



**Paralegal -**
**Email: fharrison@pszjlaw.com**
**Direct Dial: 310-772-2372**

**Felice Harrison** has a background in bankruptcy and creditor rights and has specialized as a bankruptcy paralegal for the past twenty-five years.

**Practice Areas**

Bankruptcy and creditor rights.

**Education**

Ms. Harrison earned her BA in Sociology and her California Teaching Credential, Grades K-9, from the University of California, Los Angeles. After teaching in both the public and private sector, Ms. Harrison continued with her education and received her Paralegal Certificate from the California College of Paralegal Studies (Dean's List)

**Professional Activities**

Ms. Harrison is a member of the Los Angeles Bankruptcy Forum.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT B

1 Jeffrey W. Dulberg (CA Bar No. 181200)
2 Gabrielle A. Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
3 10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
4 Telephone: 310/277-6910
Facsimile: 310/201-0760
5 E-mail:   jdulberg@pszjlaw.com
           grohwer@pszjlaw.com
6
[Proposed] Attorneys for Escom, LLC
7 Debtor and Debtor in Possession

8                   UNITED STATES BANKRUPTCY COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                  SAN FERNANDO VALLEY DIVISION

11  In re:                              Case No.: 1:10-BK-13001-GM

12                                      Chapter 11

13                                      NOTICE OF APPLICATION OF DEBTOR
    ESCOM LLC                           AND DEBTOR IN POSSESSION TO
14                                      EMPLOY PACHULSKI STANG ZIEHL &
                                        JONES LLP AS GENERAL BANKRUPTCY
15                    Debtor.           COUNSEL EFFECTIVE AS OF THE
                                        PETITION DATE
16
                                        [NO HEARING REQUIRED UNLESS
17                                      REQUESTED PER L.B.R. 2014-1(b)]

18  **TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE,**

19  **MEMBERS, SECURED CREDITORS, CREDITORS HOLDING THE TWENTY LARGEST**

20  **UNSECURED CLAIMS, PARTIES THAT HAVE FILED REQUESTS FOR SPECIAL**

21  **NOTICE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

22          **PLEASE TAKE NOTICE** that Escom, LLC, debtor and debtor in possession herein (the

23  "Debtor"), filed with the Court an application (the "Application") to employ Pachulski Stang Ziehl

24  & Jones  LLP (the "Firm") as general bankruptcy counsel, effective as of the Petition Date, to

25  perform the following services in connection with this chapter 11 case: (a) advise the Debtor on the

26  requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the

27  requirements of the United States Trustee pertaining to the administration of the Debtor's estate; (b)

28

1    prepare motions, applications, answers, orders, memoranda, reports, and papers, etc., in connection

2    with the administration of the estate; (c) protect and preserve the estate by prosecuting and defending

3    actions commenced by or against the Debtor and analyzing, and preparing necessary objections to,

4    proofs of claim filed against the estate; (d) investigate and prosecute preference, fraudulent transfer,

5    and other actions arising under the Debtor's avoiding powers; (e) advise, assist and represent the

6    Debtor in the negotiation, auction and sale of its assets; and (f) render such other advice and services

7    as the Debtor may require in connection with the case.

8         **PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Application can

9    be obtained by contacting Felice Harrison, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100

10    Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067, telephone: (310) 277-6910, Facsimile

11    (310) 201-0760, email: fharrison@pszjlaw.com.

12         **PLEASE TAKE FURTHER NOTICE** that subject to the provisions of the Bankruptcy

13    Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and

14    this Court's rules, the Debtor proposes to pay the Firm its customary hourly rates in effect from time

15    to time and to reimburse the Firm according to its customary reimbursement policies. The attorneys

16    currently expected to be principally responsible for the case, and their respective hourly rates

17    effective as of January 1, 2010, are as follows: Jeffrey Dulberg ($595), and Gabrielle Rohwer

18    ($550).[1] The hourly rate for the paralegal assigned to the case, Felice Harrison, is $235. The hourly

19    rates of all of the Firm's attorneys and paraprofessionals are available upon request. The Firm

