Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle A. Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    jdulberg@pszjlaw.com
           grohwer@pszjlaw.com

[Proposed] Attorneys for Escom, LLC
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ESCOM, LLC,[1]<br><br>Debtor. | Case No.: 1:10-BK-13001-GM<br><br>Chapter 11<br><br>**DECLARATION OF JEFFREY W. DULBERG IN SUPPORT OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PER L.B.R. 2014-1(b)] |

I, Jeffrey W. Dulberg, declare and state as follows:

1.   I make this declaration in support of the application (the "Application") filed by Escom, LLC the debtor and debtor in possession herein (the "Debtor"), to employ Pachulski Stang Ziehl & Jones LLP (the "Firm") as general bankruptcy counsel, effective as of the Petition Date.

2.   I am a partner of the Firm and am duly admitted and licensed to practice in the State of California and to practice before this Court.

3.   The name, address, telephone number, and facsimile number of the Firm are as follows:

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609. The Debtor's address is PO Box 1410 Agoura Hills, CA 91376.

23880-001\DOCS_LA:221709.2                    1

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760

4.    The Debtor has requested that the Firm serve as its general bankruptcy counsel because of its particular expertise in the areas of insolvency, business reorganization, and other debtor/creditor matters. The Firm has served as general bankruptcy counsel to debtors in a number of chapter 11 cases and to a wide range of debtors in various industries, including, dozens of cases before this Court.

5.    In addition, the Firm has served as counsel to unsecured creditors' committees in numerous chapter 11 cases. The Firm also has extensive experience in representing trustees, individual creditors, special interest committees, asset purchasers, and investors in both in- and out-of-court restructurings.

6.    A copy of the resumes of the attorneys who will be primarily involved in this case is attached to the Application as **Exhibit A.**

7.    Subject to further order of this Court, and without being exclusive, the Firm proposes to render the following types of legal services to the Debtor:

a.    advise the Debtor on the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the requirements of the United States Trustee pertaining to the administration of the Debtor's estate;

b.    prepare motions, applications, answers, orders, memoranda, reports, and papers, etc., in connection with the administration of the Estate;

c.    protect and preserve the estate by prosecuting and defending actions commenced by or against the Debtor and analyzing, and preparing necessary objections to, proofs of claim filed against the Estate;

d.    investigate and prosecute preference, fraudulent transfer, and other actions arising under the Debtor's avoiding powers;

23880-001\DOCS_LA:221709.2                                2

    e. advise, assist and represent the Debtor in the negotiation, auction and sale of its assets; and

    f. render such other advice and services as the Debtor may require in connection with the case.

  8. The Firm has received a total of $126,600.00 from the Debtor as follows: on March 12, 2010, the Firm received a $5,000.00 retainer from the Debtor, on March 16, 2010, the Firm received a $20,000.00 retainer from the Debtor, on May 10, 2010, the Firm received a $15,000.00 retainer from the Debtor, and on May 21, 2010, the Firm received a $86,600.00 retainer from the Debtor. Of this total amount, $85,358.00 was allocated to services provided prior to entry of the order for relief, while the remainder of $41,242.00 shall serve as a retainer for the Firm during the chapter 11 case. The Firm is in the process of reconciling the final amount of its prepetition bill and will transfer any excess payment received prepetition to its client trust account upon completion of such reconciliation.

  9. Upon completion of its reconciliation of all prepetition expenses, the Firm will "true-up" its bill and add any amount remaining after the "true-up" to the postpetition retainer (the "Retainer").

  10. Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and this Court's rules, the Debtor proposes to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm according to its customary reimbursement policies. The attorneys currently expected to be principally responsible for the case, and their respective hourly rates effective as of January 1, 2010, are as follows: Jeffrey Dulberg ($595), and Gabrielle Rohwer ($550) ).[1]. The hourly rate for the paralegal assigned to the case, Felice Harrison, is $235. The hourly rates of all of the Firm's attorneys and paraprofessionals are available upon request. The Firm periodically increases its hourly rates and reserves the right to do so in this case.

---

[1] However, the Firm has agreed to reduce Ms. Rohwer's rate to $350 per hour for the post-order for relief period commencing June 21, 2010.

11.  To the best of my knowledge, the Firm is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and the Firm does not hold any interest adverse to the Debtor.

12.  I am informed and believe that the Firm has conducted an extensive conflict check within the Firm's database and thus far the Firm has not encountered any creditors of the Debtor in which an actual conflict exists between the Firm and such creditors. If, at any subsequent time during the course of this proceeding, the Firm learns of any other representation which may give rise to a conflict, the Firm will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

13.  I am informed and believe that neither the Firm nor any member employed by the Firm has any other connection with the Debtor, any insider of the Debtor or any other related entities in which the Debtor may have an interest, their creditors, or any party in interest in this case, or their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

14.  I understand that the Debtor may retain additional professionals during the term of the engagement. The Firm may have worked with the additional professionals in the past and agrees to work cooperatively with such professionals on this case to integrate any respective work conducted by the professionals on behalf of the Debtor. The Firm has assured the Debtor that it will work closely with each of these firms to take care not to duplicate efforts in this Case.

15.  To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates is a creditor, equity security holder, or an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code.

16.  To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

17.  To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates has any interest materially adverse to the interest of the estate or of any class of creditors

or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

18. The attorneys from the Firm that will be involved in the Case are familiar with the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and United States Trustee Guides and will comply with them.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 2nd day of July, 2010, at Los Angeles, California.

*/s/ Jeffrey W. Dulberg*
Jeffrey W. Dulberg

| In re:<br>ESCOM, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:10-bk-13001-GM |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described __**DECLARATION OF JEFFREY W. DULBERG IN SUPPORT OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 2, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 2, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 2, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 2, 2010    Mary de Leon | /s/ Mary de Leon |
|---|---|
| Date    Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>ESCOM, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**1:10-bk-13001-GM Notice will be sent via U.S. mail to:**

Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA  94280

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        F 9013-3.1

| In re: | | CHAPTER 11 |
|---|---|---|
| ESCOM, LLC | Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

Franchise Tax Board
Attention: Bankruptcy
Post Office Box 2952
Sacramento, CA 95812

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114

State Board of Equalization
Attn: Special Procedures Section
Post Office Box 942879
Sacramento, CA 95814

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

**1:10-bk-13001-GM Notice will be sent via Email to:**

Debtor
Escom LLC
23480 Park Sorrento, Suite 206B
Calabasas, CA 91302
Attn: Del Anthony
Email: del@escomllc.com

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Email: smatthews@windelsmarx.com
       anisselson@windelsmarx.com

Counsel for Nothin' But Net, LLC
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Tel: (212) 818-9200/Fax: (212) 818-9606
Email: dgurfein@ssbb.com

Del Polikretis
PO Box 1175
Agoura Hills, CA 91376
Email: del@escomllc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    **F 9013-3.1**

| In re:<br>ESCOM, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:10-bk-13001-GM |
|---|---|

Creditors or Parties in Interest
i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow
Tel: (617) 928-9423/Fax: (617) 964-5318
Email: cbialow@bialow.com

Creditors or Parties in Interest
Domain Name Acquisition Group, LLC
c/o Internet Real Estate Group LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller
Tel: (617) 236-0806/Fax: (617) 927-1199
Email: amiller@internetrealestate.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1