Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle A. Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    jdulberg@pszjlaw.com
           grohwer@pszjlaw.com

[Proposed] Attorneys for Escom, LLC
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re:<br><br>ESCOM, LLC,[1]<br><br>　　　　　　　　Debtor. | Case No.: 1:10-BK-13001-GM<br><br>Chapter 11<br><br>**SUBMISSION OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**<br><br>[No Hearing Required] |
|---|---|

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE:

Escom, LLC, a Delaware limited liability company, the above-captioned Chapter 11 debtor and debtor in possession, hereby submits its List of Creditors Holding 20 Largest Unsecured Claims.

Dated:    July 6, 2010                              PACHULSKI STANG ZIEHL & JONES LLP

                                                    By    /s/ Jeffrey W. Dulberg
                                                          Jeffrey W. Dulberg
                                                          Gabrielle A. Rohwer
                                                          [Proposed] Attorneys for Escom LLC,
                                                          Debtor and Debtor in Possession

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609. The Debtor's address is PO Box 1410 Agoura Hills, CA 91376.

1

23880-001\DOCS_LA:221998.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Central District of California

In re  Escom, LLC
                                                    Debtor(s)

Case No.  1-10-13001-GM
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AccountingMatters.com, LLC<br>600 Jefferson Street<br>#320<br>Rockville, MD 20852 | James T. Duke<br>AccountingMatters.com, LLC<br>600 Jefferson Street<br>#320<br>Rockville, MD 20852<br>999-221-4225 | Services rendered | | 9,100.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 6 '10               Signature  _____
                                         Del Anthony Polikretis
                                         President and Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| In re:         | CHAPTER 11                        |
|----------------|-----------------------------------|
| ESCOM, LLC     | CASE NUMBER  1:10-BK-13001-GM     |
|       Debtor(s). |                                 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **SUBMISSION OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 6 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **July 6, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

VIA FEDERAL EXPRESS
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 2, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 6, 2010 | Sophia Margetis | /s/ Sophia Margetis |
|--------------|-----------------|---------------------|
| Date         | Type Name       | Signature           |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| ESCOM, LLC | CASE NUMBER 1:10-BK-13001-GM |
| Debtor(s). | |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

## II. SERVED BY U.S. MAIL:

Debtor
Escom LLC
PO Box 1410
Agoura Hills, CA  91367
Attn: Del Anthony

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                **F 9013-3.1**