Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle A. Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    jdulberg@pszjlaw.com
           grohwer@pszjlaw.com

[Proposed] Attorneys for Escom, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| In re:<br><br>ESCOM, LLC,[1]<br><br>Debtor. | Case No.: 1:10-BK-13001-GM<br><br>Chapter 11<br><br>**SUBMISSION OF LIST OF EQUITY SECURITY HOLDERS**<br><br>[No Hearing Required] |
|---|---|

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE**:

Escom, LLC, a Delaware limited liability company, the above-captioned Chapter 11 debtor and debtor in possession, hereby submits its List of Equity Security Holders.

Dated:   July 6, 2010                             PACHULSKI STANG ZIEHL & JONES LLP

                                                  By    */s/ Jeffrey W. Dulberg*
                                                        Jeffrey W. Dulberg
                                                        Gabrielle A. Rohwer
                                                        [Proposed] Attorneys for Escom LLC,
                                                        Debtor and Debtor in Possession

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609. The Debtor's address is PO Box 1410 Agoura Hills, CA 91376.

23880-001\DOCS_LA:221999.1                        1

# United States Bankruptcy Court
## Central District of California

In re    Escom, LLC
                                                    Debtor

Case No.    1-10-13001-GM

Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DOM Partners, LLC | | 20 Units | Manager |
| Domain Name Acquisition Group<br>188 Needham Street, Suite 255<br>Newton Upper Falls, MA 02464 | | 28 Units | Manager |
| I-95 Investment Group, LLC<br>60 Wells Avenue, Suite 100<br>Newton Center, MA 02459 | | 3 Units | Member |
| Nutin' But Net, LLC<br>c/o Cardworks<br>101 Cross Parkway West<br>Woodbury, NY 11797 | | 1 Unit | Member |
| Washington Technology Assoc. LLC<br>9812 Falls Rd., #114-331<br>Potomac, MD 20854 | | 29.5 Units | Manager |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 6 '10

Signature    _____
Del Anthony Polikretis
President and Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

0    continuation sheets attached to List of Equity Security Holders

| In re:<br>ESCOM, LLC<br><div align="right">Debtor(s).</div> | CHAPTER 11<br>CASE NUMBER 1:10-BK-13001-GM |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **SUBMISSION OF LIST OF EQUITY SECURITY HOLDERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 6 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 6, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA FEDERAL EXPRESS
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 2, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 6, 2010 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| ESCOM, LLC | CASE NUMBER  1:10-BK-13001-GM |
| Debtor(s). | |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

## II. SERVED BY U.S. MAIL:

Debtor
Escom LLC
PO Box 1410
Agoura Hills, CA  91367
Attn: Del Anthony

1

23880-001\DOCS_LA:221999.1