Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle A. Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:    jdulberg@pszjlaw.com
           grohwer@pszjlaw.com

[Proposed] Attorneys for Escom, LLC
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re: | Case No.: 1:10-BK-13001-GM |
|---|---|
| ESCOM, LLC,[1] | Chapter 11 |
| Debtor. | **NOTICE OF WITHDRAWAL OF MOTION FOR ORDER EXTENDING TIME TO COMPLETE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS** |
| | [Relates to Docket Nos. 87] |
| | [No Hearing Required] |

**PLEASE TAKE NOTICE,** that Escom, LLC the debtor and debtor in possession in the above-captioned case (the "Debtor") hereby withdraws its *Motion for Order Extending Time to Complete Schedules of Assets and Liabilities and Statement of Financial Affairs* filed on July 6, 2010 [Docket No. 87] (the "Motion") for the reason that the Schedules of Assets and Liabilities and Statement of Financial Affairs were filed on July 19, 2010.

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609. The Debtor's address is PO Box 1410 Agoura Hills, CA 91376.

1

23880-001\DOCS_LA:222675.1

| | | |
|---|---|---|
| 1 | Dated: July 20, 2010 | PACHULSKI STANG ZIEHL & JONES LLP |
| 3 | | By    /s/ Jeffrey W. Dulberg |
| 4 | | Jeffrey W. Dulberg
[Proposed] Counsel for Escom, LLC, Debtor and Debtor in Possession |

2

| In re:<br>ESCOM, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF WITHDRAWAL OF MOTION FOR ORDER EXTENDING TIME TO COMPLETE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 20 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **July 20, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA FEDERAL EXPRESS
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 20, 2010 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|
| Date | Type Name | Signature |

| In re: | | CHAPTER 11 |
|---|---|---|
| ESCOM, LLC | Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

### II. SERVED BY U.S. MAIL:

Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA  94280

Franchise Tax Board
Attention:  Bankruptcy
Post Office Box 2952
Sacramento, CA  95812

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
**F 9013-3.1**

| In re: | | CHAPTER 11 |
|---|---|---|
| ESCOM, LLC | Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114

State Board of Equalization
Attn: Special Procedures Section
Post Office Box 942879
Sacramento, CA 95814

Debtor
Escom LLC
PO Box 1410
Agoura Hills, CA 91367
Attn: Del Anthony

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019

Counsel for Nothin' But Net, LLC
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

Del Polikretis
PO Box 1175
Agoura Hills, CA 91376

Creditors or Parties in Interest
i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow

Creditors or Parties in Interest
Domain Name Acquisition Group, LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller
Tel: (617) 236-0806/Fax: (617) 927-1199

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**