1   Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle A. Rohwer (CA Bar No. 190895)
2   PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
3   Los Angeles, California  90067-4100
Telephone: 310/277-6910
4   Facsimile: 310/201-0760
E-mail:    jdulberg@pszjlaw.com
5              grohwer@pszjlaw.com

6   Attorneys for Escom, LLC
Debtor and Debtor in Possession

7

8                    UNITED STATES BANKRUPTCY COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                   SAN FERNANDO VALLEY DIVISION

11  In re:                          Case No.: 1:10-bk-13001-GM

12  ESCOM, LLC,[1]                   Chapter 11

13                     Debtor.       **DEBTOR'S MOTION TO ESTABLISH A BAR
                                     DATE FOR FILING PROOFS OF CLAIM OR
14                                   INTEREST PURSUANT TO 11 U.S.C. § 501
                                     INCLUDING, BUT NOT LIMITED TO, CLAIMS
15                                   ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9);
                                     DECLARATION OF DEL ANTHONY
16                                   POLIKRETIS IN SUPPORT THEREOF**

17                                   [No Hearing Required per Local Bankruptcy Rules
                                     3001-1 and 9013-1(g)]
18

19  **TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE,**

20  **MEMBERS, SECURED CREDITORS, CREDITORS HOLDING THE TWENTY LARGEST**

21  **UNSECURED CLAIMS, PARTIES THAT HAVE FILED REQUESTS FOR SPECIAL**

22  **NOTICE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

23          **PLEASE TAKE NOTICE THAT** Escom, LLC, debtor and debtor in possession herein (the

24  "Debtor") hereby moves the Court (the "Motion") to establish a bar date for filing proofs of claim or

25  interest pursuant to section 501 of Title 11 of the United States Code (the "Bankruptcy Code").  By

26  the Motion, the Debtor requests that the Court establish October 29, 2010, as the deadline, pursuant

27

28  [1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609.  The Debtor's address is PO Box 1410
Agoura Hills, CA 91376.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  to Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Local

2  Bankruptcy Rules 3001-1 and 9013-1(g), by which parties that wish to assert claims or interests

3  pursuant to section 501 of the Bankruptcy Code must file and serve proofs of claim or interest or

4  forever be barred from asserting such claims or interests (the "Bar Date").

5      The Debtor recently consented to an involuntary bankruptcy petition in order to effect an

6  orderly liquidation of its assets and it has obtained Court approval to complete a sale process

7  accordingly.  As a result, the setting of the Bar Date is necessary in order for the Debtor and other

8  parties in interest to determine the total amount, number, and types of claims or interests that are

9  asserted against this estate.  Setting the Bar Date will facilitate the wind up and administration of this

10  estate as efficiently and promptly as possible.

11      **PLEASE TAKE NOTICE THAT** the Motion is based on the attached Memorandum of

12  Points and Authorities and Declaration of Del Anthony Polikretis, the arguments of counsel, and any

13  other admissible evidence properly brought before the Court.  In addition, the Debtor requests that

14  the Court take judicial notice of all documents filed with the Court in this case.

15      **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(g)(1) requires

16  that any response to the Motion and request for hearing shall be filed with the Bankruptcy Court and

17  served upon counsel for the Debtor at the address appearing on the upper-left hand corner of the

18  caption page to this Motion within fifteen (15) days of the date of service of the Motion.  Pursuant to

19  Local Bankruptcy Rule 9013-1(a)(11), the failure to timely file and serve written opposition may be

20  deemed by the Court to be consent to the granting of the relief requested in the Motion.

