Jeffrey W. Dulberg (CA Bar No. 181200)
Gabrielle A. Rohwer (CA Bar No. 190895)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jdulberg@pszjlaw.com
          grohwer@pszjlaw.com

Attorneys for Escom, LLC
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ESCOM, LLC,[1]<br><br>    Debtor. | Case No.: 1:10-bk-13001-GM<br><br>Chapter 11<br><br>**NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM OR INTEREST IN THIS CASE**<br><br>**Bar Date: October 29, 2010**<br><br>[No Hearing Required] |

**TO ALL CREDITORS, SHAREHOLDERS, AND PARTIES REQUESTING SPECIAL NOTICE:**

The Bankruptcy Court has set a deadline of October 29, 2010, for creditors of and holders of ownership interests in Escom, LLC, debtor and debtor in possession herein (the "Debtor"), to file proofs of claim against, or proofs of interest in, the Debtor's estate. In order to be timely, proofs of claim or interest must be filed with the Clerk of the United States Bankruptcy Court, Central District of California, San Fernando Valley Division, 21041 Burbank Boulevard, Woodland Hills, California 91367 no later than 5:00 p.m. (Pacific) on October 29, 2010.

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609. The Debtor's address is PO Box 1410 Agoura Hills, CA 91376.

23880-001\DOCS_LA:224088.1

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) October 29, 2010, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed before 180 days after the date of the Order for Relief in this case, or (b) October 29, 2010, whichever is later.

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is (a) 30 days after the entry of judgment avoiding the transfer, or (b) October 29, 2010, whichever is later.

The last day for filing a proof of claim for any administrative claim pursuant to Section 503(b)(9) of the Bankruptcy Code is October 29, 2010.

If you are listed on the Schedules of Assets and Liabilities of the Debtor and your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct. 11 U.S.C. § 1111(a).

If your claim or interest is not listed on the schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim or interest, you must file a proof of claim or interest.

You do not need to re-file any proof of claim or interest already duly filed with the Clerk of the United States Bankruptcy Court for the Central District of California. This notice may have been sent inadvertently to persons or entities that may not actually have a claim against the Debtor. The fact that you have received this notice does not mean that you have a claim, or that the Debtor or the Bankruptcy Court concedes that you have a claim.

Any questions regarding this notice should be directed to Debtor's counsel at the address set forth in the upper left-hand corner of the first page hereof. **Failure of a creditor or interest holder to file timely a proof of claim or interest on or before the deadline may result in disallowance of the claim or interest or subordination under the terms of a plan of reorganization without further notice of hearing. 11 U.S.C. § 502(b)(9). Creditors and interest holders may wish to consult an attorney to protect their rights.**

Dated:   August 25, 2010         PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Jeffrey W. Dulberg*
Jeffrey W. Dulberg
Gabrielle A. Rohwer

Attorneys for Escom, LLC
Debtor and Debtor in Possession

**Mailing Date: August 25, 2010**

| In re: | CHAPTER 11 |
|---|---|
| Escom, LLC, | |
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM OR INTEREST IN THIS CASE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 25, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **August 25, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT FEDERAL EXPRESS**
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-6603

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 25, 2010 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                    **F 9013-3.1**

| In re: Escom, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

| Date | Type Name | Signature |
|---|---|---|

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

## II. SERVED BY U.S. MAIL:

**Office of the United States Trustee**
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA 91367
margaux.ross@usdoj.gov

**Debtor**
Escom LLC
Post Office Box 1410
Agoura Hills, CA 91376
Attn: Del Anthony
del@escomllc.com

Del Polikretis
PO Box 1175
Agoura Hills, CA 91376
del@escomllc.com

DOM Partners, LLC
2050 Center Avenue
Suite 600
Fort Lee, NJ 07024

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

January 2009

| In re: Escom, LLC, Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:10-bk-13001-GM |
|---|---|

DOM Partners, LLC
300B Lake Street
Ramsey, NJ 07446

**Counsel for Nothin' But Net, LLC**
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Tel: (212) 818-9200/Fax: (212) 818-9606
dgurfein@ssbb.com

**Counsel for Nothin' But Net, LLC**
Peter J. Gurfein
Landau Gottfried & Berger, LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Tel: (310) 557-0050/Fax: (310) 557-0056
pgurfein@lgbfirm.com

Nutin' But Net, LLC
210 Crossways Park West
Woodbury, NY 11797

**Counsel for DOM Partners LLC**
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Tel: (212) 237-1000/Fax: (212) 262-1215
smatthews@windelsmarx.com
anisselson@windelsmarx.com

**Counsel for Dom Partners LLC**
Allan H. Ickowitz/John Kim
Nossaman LLP
445 So. Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 612-7800/Fax: (213) 612-7801
aickowitz@nossaman.com
jkim@nossaman.com

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
Tel: (310) 556-8900/Fax: (310) 556-8905
susan@susanmontgomerylaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                **F 9013-3.1**

| In re: Escom, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

Washington Technology Associates
9812 Falls Road, #114-331
Potomac, MD 20854

**Attorneys for Petitioning Creditors Washington Technology Associates, LLC, iEntertainment, Inc., and AccountingMatters.comLLC**
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th St., 19th Floor
New York, NY 10017
Tel: (212) 655-3582/Fax: (646) 539-3682
lfm@msf-law.com

**Creditors or Parties in Interest**
i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow
Tel: (617) 928-9423/Fax: (617) 964-5318
cbialow@bialow.com

iEntertainment, Inc.
9812 Falls Road, #114-331
Potomac, MD 20854

**Creditors or Parties in Interest**
Domain Name Acquisition Group, LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller
Tel: (617) 236-0806/Fax: (617) 927-1199
amiller@internetrealestate.com

Accounting Matters
600 Jefferson St., #320
Rockville, MD 20852

**Taxing Authorities**
Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA 94280

Franchise Tax Board
Attention: Bankruptcy
Post Office Box 2952
Sacramento, CA 95812

Franchise Tax Board
Post Office Box 942857
Sacramento, CA 94257-0631

| In re: Escom, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114

State Board of Equalization
Attn: Special Procedures Section
Post Office Box 942879
Sacramento, CA 95814

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**