Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:     jdulberg@pszjlaw.com

Attorneys for Escom, LLC,
Debtor and Debtor in Possession

**FILED & ENTERED**

**OCT 06 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ESCOM, LLC,[1]<br><br><br>              Debtor.<br>. | Case No.: 1:10-bk-13001-GM<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT OF LITIGATION BETWEEN THE DEBTOR AND SOVEREIGN BANK**<br><br>**[Relates to Docket Nos. 110]**<br><br>[No Hearing Required Per Local Bankruptcy Rule 9013-1(o)(1)] |

The Court has considered the *Motion to Approve Settlement of Litigation between the Debtor and Sovereign Bank* [Docket No. 110] (the "Motion") filed by Escom, LLC, debtor and debtor in possession in the above referenced case (the "Debtor").  Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Motion.

Based upon the record before the Court, notice of the Motion is sufficient under the circumstances and no hearing on the Motion is required pursuant to the Local Bankruptcy Rules; and the Sovereign Agreement having been made in good faith and in an arm's-length transaction, and after due deliberation and good cause appearing therefore,

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609.  The Debtor's address is PO Box 1410 Agoura Hills, CA 91376.

23880-001\DOCS_LA:225653.2

1

1.   The Motion is GRANTED.

2.   The Settlement Agreement, which forms the basis of the settlement between the parties, attached as Exhibit 1 to the Motion, is approved.

3.   The parties shall comply with the terms of the Settlement Agreement and the obligations contained therein and are authorized to enter into and execute such other and further documents and take such further action as may be necessary or appropriate to effectuate the settlement; <u>provided</u>, <u>however</u>, nothing in this Order shall condition, limit or restrict the enforceability of the Settlement Agreement approved pursuant to this Order.

###

DATED: October 6, 2010

_____
United States Bankruptcy Judge

23880-001\DOCS_LA:225653.2

2

| | |
|---|---|
| In re:<br>ESCOM, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER GRANTING MOTION TO APPROVE SETTLEMENT OF LITIGATION BETWEEN THE DEBTOR AND SOVEREIGN BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *September 30, 2010*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *September 30, 2010*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2010 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                 **9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| In re:<br>ESCOM, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:10-bk-13001-GM |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO APPROVE SETTLEMENT OF LITIGATION BETWEEN THE DEBTOR AND SOVEREIGN BANK** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***September 30, 2010***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                           **F 9021-1.1.NOTICE.ENTERED.ORDER**

| In re:<br>ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov


**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**2002 Service List**

Office of the U.S. Trustee
S. Margaux Ross, Esq.
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019

Attys for Washington Tech., iEntertainment
& AccountingMatters.comLLC
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP, Two Grand
Central Tower, 140 East 45th St., 19th Fl.
New York, NY 10017

Debtor
Escom LLC
Post Office Box 1410
Agoura Hills, CA 91376
Attn: Del Anthony

Counsel for Dom Partners LLC
Allan H. Ickowitz/John Kim
Nossaman LLP
445 So. Figueroa Street, 31st Floor
Los Angeles, CA 90071


Accounting Matters
600 Jefferson St., #320
Rockville, MD 20852

Counsel for Nothin' But Net, LLC
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

Attorneys for Washington Technology
Associates, LLC, iEntertainment, Inc.,
and AccountingMatters.comLLC
Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067

Creditors or Parties in Interest
i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

| In re:<br>ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

Counsel for Nothin' But Net, LLC
Peter J. Gurfein
Landau Gottfried & Berger, LLP
1801 Century Park East, Suite 1460
Los Angeles, CA  90067

Creditors or Parties in Interest
Domain Name Acquisition Group, LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller

Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA  94280

Franchise Tax Board
Attention:  Bankruptcy
Post Office Box 2952
Sacramento, CA  95812

Franchise Tax Board
Post Office Box 942857
Sacramento, CA  94257-0631

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA  19114

State Board of Equalization
Attn:  Special Procedures Section
Post Office Box 942879
Sacramento, CA  95814

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: admin                 Page 1 of 1                  Date Rcvd: Oct 06, 2010
Case: 10-13001                 Form ID: pdf031             Total Noticed: 8

The following entities were noticed by first class mail on Oct 08, 2010.
db          +Escom LLC,    23480 Park Sorrento Ste 206B,    Calabasas, CA 91302-1354
aty         +Daniel G Gurfen,    230 Park Ave Ste 1130,    New York, NY 10169-1199
aty         +Pachulski Stang Zieh,    10100 Santa Monica Blvd  11th Fl,    Los Angeles, CA 90067-4003
ptcrd       +AccountingMatters.com LLC,    9812 Falls Rd #114-331,    Potomac, MD 20854-3976
cr           DOM Partners LLC,    Nossaman LLP,    445 S. Figueroa Street, 31st floor,
              Los Angeles, CA  90071-1602
cr          +Nothin But Net LLC,    C/O Daniel G Gurfein,    230 Park Ave Ste1130,    New York, NY 10169-1199
ptcrd       +Washington Technology Associates LLC,    9812 Falls Rd #114-331,    Potomac, MD 20854-3976
ptcrd       +iEntertainment Inc,    9812 Falls Rd #114-331,    Potomac, MD 20854-3976
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2010**                    **Signature:** *Joseph Speetjens*