Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com

Attorneys for Escom, LLC
Debtor and Debtor in Possession

FILED & ENTERED

OCT 19 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:10-bk-13001-GM |
| **ESCOM, LLC**,[1] | Chapter 11 |
| Debtor. | **ORDER SHORTENING TIME RE HEARING ON MOTION FOR ORDER (I) AUTHORIZING DEBTOR TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (II) APPROVING ASSET PURCHASE AGREEMENT WITH SUCCESSFUL BIDDER CLOVER HOLDINGS LIMITED, (III) AUTHORIZING PAYMENT OF SALE COMMISSIONS FROM SALE PROCEEDS, AND (IV) GRANTING RELATED RELIEF** |
| | [L.B.R. 9075-1(b); Hearing on Substantive Motion Requested No Later Than October 27, 2010] |
| | [NO HEARING REQUIRED] |

---

[1] The Debtor is a Delaware limited liability company, Tax I.D. #20-038609. The Debtor's address is P.O. Box 1410, Agoura Hills, CA 91376.

23880-001\DOCS_LA:226662.1

The Court has considered the *Application for Order Shortening Time for Notice of Hearing on Application for Order Shortening Time for Notice of Hearing on Motion for Order (I) Authorizing Debtor to Sell Assets Free and Clear of Liens, Claims, and Encumbrances, (II) Approving Asset Purchase Agreement With Successful Bidder Clover Holdings Limited, (III) Authorizing Payment of Sale Commissions From Sale Proceeds, and (IV) Granting Related Relief* [Docket No. 116] (the "Application to Shorten") filed by Escom, LLC, the debtor and debtor in possession in the above referenced case (the "Debtor") which Motion was made pursuant to Local Bankruptcy Rule 9075-1(b), and good cause appearing therefor,

**IT IS THEREFORE ORDERED THAT**:

1. The Application to Shorten is granted.

2. The *Motion for Order (I) Authorizing Debtor to Sell Assets Free and Clear of Liens, Claims, and Encumbrances, (II) Approving Asset Purchase Agreement With Successful Bidder Clover Holdings Limited, (III) Authorizing Payment of Sale Commissions From Sale Proceeds, and (IV) Granting Related Relief* (the "Motion") [Docket No. 115] shall be heard on October 27, 2010 at 10:00 a.m. in Courtroom 303, 21041 Burbank Blvd., Woodland Hills, CA 91367 (the "Sale Hearing")

3. This Order shall be served within 24 hours of the entry of this Order via facsimile, email, or overnight/Express Mail delivery, on (1) the Office of the United States Trustee; (2) all known holders of interests in all of Debtor's assets; (3) all known holders of claims against the Debtor's estate; and (4) all parties who have requested special notice.

4. Any opposition to the Motion may be presented in writing in advance of the Sale Hearing or orally at the Sale Hearing.

###

DATED: October 19, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER SHORTENING TIME RE HEARING ON MOTION FOR ORDER (I) AUTHORIZING DEBTOR TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (II) APPROVING ASSET PURCHASE AGREEMENT WITH SUCCESSFUL BIDDER CLOVER HOLDINGS LIMITED, (III) AUTHORIZING PAYMENT OF SALE COMMISSIONS FROM SALE PROCEEDS, AND (IV) GRANTING RELATED RELIEF* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***October 18, 2010,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 18, 2010 | Mary de Leon | */s/ Mary de Leon* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                               **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_ORDER SHORTENING TIME RE HEARING ON MOTION FOR ORDER (I) AUTHORIZING DEBTOR TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (II) APPROVING ASSET PURCHASE AGREEMENT WITH SUCCESSFUL BIDDER CLOVER HOLDINGS LIMITED, (III) AUTHORIZING PAYMENT OF SALE COMMISSIONS FROM SALE PROCEEDS, AND (IV) GRANTING RELATED RELIEF_** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_October 18, 2010_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Debtor
Escom LLC
Post Office Box 1410
Agoura Hills, CA  91376
Attn: Del Anthony

Del Polikretis
PO Box 1175
Agoura Hills, CA  91376

DOM Partners, LLC
2050 Center Avenue
Suite 600
Fort Lee, NJ  07024

DOM Partners, LLC
300B Lake Street
Ramsey, NJ  07446

Counsel for Nothin' But Net, LLC
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY  10169

Counsel for Nothin' But Net, LLC
Peter J. Gurfein
Landau Gottfried & Berger, LLP
1801 Century Park East, Suite 1460
Los Angeles, CA  90067

Nutin' But Net, LLC
210 Crossways Park West
Woodbury, NY  11797

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                           **F 9021-1.1.NOTICE.ENTERED.ORDER**

| | | |
|---|---|---|
| Counsel for Dom Partners LLC<br>Allan H. Ickowitz/John Kim<br>Nossaman LLP<br>445 So. Figueroa Street, 31st Floor<br>Los Angeles, CA 90071 | Attys for Washington Tech., iEntertainment & AccountingMatters.comLLC<br>Susan I. Montgomery, Esq.<br>1925 Century Park East, Suite 2000<br>Los Angeles, CA 90067 | Attys for Washington Tech., iEntertainment Inc., & AccountingMatters.comLLC<br>Lawrence F. Morrison, Esq.<br>Meister Seelig & Fein LLP<br>Two Grand Central Tower<br>140 East 45th St., 19th Floor<br>New York, NY 10017 |
| Washington Technology Associates<br>9812 Falls Road, #114-331<br>Potomac, MD 20854 | iEntertainment, Inc.<br>9812 Falls Road, #114-331<br>Potomac, MD 20854 | Accounting Matters<br>600 Jefferson St., #320<br>Rockville, MD 20852 |
| i95 Invesment Group<br>60 Wells Ave., Suite 100<br>Newton, MA 02459<br>Attn: Corey Bialow | Domain Name Acquisition Group, LLC<br>188 Needham St., Suite 255<br>Newton, MA 02464<br>Attn: Andrew Miller | Employment Development Dept.<br>Bankruptcy Group<br>Post Office Box 826880<br>Sacramento, CA 94280 |
| State Board of Equalization<br>Attn: Special Procedures Section<br>Post Office Box 942879<br>Sacramento, CA 95814 | Franchise Tax Board<br>Attention: Bankruptcy<br>Post Office Box 2952<br>Sacramento, CA 95812 | Franchise Tax Board<br>Post Office Box 942857<br>Sacramento, CA 94257-0631 |
| Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia, PA 19114 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**