1  Jeffrey W. Dulberg (CA Bar No. 181200)
   Gabrielle A. Rohwer (CA Bar No. 190895)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:    jdulberg@pszjlaw.com
5             grohwer@pszjlaw.com

6  Attorneys for Escom, LLC
   Debtor and Debtor in Possession

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             SAN FERNANDO VALLEY DIVISION

11  In re:                              Case No.: 1:10-bk-13001-GM

12  **ESCOM, LLC,**[1]                      Chapter 11

13                        Debtor.        **CERTIFICATE OF SERVICE OF ENTERED
                                         ORDER SHORTENING TIME RE HEARING ON
14                                       MOTION FOR ORDER (I) AUTHORIZING
                                         DEBTOR TO SELL ASSETS FREE AND CLEAR
15                                       OF LIENS, CLAIMS, AND ENCUMBRANCES, (II)
                                         APPROVING ASSET PURCHASE AGREEMENT
16                                       WITH SUCCESSFUL BIDDER CLOVER
                                         HOLDINGS LIMITED, (III) AUTHORIZING
17                                       PAYMENT OF SALE COMMISSIONS FROM
                                         SALE PROCEEDS, AND (IV) GRANTING
18                                       RELATED RELIEF [DOCKET NO. 117]**

19       I, Mary de Leon declare:

20       1.    I am employed in the city and county of Los Angeles, State of California. I am over

21  the age of 18 and not a party to the within action; my business address is 10100 Santa Monica

22  Boulevard, 11th Floor, Los Angeles, California.

23       2.    On or about October 19, 2010, I caused to be served the following **ORDER**

24  **SHORTENING TIME RE HEARING ON MOTION FOR ORDER (I) AUTHORIZING**

25  **DEBTOR TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND**

26  **ENCUMBRANCES, (II) APPROVING ASSET PURCHASE AGREEMENT WITH**

27  _____

28  [1] The Debtor is a Delaware limited liability company, Tax I.D. # 20-038609. The Debtor's address is PO Box 1410 Agoura Hills, CA 91376.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   **SUCCESSFUL BIDDER CLOVER HOLDINGS LIMITED, (III) AUTHORIZING**

2   **PAYMENT OF SALE COMMISSIONS FROM SALE PROCEEDS, AND (IV) GRANTING**

3   **RELATED RELIEF [DOCKET NO. 117]**, entered on October 19, 2010, by sending a copy of said

4   document via United States mail or Email as indicated on the attached list, Exhibit "A" hereto.

5       I declare that I am employed in the office of a member of the bar of this Court at whose

6   direction was made.

7       Executed on October 20, 2010, at Los Angeles, California.

8

9                   */s/ Mary de Leon*
                                                Mary de Leon

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

# SERVICE LIST

## VIA EMAIL:

### Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367
margaux.ross@usdoj.gov

### Debtor
Escom LLC
Post Office Box 1410
Agoura Hills, CA  91376
Attn: Del Anthony
del@escomllc.com

Del Polikretis
PO Box 1175
Agoura Hills, CA  91376
del@escomllc.com

### Counsel for Nothin' But Net, LLC
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY  10169
Tel: (212) 818-9200/Fax: (212) 818-9606
dgurfein@ssbb.com

### Counsel for Nothin' But Net, LLC
Peter J. Gurfein
Landau Gottfried & Berger, LLP
1801 Century Park East, Suite 1460
Los Angeles, CA  90067
Tel: (310) 557-0050/Fax: (310) 557-0056
pgurfein@lgbfirm.com

### Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019
Tel: (212) 237-1000/Fax: (212) 262-1215
smatthews@windelsmarx.com
anisselson@windelsmarx.com

### Counsel for Dom Partners LLC
Allan H. Ickowitz/John Kim
Nossaman LLP
445 So. Figueroa Street, 31st Floor
Los Angeles, CA  90071
Tel: (213) 612-7800/Fax: (213) 612-7801
aickowitz@nossaman.com
jkim@nossaman.com

**<u>Attorneys for Petitioning Creditors</u>**
**<u>Washington Technology Associates, LLC,</u>**
**<u>iEntertainment, Inc., and AccountingMatters.comLLC</u>**
Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
Tel: (310) 556-8900/Fax: (310) 556-8905
susan@susanmontgomerylaw.com

**<u>Attorneys for Petitioning Creditors</u>**
**<u>Washington Technology Associates, LLC,</u>**
**<u>iEntertainment, Inc., and AccountingMatters.comLLC</u>**
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th St., 19th Floor
New York, NY 10017
Tel: (212) 655-3582/Fax: (646) 539-3682
lfm@msf-law.com

**<u>Creditors or Parties in Interest</u>**
i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow
Tel: (617) 928-9423/Fax: (617) 964-5318
cbialow@bialow.com

**<u>Creditors or Parties in Interest</u>**
Domain Name Acquisition Group, LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller
Tel: (617) 236-0806/Fax: (617) 927-1199
amiller@internetrealestate.com

**<u>VIA U.S. MAIL</u>**

DOM Partners, LLC
2050 Center Avenue
Suite 600
Fort Lee, NJ  07024

DOM Partners, LLC
300B Lake Street
Ramsey, NJ  07446

Nutin' But Net, LLC
210 Crossways Park West
Woodbury, NY  11797

Washington Technology Associates
9812 Falls Road, #114-331
Potomac, MD  20854

iEntertainment, Inc.
9812 Falls Road, #114-331
Potomac, MD  20854
Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

<u>Taxing Authorities</u>
Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA  94280

Franchise Tax Board
Attention:  Bankruptcy
Post Office Box 2952
Sacramento, CA  95812

Franchise Tax Board
Post Office Box 942857
Sacramento, CA  94257-0631

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA  19114

State Board of Equalization
Attn:  Special Procedures Section
Post Office Box 942879
Sacramento, CA  95814