20    periodically increases its hourly rates and reserves the right to do so in this case

21         **PLEASE TAKE FURTHER NOTICE** that the Firm has received a total of $126,600.00

22    from the Debtor as follows: on March 12, 2010, the Firm received a $5,000.00 retainer from the

23    Debtor, on March 16, 2010, the Firm received a $20,000.00 retainer from the Debtor, on May 10,

24    2010, the Firm received a $15,000.00 retainer from the Debtor, and on May 21, 2010, the Firm

25    received a $86,600.00 retainer from the Debtor. Of this total amount, $85,358.00 was allocated to

26    services provided prior to entry of the order for relief, while the remainder of $41,242.00 shall serve

27

28    ---

[1] However, the Firm has agreed to reduce Ms. Rohwer's rate to $350 per hour for the post-order for relief period
commencing June 21, 2010.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  as a retainer for the Firm during the chapter 11 case.  Upon completion of its reconciliation of all

2  pre-order for relief expenses, the Firm will "true-up" its bill and add any amount remaining after the

3  "true-up" to the post-order for relief retainer.

4      **PLEASE TAKE FURTHER NOTICE** that it is contemplated that the Firm may seek

5  interim compensation during the Case as permitted by sections 330 and 331 of the Bankruptcy Code

6  and Bankruptcy Rule 2016.  The Firm understands that its compensation in the Case is subject to the

7  prior approval of the Court.  No compensation will be paid except upon application to and approval

8  by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy

9  Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and the *Guide To Applications For*

10 *Retainers and Professional and Insider Compensation* issued by the United States Trustee.

11     **PLEASE TAKE FURTHER NOTICE** that the Firm is a "disinterested person" within the

12 meaning of section 101(14) of the Bankruptcy Code and the Firm does not hold any interest adverse

13 to the Debtor.

14     **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-

15 1(b)(1), a hearing is not required in connection with the Application unless requested by the United

16 States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Bankruptcy

17 Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form

18 prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon

19 the Debtor, its proposed counsel, and the United States Trustee no later than fifteen days from the

20 date of service of this notice.

21

22 Dated: July 2, 2010                    PACHULSKI STANG ZIEHL & JONES  LLP

23

24                                       By    /s/ *Jeffrey W. Dulberg*
                                               Jeffrey W. Dulberg
25                                             [Proposed] Attorneys for Debtor and Debtor
                                               in Possession

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| In re:<br>ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10100 Santa Monica Blvd., 11ᵗʰ Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described   **APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 2, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  **July 2, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 2, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 2, 2010  Mary de Leon | | /s/ Mary de Leon |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**
                                                                                                              18

| In re:<br>ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**1:10-bk-13001-GM Notice will be sent via U.S. mail to:**

Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA  94280

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re:<br>ESCOM, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

Franchise Tax Board
Attention:  Bankruptcy
Post Office Box 2952
Sacramento, CA  95812

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA  19114

State Board of Equalization
Attn:  Special Procedures Section
Post Office Box 942879
Sacramento, CA  95814

III.       **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

**1:10-bk-13001-GM Notice will be sent via Email to:**

Debtor
Escom LLC
23480 Park Sorrento, Suite 206B
Calabasas, CA  91302
Attn: Del Anthony
Email: del@escomllc.com

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Email: smatthews@windelsmarx.com
         anisselson@windelsmarx.com

Counsel for Nothin' But Net, LLC
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY  10169
Tel: (212) 818-9200/Fax: (212) 818-9606
Email: dgurfein@ssbb.com

Del Polikretis
PO Box 1175
Agoura Hills, CA  91376
Email: del@escomllc.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**
                                                                                                              20

| In re:<br>ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

<u>Creditors or Parties in Interest</u>
i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow
Tel: (617) 928-9423/Fax: (617) 964-5318
Email: cbialow@bialow.com

<u>Creditors or Parties in Interest</u>
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller
Tel: (617) 236-0806/Fax: (617) 927-1199
Email: amiller@internetrealestate.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

21