21      **WHEREFORE**, the Debtor respectfully requests that the Court enter an order (a) fixing

22  October 29, 2010, as the Bar Date and therefore the last day by which parties may file and serve

23  proofs of claim against or interest in the estate; (b) precluding any party that fails to file with the

24  Court and serve in the manner described in the "Notice of Bar Date," which is attached as **Exhibit**

25  **"A"** hereto (the "Bar Date Notice"), on or before the Bar Date a proof of claim or interest from

26

27

28

Pachulski Stang Ziehl & Jones LLP
Attorneys at Law
Los Angeles, California

1   asserting a right to payment of such claim or interest anytime thereafter; (c) approving the form of

2   the Bar Date Notice; and (d) granting such other and further relief as is just and proper under the

3   circumstances.

4

5   Dated:    August 5, 2010                    PACHULSKI STANG ZIEHL & JONES LLP

6

7                                              By    /s/ Jeffrey W. Dulberg
                                                     Jeffrey W. Dulberg
8                                                    Gabrielle A. Rohwer

9                                                    Attorneys for Escom, LLC
                                                     Debtor and Debtor in Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## MEMORANDUM OF POINTS AND AUTHORITIES

By the Motion, the Debtor requests that the Court establish October 29, 2010, as the Bar Date and therefore the deadline by which parties must file proofs of claim or interest or forever be barred from asserting such claims or interests.  The Debtor seeks to establish the Bar Date in order to facilitate the wind up and administration of this estate as efficiently and promptly as possible.

**I.**
**FACTS**

**A.    Background**

On March 17, 2010 (the "Petition Date"), (i) WTA, (ii) iEntertainment, and (iii) Accounting Matters.com, LLC, a Maryland limited liability company ("AM," collectively with WTA and iEntertainment, the "Petitioning Creditors") filed an involuntary petition for relief under chapter 11 of the Bankruptcy Code.  On June 21, 2010, this Court entered an order for relief [Docket No. 61]. The Debtor operates its business and manages its affairs as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or committee has been appointed in this chapter 11 case.

On June 9, 2010, this Court entered an order approving a Stipulation which, among other things, fixed the amount and priority of claims against the estate by the Debtors' secured lenders and the Petitioning Creditors (the "Stipulation") [Docket No. 57].  Pursuant to the terms of a settlement agreement approved as part of the Stipulation, the Debtor promptly sought Court authority to implement a process to sell substantially all of its assets which is presently under way.

**B.    Request For Bar Date**

The Debtor requests that the Court fix October 29, 2010, as the Bar Date—i.e., the deadline by which parties must file proofs of claim against or interest in the estate, including, but not limited to, claims asserted pursuant to section 503(b)(9) of the Bankruptcy Code.  This Motion is brought pursuant to Local Bankruptcy Rule 9013-1(g), which provides that, if no response to the Motion and request for hearing is filed within fifteen (15) days of the date of the notice of the Motion, the Debtor may file a proposed order together with a declaration that no such response and request for hearing has been received.  On August 6, 2010, the Debtor served this Motion and notice hereof.  Based

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

thereon, August 21, 2010, will be the last day by which parties may file a response to the Motion. If no responses are received, the Debtor will lodge an order (together with a declaration attesting that no response and request for hearing was received) on or about August 24, 2010.

The Debtor has prepared a proposed form of Bar Date Notice, which is attached hereto as **Exhibit "A,"** that it will serve by first class mail on all known creditors, equity holders and parties requesting special notice promptly upon entry of an order granting this Motion. Creditors and parties in interest will therefore receive the Bar Date Notice more than 60 days prior to the proposed Bar Date.

## II.
## ARGUMENT

Bankruptcy Rule 3003(c)(3) provides that, in a chapter 11 case, "the Court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed." Fed. R. Bankr. Proc. 3003(c)(3). The Debtor recently consented to an involuntary bankruptcy petition in order to effect an orderly liquidation of its assets and it has obtained Court approval to complete a sale process accordingly. As a result, the setting of the Bar Date is necessary in order for the Debtor and other parties in interest to determine the total amount, number, and types of claims or interests that are asserted against this estate. Setting the Bar Date will facilitate the wind up and administration of this estate as efficiently and promptly as possible.

Upon entry of an order granting this Motion, the Debtor will cause the Bar Date Notice to be served by first class mail upon all known creditors, equity holders and parties requesting special notice. The Bar Date Notice advises parties of, among other things, (a) the entry of an order granting this Motion; (b) the Bar Date of October 29, 2010, for parties to file proofs of claim or interest; (c) the need to file proofs of claim or interest with the Court on or before the Bar Date; and (d) the name and address of the party upon which a copy of the proof of claim or interest must be served. The Debtor anticipates that parties will have more than 60 days notice of the Bar Date and ample opportunity to submit a proof of claim or interest. The Debtor submits that the information contained in the Bar Date Notice (as required by Local Bankruptcy Rule 3001-1) is sufficient and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  consistent with the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy

2  Rules.

3                                     III.
                                 **CONCLUSION**

4

5       For all the foregoing reasons, the Debtor respectfully requests that the Court enter an order

6  (a) fixing October 29, 2010, as the Bar Date and therefore the last day by which parties may file and

7  serve proofs of claim against or interest in the estate; (b) precluding any party that fails to file with

8  the Court and serve in the manner described in the Bar Date Notice on or before the Bar Date a proof

9  of claim or interest from asserting a right to payment of such claim or interest anytime thereafter; (c)

10  approving the form of the Bar Date Notice attached as Exhibit "A" hereto; and (d) granting such

11  other and further relief as is just and proper under the circumstances.

12

13  Dated:    August 5, 2010              PACHULSKI STANG ZIEHL & JONES LLP

14

15                                 By    /s/ Jeffrey W. Dulberg
                                         Jeffrey W. Dulberg
16                                       Gabrielle A. Rohwer

17                                       Attorneys for Escom, LLC
                                         Debtor and Debtor in Possession

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**DECLARATION OF DEL ANTHONY POLIKRETIS**

I, Del Anthony Polikretis, declare as follows:

1.     I am over the age of eighteen years and have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would competently testify on personal knowledge, and on information and belief where indicated, as to all of the matters stated herein.

2.     I am the President and Chief Executive Officer of Escom, LLC, the above captioned alleged debtor (the "Debtor").

3.     On March 17, 2010 (the "Petition Date"), (i) WTA, (ii) iEntertainment, and (iii) Accounting Matters.com, LLC, a Maryland limited liability company ("AM," collectively with WTA and iEntertainment, the "Petitioning Creditors") filed an involuntary petition for relief under chapter 11 of the Bankruptcy Code.  On June 21, 2010, this Court entered an order for relief [Docket No. 61].  The Debtor operates its business and manages its affairs as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or committee has been appointed in this chapter 11 case.

4.     On June 9, 2010, this Court entered an order approving a Stipulation which, among other things, fixed the amount and priority of claims against the estate by the Debtors' secured lenders and the Petitioning Creditors (the "Stipulation") [Docket No. 57].  Pursuant to the terms of a settlement agreement approved as part of the Stipulation, the Debtor promptly sought Court authority to implement a process to sell substantially all of its assets which is presently under way.

5.     I make this declaration in support of the Motion To Establish A Bar Date For Filing Proofs Of Claim Or Interest Pursuant To 11 U.S.C. § 501 Including, But Not Limited To, Claims Asserted Pursuant To 11 U.S.C. § 503(B)(9) (the "Motion") filed by the Debtor.  Capitalized terms not otherwise defined herein shall have the meaning attributed to them in the Motion.

6.     By the Motion, the Debtor requests that the Court establish October 29, 2010, as the deadline by which parties must file proofs of claim or interest or forever be barred from asserting such claims or interests (the "Bar Date").

7.     The Debtor recently consented to an involuntary bankruptcy petition in order to effect an orderly liquidation of its assets and it has obtained Court approval to complete a sale process

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

accordingly.  I believe the setting of the Bar Date is necessary in order for the Debtor and others

parties in interest to determine the total amount, number, and types of claims or interests that are

asserted against this estate.  Setting the Bar Date will facilitate the wind up and administration of this

estate as efficiently and promptly as possible.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5-th

day of August, 2010, at _Los Angeles, CA_.

_____
Del Anthony Polikretis

# EXHIBIT A

Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle A. Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    jdulberg@pszjlaw.com
            grohwer@pszjlaw.com

Attorneys for Escom, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>**ESCOM, LLC,**[1]<br><br>Debtor. | Case No.: 1:10-bk-13001-GM<br><br>Chapter 11<br><br>**NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM OR INTEREST IN THIS CASE**<br><br>**Bar Date:  October 29, 2010**<br><br>[No Hearing Required] |

**TO ALL CREDITORS, SHAREHOLDERS, AND PARTIES REQUESTING SPECIAL NOTICE:**

The Bankruptcy Court has set a deadline of October 29, 2010, for creditors of and holders of ownership interests in Escom, LLC, debtor and debtor in possession herein (the "Debtor"), to file proofs of claim against, or proofs of interest in, the Debtor's estate.  In order to be timely, proofs of claim or interest must be filed with the Clerk of the United States Bankruptcy Court, Central District of California, San Fernando Valley Division, 21041 Burbank Boulevard, Woodland Hills, California 91367 no later than 5:00 p.m. (Pacific) on October 29, 2010.

---

[1]    The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609.  The Debtor's address is PO Box 1410 Agoura Hills, CA 91376.

1       The exceptions to this deadline for filing proofs of claim or interest are:  (1) claims arising

2   from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3)

3   claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

4       For claims arising from rejection of executory contracts or unexpired leases pursuant to 11

5   U.S.C. § 365, the last day to file a proof of claim is (a) 30 days after the date of entry of the order

6   authorizing the rejection, or (b) October 29, 2010, whichever is later.

7       For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of

8   claim are timely filed if filed before 180 days after the date of the Order for Relief in this case, or (b)

9   October 29, 2010, whichever is later.

10      For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code,

11  the last day to file a proof of claim is (a) 30 days after the entry of judgment avoiding the transfer, or

12  (b) October 29, 2010, whichever is later.

13      The last day for filing a proof of claim for any administrative claim pursuant to Section

14  503(b)(9) of the Bankruptcy Code is October 29, 2010.

15      If you are listed on the Schedules of Assets and Liabilities of the Debtor and your claim or

16  interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is

17  deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is

18  unnecessary if you agree that the amount scheduled is correct and that the category in which your

19  claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct.

20  11 U.S.C. § 1111(a).

21      If your claim or interest is not listed on the schedules or is scheduled as disputed, contingent,

22  unliquidated or unknown, or you disagree with the amount or description scheduled for your claim

23  or interest, you must file a proof of claim or interest.

24      You do not need to re-file any proof of claim or interest already duly filed with the Clerk of

25  the United States Bankruptcy Court for the Central District of California.  This notice may have been

26  sent inadvertently to persons or entities that may not actually have a claim against the Debtor.  The

27  fact that you have received this notice does not mean that you have a claim, or that the Debtor or the

28  Bankruptcy Court concedes that you have a claim.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Any questions regarding this notice should be directed to Debtor's counsel at the address set

2    forth in the upper left-hand corner of the first page hereof.  **Failure of a creditor or interest holder**

3    **to file timely a proof of claim or interest on or before the deadline may result in disallowance**

4    **of the claim or interest or subordination under the terms of a plan of reorganization without**

5    **further notice of hearing.  11 U.S.C. § 502(b)(9).  Creditors and interest holders may wish to**

6    **consult an attorney to protect their rights.**

7

8    Dated:    August 5, 2010                    PACHULSKI STANG ZIEHL & JONES LLP

9

10                                  By    /s/ Jeffrey W. Dulberg
                                        Jeffrey W. Dulberg

11                                        Gabrielle A. Rohwer

12                                        Attorneys for Escom, LLC
                                        Debtor and Debtor in Possession

13

14

15    **Mailing Date:** _____, **2010**

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| In re:<br>ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described ___ **DEBTOR'S MOTION TO ESTABLISH A BAR DATE FOR FILING PROOFS OF CLAIM OR INTEREST PURSUANT TO 11 U.S.C. § 501 INCLUDING, BUT NOT LIMITED TO, CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9); DECLARATION OF DEL ANTHONY POLIKRETIS IN SUPPORT THEREOF** _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 5, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

⊠  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On ___ **August 5, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

⊠  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 5, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 5, 2010  Mary de Leon | | /s/ Mary de Leon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**1:10-bk-13001-GM Notice will be sent via U.S. mail to:**

*__SEE ATTACHED SERVICE LIST__*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

14

# MASTER MAILING LIST FOR ESCOM

**Office of the United States Trustee**
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367
margaux.ross@usdoj.gov

**Debtor**
Escom LLC
Post Office Box 1410
Agoura Hills, CA  91376
Attn: Del Anthony
del@escomllc.com

Del Polikretis
PO Box 1175
Agoura Hills, CA  91376
Email: del@escomllc.com

DOM Partners, LLC
2050 Center Avenue
Suite 600
Fort Lee, NJ  07024

DOM Partners, LLC
300B Lake Street
Ramsey, NJ  07446

**Counsel for Nothin' But Net, LLC**
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY  10169
Tel: (212) 818-9200/Fax: (212) 818-9606
dgurfein@ssbb.com

**Counsel for Nothin' But Net, LLC**
Peter J. Gurfein
Landau Gottfried & Berger, LLP
1801 Century Park East, Suite 1460
Los Angeles, CA  90067
Tel: (310) 557-0050/Fax: (310) 557-0056
pgurfein@lgbfirm.com

Nutin' But Net, LLC
210 Crossways Park West
Woodbury, NY  11797

23880-001\DOCS_LA:221388.2

**Counsel for DOM Partners LLC**
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Tel: (212) 237-1000/Fax: (212) 262-1215
smatthews@windelsmarx.com
anisselson@windelsmarx.com

**Counsel for Dom Partners LLC**
Allan H. Ickowitz/John Kim
Nossaman LLP
445 So. Figueroa Street, 31st Floor
Los Angeles, CA  90071
Tel: (213) 612-7800/Fax: (213) 612-7801
aickowitz@nossaman.com
jkim@nossaman.com

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC,
iEntertainment, Inc., and AccountingMatters.comLLC**
Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
Tel: (310) 556-8900/Fax: (310) 556-8905
susan@susanmontgomerylaw.com

Washington Technology Associates
9812 Falls Road, #114-331
Potomac, MD  20854

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC,
iEntertainment, Inc., and AccountingMatters.comLLC**
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th St., 19th Floor
New York, NY 10017
Tel: (212) 655-3582/Fax: (646) 539-3682
lfm@msf-law.com

**Creditors or Parties in Interest**
i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow
Tel: (617) 928-9423/Fax: (617) 964-5318
cbialow@bialow.com

iEntertainment, Inc.
9812 Falls Road, #114-331
Potomac, MD  20854

**Creditors or Parties in Interest**
Domain Name Acquisition Group, LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller
Tel: (617) 236-0806/Fax: (617) 927-1199
amiller@internetrealestate.com

Accounting Matters
600 Jefferson St., #320
Rockville, MD 20852

Taxing Authorities
Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA 94280

Franchise Tax Board
Attention: Bankruptcy
Post Office Box 2952
Sacramento, CA 95812

Franchise Tax Board
Post Office Box 942857
Sacramento, CA 94257-0631

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114

State Board of Equalization
Attn: Special Procedures Section
Post Office Box 942879
Sacramento, CA 95814

3