SUSAN I. MONTGOMERY (State Bar No. 120667)
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: (310) 556-8900
Fax: (310) 556-8905

Attorneys for WASHINGTON
TECHNOLOGY ASSOCIATES, LLC
iENTERTAINMENT, INC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ESCOM, LLC,<br><br>           Debtor. | INVOLUNTARY CHAPTER 11 PETITION<br>CASE NO.: 1:10-bk-13001-GM<br><br>PRELIMINARY RESPONSE OF WASHINGTON TECHNOLOGY ASSOCIATES, LLC, iENTERTAINMENT, INC. AND DOM PARTNERS, LLC; EXHIBIT<br><br><u>HEARING</u><br>Date: October 27, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 303 |

Debtor Escom, LLC has filed a motion to sell the Debtor's assets and to distribute the proceeds to the sales agent and to the secured lenders. A hearing on shortened notice will be held on October 27, 2010. On October 26, 2010, equity security holder Nuthin' But Net, LLC ("NBN") filed an objection to the Debtor's Motion in which it objected to the payment of default interest, late fees, and attorneys' fees to secured lenders Washington Technology Associates, LLC ("WTA") and DOM Partners, LLC ("DOM"), and objected to any payment to iEntertainment, Inc. ("iEntertainment") the junior secured lender. NBN did not object to the payment of commission or to the payment of principal and non-default interest to WTA and DOM.

Given that the hearing is being held on shortened notice, the parties have had insufficient time to present evidence to the Court with regard to the validity of iEntertainment's secured note. The documentary evidence will establish, however, that NBN expressly agreed to the iEntertainment note and that NBN's belated objection is specious. Arguments regarding the iEntertainment note will require a continued hearing.

With regard to the payment of the WTA and DOM secured claims, however, NBN's contention that WTA and DOM are not entitled to late fees and interest is without merit. The proposed sale is a sale pursuant to 11 U.S.C. §363, and as the Ninth Circuit held in *GECC v. Future Media*, 536 F.3d 969 (9th Cir. 2008), when a sale is completed pursuant to §363, rather than pursuant to a plan, the contract provisions, including default interest and late fees, apply. Here, the Debtor will not and cannot propose a plan. Accordingly, the secured lenders are entitled to their contractual rate of interest and late fees. There is no reason to delay payment to the secured creditors of their late fees and default interest.

To enable the Court to calculate the amounts to be awarded at the October 27, 2010 hearing, the parties are providing as Exhibit 1 hereto, schedules that break down the calculations of principal, non-default interest, default interest, late fees and attorneys' fees and costs in connection with the secured notes.

Additional briefing will be provided as directed by the Court.

Dated: October 27, 2010

                                                  LAW OFFICE OF SUSAN I. MONTGOMERY

                                                  By   /s/ Susan I. Montgomery
                                                      Susan I. Montgomery
                                                Attorneys for WASHINGTON TECHNOLOGY ASSOCIATES, LLC and iENTERTAINMENT, INC;

# Exhibit 1

Exhibit 1

## ESCOM NOTE SUMMARY 1

| | Principal* | Interest (Default Rate Not Applied)* | Interest (Default Rate Applied)* | Late Fees* | Attorneys' Fees** | Auction Related Fees and Costs** | Advertising Costs** | Total Principal and Non-Default Interest | Total Principal, Default Interest, & Late Fees | Total Principal, Default Interest, Late Fees and Fees and Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| WTA: | $5,000,000.00 | $1,312,593.14 | $1,783,625.85 | $273,125.83 | $158,235.15 | $0.00 | $0.00 | $6,312,593.14 | $7,056,751.68 | $7,214,986.83 |
| DOM: | $3,000,000.00 | $772,545.77 | $1,054,045.38 | $163,226.06 | $615,294.54 | $8,875.00 | $15,856.80 | $3,772,545.77 | $4,217,271.43 | $4,857,297.77 |
| | | | | | | | Total Senior Secured Note Claims: | $10,085,138.91 | $11,274,023.11 | $12,072,284.60 |
| iEntertainment: | $2,500,000.00 | $748,870.82 | $1,054,950.82 | $147,511.93 | $83,021.17 | $0.00 | $0.00 | $3,248,870.82 | $3,702,462.75 | $3,785,483.92 |
| | | | | | | | Total Secured Note Claims: | $13,334,009.73 | $14,976,485.86 | $15,857,768.52 |

*Accrued through 10/27/10
**Incurred through 10/24/10

Gross Sale Proceeds: $13,000,000
Sedo Commission: $130,000.00
Net Sale Proceeds: $12,870,000.00

Exhibit 1, Page 3

## ESCOM NOTE SUMMARY - WITH DEFAULT INTEREST AND LATE FEES

| | Principal* | Interest* | Attorneys' Fees, Auction Related Fees and Costs and Advertising Costs** | Late Fees* | Total |
|---|---|---|---|---|---|
| WTA: | $5,000,000.00 | $1,783,625.85 | $158,235.15 | $273,125.83 | $7,214,986.83 |
| DOM: | $3,000,000.00 | $1,054,045.38 | $640,026.34 | $163,226.06 | $4,857,297.77 |
| | | | | Senior Note Balance: | $12,072,284.60 |
| iEntertainment: | $2,500,000.00 | $1,054,950.82 | $83,021.17 | $147,511.93 | $3,785,483.92 |
| | | | | Secured Note Balance: | $15,857,768.52 |

*Accrued through 10/24/10
**Incurred through 10/27/10

| Gross Sale Proceeds: | $13,000,000.00 |
| Sedo Commission: | $130,000.00 |
| Net Proceeds: | $12,870,000.00 |
| WTA: | $7,214,986.83 |
| DOM: | $4,857,297.77 |
| iEntertainment: | $797,715.40 |
| iEntertainment Deficiency: | $2,987,768.52 |

## ESCOM NOTE SUMMARY - NO DEFAULT INTEREST OR LATE FEES

| | Principal* | Interest* | Attorneys' Fees, Auction Related Fees and Costs and Advertising Costs** | Total |
|---|---|---|---|---|
| WTA: | $5,000,000.00 | $1,312,593.14 | $158,235.15 | $6,470,828.29 |
| DOM: | $3,000,000.00 | $772,545.77 | $640,026.34 | $4,412,572.11 |
| | | | Senior Note Balance: | $10,883,400.40 |
| iEntertainment: | $2,500,000.00 | $748,870.82 | $83,021.17 | $3,331,891.99 |
| | | | Secured Note Balance: | $14,215,292.39 |

*Accrued through 10/24/10
**Incurred through 10/27/10

| Gross Sale Proceeds: | $13,000,000.00 |
| Sedo Commission: | $130,000.00 |
| Net Proceeds: | $12,870,000.00 |
| WTA: | $6,470,828.29 |
| DOM: | $4,412,572.11 |
| iEntertainment: | $1,986,599.60 |
| iEntertainment Deficiency: | $1,345,292.39 |

## ESCOM NOTE SUMMARY 2

Net Change If No Default/Late Fees Allowed:

| WTA: | -$744,158.54 |
| DOM: | -$444,725.66 |
| iEntertainment: | $1,188,884.20 |

**WTA NOTE SCHEDULE: DEFAULT INTEREST + LATE FEES**

Maker of Note: Escom, LLC
Payee of Note: Washington Technology Associates, LLC
Original Principal: **$5,000,000**
Loan Date: 1/12/2006
Interest Rate: 8% (increased to 12% on 1/12/07 until all interest through 1/12/08 paid on 3/11/08, then again to 12% upon default)
Maturity Date: 1/12/2009

| %I | Basis | Start Date | Principal | End Date | Interest Days | Monthly Interest Earned | Cum Interest | Total Balance | Payments | Payment Date | Late Fees | Date Late Fee Assessed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.08 | 360 | 1/12/2006 | $5,000,000 | 2/12/2006 | 31 | 34,444.44 | 34,444.44 | 5,034,444.44 | | | | |
| 0.08 | 360 | 2/12/2006 | $5,000,000 | 3/12/2006 | 28 | 31,325.43 | 65,769.88 | 5,065,769.88 | | | | |
| 0.08 | 360 | 3/12/2006 | $5,000,000 | 4/12/2006 | 31 | 34,897.53 | 100,667.40 | 5,100,667.40 | | | | |
| 0.08 | 360 | 4/12/2006 | $5,000,000 | 5/12/2006 | 30 | 34,004.45 | 134,671.85 | 5,134,671.85 | | | | |
| 0.08 | 360 | 5/12/2006 | $5,000,000 | 6/12/2006 | 31 | 35,372.18 | 170,044.04 | 5,170,044.04 | | | | |
| 0.08 | 360 | 6/12/2006 | $5,000,000 | 7/12/2006 | 30 | 34,466.96 | 204,511.00 | 5,204,511.00 | | | | |
| 0.08 | 360 | 7/12/2006 | $5,000,000 | 8/12/2006 | 31 | 35,853.30 | 240,364.29 | 5,240,364.29 | | | | |
| 0.08 | 360 | 8/12/2006 | $5,000,000 | 9/12/2006 | 31 | 36,100.29 | 276,464.58 | 5,276,464.58 | | | | |
| 0.08 | 360 | 9/12/2006 | $5,000,000 | 10/12/2006 | 30 | 35,176.43 | 311,641.01 | 5,311,641.01 | | | | |
| 0.08 | 360 | 10/12/2006 | $5,000,000 | 11/12/2006 | 31 | 36,591.30 | 348,232.32 | 5,348,232.32 | | | | |
| 0.08 | 360 | 11/12/2006 | $5,000,000 | 12/12/2006 | 30 | 35,654.88 | 383,887.20 | 5,383,887.20 | | | | |
| 0.08 | 360 | 12/12/2006 | $5,000,000 | 1/12/2007 | 31 | 37,089.00 | 420,976.20 | 5,420,976.20 | | | | |
| **0.12** | **360** | **1/12/2007** | **$5,000,000** | **1/19/2007** | **7** | **12,648.94** | **433,625.14** | **5,433,625.14** | **105,263.00** | **1/19/2007** | | |
| 0.12 | 360 | 1/19/2007 | $5,000,000 | 2/12/2007 | 24 | 42,626.90 | 370,989.04 | 5,370,989.04 | | | | |
| 0.12 | 360 | 2/12/2007 | $5,000,000 | 3/12/2007 | 28 | 50,129.23 | 421,118.27 | 5,421,118.27 | | | | |
| 0.12 | 360 | 3/12/2007 | $5,000,000 | 4/12/2007 | 31 | 56,018.22 | 477,136.49 | 5,477,136.49 | | | | |
| **0.12** | **360** | **4/12/2007** | **$5,000,000** | **5/1/2007** | **19** | **34,688.53** | **511,825.03** | **5,511,825.03** | **40,158.00** | **5/1/2007** | | |
| 0.12 | 360 | 5/1/2007 | $5,000,000 | 5/12/2007 | 11 | 20,062.78 | 491,729.80 | 5,491,729.80 | | | | |
| 0.12 | 360 | 5/12/2007 | $5,000,000 | 6/12/2007 | 31 | 56,747.87 | 548,477.68 | 5,548,477.68 | | | | |
| 0.12 | 360 | 6/12/2007 | $5,000,000 | 7/12/2007 | 30 | 55,484.78 | 603,962.46 | 5,603,962.46 | | | | |
| 0.12 | 360 | 7/12/2007 | $5,000,000 | 8/12/2007 | 31 | 57,907.61 | 661,870.07 | 5,661,870.07 | | | | |
| 0.12 | 360 | 8/12/2007 | $5,000,000 | 9/12/2007 | 31 | 58,505.99 | 720,376.06 | 5,720,376.06 | | | | |
| **0.12** | **360** | **9/12/2007** | **$5,000,000** | **10/1/2007** | **19** | **36,229.05** | **756,605.11** | **5,756,605.11** | **262,407.00** | **10/1/2007** | | |
| 0.12 | 360 | 10/1/2007 | $5,000,000 | 10/12/2007 | 11 | 20,145.39 | 514,343.50 | 5,514,343.50 | | | | |
| 0.12 | 360 | 10/12/2007 | $5,000,000 | 11/12/2007 | 31 | 56,981.55 | 571,325.05 | 5,571,325.05 | | | | |
| 0.12 | 360 | 11/12/2007 | $5,000,000 | 12/12/2007 | 30 | 55,713.25 | 627,038.30 | 5,627,038.30 | | | | |
| 0.12 | 360 | 12/12/2007 | $5,000,000 | 1/12/2008 | 31 | 58,146.06 | 685,184.36 | 5,685,184.36 | | | | |
| **0.12** | **360** | **1/12/2008** | **$5,000,000** | **1/22/2008** | **10** | **18,950.61** | **704,134.98** | **5,704,134.98** | **$225,000.00** | **1/22/2008** | | |
| **0.12** | **360** | **1/22/2008** | **$5,000,000** | **1/29/2008** | **7** | **12,784.65** | **491,919.63** | **5,491,919.63** | **$300,000.00** | **1/29/2008** | | |
| **0.12** | **360** | **1/29/2008** | **$5,000,000** | **2/8/2008** | **10** | **17,306.40** | **209,226.02** | **5,209,226.02** | **$100,000.00** | **2/8/2008** | | |
| 0.12 | 360 | 2/8/2008 | $5,000,000 | 2/12/2008 | 4 | 6,812.30 | 116,038.33 | 5,116,038.33 | | | | |
| **0.12** | **360** | **2/12/2008** | **$5,000,000** | **3/11/2008** | **28** | **47,749.69** | **163,788.02** | **5,163,788.02** | **60,333.72** | **3/11/2008** | | |
| 0.08 | 360 | 3/11/2008 | $5,000,000 | 3/12/2008 | 1 | 1,134.10 | 104,588.40 | 5,104,588.40 | | | | |
| 0.08 | 360 | 3/12/2008 | $5,000,000 | 4/12/2008 | 31 | 35,164.94 | 139,753.34 | 5,139,753.34 | | | | |
| 0.08 | 360 | 4/12/2008 | $5,000,000 | 5/12/2008 | 30 | 34,265.02 | 174,018.36 | 5,174,018.36 | | | | |
| 0.08 | 360 | 5/12/2008 | $5,000,000 | 6/12/2008 | 31 | 35,643.24 | 209,661.60 | 5,209,661.60 | | | | |
| 0.08 | 360 | 6/12/2008 | $5,000,000 | 7/12/2008 | 30 | 34,731.08 | 244,392.68 | 5,244,392.68 | | | | |
| 0.08 | 360 | 7/12/2008 | $5,000,000 | 8/12/2008 | 31 | 36,128.04 | 280,520.72 | 5,280,520.72 | | | | |
| 0.08 | 360 | 8/12/2008 | $5,000,000 | 9/12/2008 | 31 | 36,376.92 | 316,897.64 | 5,316,897.64 | | | | |
| 0.08 | 360 | 9/12/2008 | $5,000,000 | 10/12/2008 | 30 | 35,445.98 | 352,343.62 | 5,352,343.62 | | | | |
| 0.08 | 360 | 10/12/2008 | $5,000,000 | 11/12/2008 | 31 | 36,871.70 | 389,215.32 | 5,389,215.32 | | | | |
| 0.08 | 360 | 11/12/2008 | $5,000,000 | 12/12/2008 | 30 | 35,928.10 | 425,143.42 | 5,425,143.42 | | | | |
| 0.08 | 360 | 12/12/2008 | $5,000,000 | 1/12/2009 | 31 | 37,373.21 | 462,516.63 | 5,462,516.63 | | | | |
| **0.12** | **360** | **1/12/2009** | **$5,000,000** | **1/19/2009** | **7** | **12,745.87** | **475,262.50** | **5,475,262.50** | | | **$273,125.83** | **1/19/2009** |
| 0.12 | 360 | 1/19/2009 | $5,000,000 | 2/12/2009 | 24 | 43,802.10 | 519,064.60 | 5,519,064.60 | | | | |
| 0.12 | 360 | 2/12/2009 | $5,000,000 | 3/12/2009 | 28 | 51,511.27 | 570,575.87 | 5,570,575.87 | | | | |
| 0.12 | 360 | 3/12/2009 | $5,000,000 | 4/12/2009 | 31 | 57,562.62 | 628,138.49 | 5,628,138.49 | | | | |
| 0.12 | 360 | 4/12/2009 | $5,000,000 | 5/12/2009 | 30 | 56,281.38 | 684,419.88 | 5,684,419.88 | | | | |
| 0.12 | 360 | 5/12/2009 | $5,000,000 | 6/12/2009 | 31 | 58,739.01 | 743,158.88 | 5,743,158.88 | | | | |
| 0.12 | 360 | 6/12/2009 | $5,000,000 | 7/12/2009 | 30 | 57,431.59 | 800,590.47 | 5,800,590.47 | | | | |
| 0.12 | 360 | 7/12/2009 | $5,000,000 | 8/12/2009 | 31 | 59,939.43 | 860,529.91 | 5,860,529.91 | | | | |
| 0.12 | 360 | 8/12/2009 | $5,000,000 | 9/12/2009 | 31 | 60,558.81 | 921,088.71 | 5,921,088.71 | | | | |
| 0.12 | 360 | 9/12/2009 | $5,000,000 | 10/12/2009 | 30 | 59,210.89 | 980,299.60 | 5,980,299.60 | | | | |
| 0.12 | 360 | 10/12/2009 | $5,000,000 | 11/12/2009 | 31 | 61,796.43 | 1,042,096.03 | 6,042,096.03 | | | | |
| 0.12 | 360 | 11/12/2009 | $5,000,000 | 12/12/2009 | 30 | 60,420.96 | 1,102,516.99 | 6,102,516.99 | | | | |
| 0.12 | 360 | 12/12/2009 | $5,000,000 | 1/12/2010 | 31 | 63,059.34 | 1,165,576.33 | 6,165,576.33 | | | | |
| 0.12 | 360 | 1/12/2010 | $5,000,000 | 2/12/2010 | 31 | 63,710.96 | 1,229,287.29 | 6,229,287.29 | | | | |
| 0.12 | 360 | 2/12/2010 | $5,000,000 | 3/12/2010 | 28 | 58,140.01 | 1,287,427.30 | 6,287,427.30 | | | | |
| 0.12 | 360 | 3/12/2010 | $5,000,000 | 4/12/2010 | 31 | 64,970.08 | 1,352,397.39 | 6,352,397.39 | | | | |
| 0.12 | 360 | 4/12/2010 | $5,000,000 | 5/12/2010 | 30 | 63,523.97 | 1,415,921.36 | 6,415,921.36 | | | | |
| 0.12 | 360 | 5/12/2010 | $5,000,000 | 6/12/2010 | 31 | 66,297.85 | 1,482,219.21 | 6,482,219.21 | | | | |
| 0.12 | 360 | 6/12/2010 | $5,000,000 | 7/12/2010 | 30 | 64,822.19 | 1,547,041.41 | 6,547,041.41 | | | | |
| 0.12 | 360 | 7/12/2010 | $5,000,000 | 8/12/2010 | 31 | 67,652.76 | 1,614,694.17 | 6,614,694.17 | | | | |
| 0.12 | 360 | 8/12/2010 | $5,000,000 | 9/12/2010 | 31 | 68,351.84 | 1,683,046.01 | 6,683,046.01 | | | | |
| 0.12 | 360 | 9/12/2010 | $5,000,000 | 10/12/2010 | 30 | 66,830.46 | 1,749,876.47 | 6,749,876.47 | | | | |
| 0.12 | 360 | 10/12/2010 | $5,000,000 | 10/27/2010 | 15 | 33,749.38 | 1,783,625.85 | 6,783,625.85 | | | | |

Total Principal: **$5,000,000.00**
Total Interest: **$1,783,625.85**
Total Late Fees: **$273,125.83**
Total Attorneys Fees: **$158,235.15**
Total Claim: **$7,214,986.83**

**DOM NOTE SCHEDULE: DEFAULT INTEREST + LATE FEES**

Maker of Note: Escom, LLC
Payee of Note: DOM Partners, LLC
Original Principal: $3,000,000
Loan Date: 1/12/2006
Interest Rate: 8% (increased to 12% on 1/12/07 until all interest through 1/12/08 paid on 1/17/08, then again to 12% upon default)
Maturity Date: 1/12/2009

| %I | Basis | Start Date | Principal | End Date | Interest Days | Monthly Interest Earned | Cum Interest | Total Balance | Payments | Payment Date | Late Fees | Date Late Fee Assessed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.08 | 360 | 1/12/2006 | $3,000,000 | 2/12/2006 | 31 | 20,666.67 | 20,666.67 | 3,020,666.67 | | | | |
| 0.08 | 360 | 2/12/2006 | $3,000,000 | 3/12/2006 | 28 | 18,795.26 | 39,461.93 | 3,039,461.93 | | | | |
| 0.08 | 360 | 3/12/2006 | $3,000,000 | 4/12/2006 | 31 | 20,938.52 | 60,400.44 | 3,060,400.44 | | | | |
| 0.08 | 360 | 4/12/2006 | $3,000,000 | 5/12/2006 | 30 | 20,402.67 | 80,803.11 | 3,080,803.11 | | | | |
| 0.08 | 360 | 5/12/2006 | $3,000,000 | 6/12/2006 | 31 | 21,223.31 | 102,026.42 | 3,102,026.42 | | | | |
| 0.08 | 360 | 6/12/2006 | $3,000,000 | 7/12/2006 | 30 | 20,680.18 | 122,706.60 | 3,122,706.60 | | | | |
| 0.08 | 360 | 7/12/2006 | $3,000,000 | 8/12/2006 | 31 | 21,511.98 | 144,218.58 | 3,144,218.58 | | | | |
| 0.08 | 360 | 8/12/2006 | $3,000,000 | 9/12/2006 | 31 | 21,660.17 | 165,878.75 | 3,165,878.75 | | | | |
| 0.08 | 360 | 9/12/2006 | $3,000,000 | 10/12/2006 | 30 | 21,105.86 | 186,984.61 | 3,186,984.61 | | | | |
| 0.08 | 360 | 10/12/2006 | $3,000,000 | 11/12/2006 | 31 | 21,954.78 | 208,939.39 | 3,208,939.39 | | | | |
| 0.08 | 360 | 11/12/2006 | $3,000,000 | 12/12/2006 | 30 | 21,392.93 | 230,332.32 | 3,230,332.32 | | | | |
| 0.08 | 360 | 12/12/2006 | $3,000,000 | 1/12/2007 | 31 | 22,253.40 | 252,585.72 | 3,252,585.72 | | | | |
| **0.12** | **360** | **1/12/2007** | **$3,000,000** | **1/19/2007** | **7** | **7,589.37** | **260,175.09** | **3,260,175.09** | **63,158.00** | **1/19/2007** | | |
| 0.12 | 360 | 1/19/2007 | $3,000,000 | 2/12/2007 | 24 | 25,576.14 | 222,593.22 | 3,222,593.22 | | | | |
| 0.12 | 360 | 2/12/2007 | $3,000,000 | 3/12/2007 | 28 | 30,077.54 | 252,670.76 | 3,252,670.76 | | | | |
| 0.12 | 360 | 3/12/2007 | $3,000,000 | 4/12/2007 | 31 | 33,610.93 | 286,281.69 | 3,286,281.69 | | | | |
| **0.12** | **360** | **4/12/2007** | **$3,000,000** | **5/1/2007** | **19** | **20,813.12** | **307,094.81** | **3,307,094.81** | **24,095.00** | **5/1/2007** | | |
| 0.12 | 360 | 5/1/2007 | $3,000,000 | 5/12/2007 | 11 | 12,037.67 | 295,037.47 | 3,295,037.47 | | | | |
| 0.12 | 360 | 5/12/2007 | $3,000,000 | 6/12/2007 | 31 | 34,048.72 | 329,086.19 | 3,329,086.19 | | | | |
| **0.12** | **360** | **6/12/2007** | **$3,000,000** | **6/29/2007** | **17** | **18,864.82** | **347,951.02** | **3,347,951.02** | **$200,000.00** | **6/29/2007** | | |
| **0.12** | **360** | **6/29/2007** | **$3,000,000** | **7/2/2007** | **3** | **3,147.95** | **151,098.97** | **3,151,098.97** | **$127,026.84** | **7/2/2007** | | |
| 0.12 | 360 | 7/2/2007 | $3,000,000 | 7/12/2007 | 10 | 10,080.24 | 34,152.37 | 3,034,152.37 | | | | |
| 0.12 | 360 | 7/12/2007 | $3,000,000 | 8/12/2007 | 31 | 31,352.91 | 65,505.28 | 3,065,505.28 | | | | |
| 0.12 | 360 | 8/12/2007 | $3,000,000 | 9/12/2007 | 31 | 31,676.89 | 97,182.16 | 3,097,182.16 | | | | |
| 0.12 | 360 | 9/12/2007 | $3,000,000 | 10/12/2007 | 30 | 30,971.82 | 128,153.99 | 3,128,153.99 | | | | |
| 0.12 | 360 | 10/12/2007 | $3,000,000 | 11/12/2007 | 31 | 32,324.26 | 160,478.24 | 3,160,478.24 | | | | |
| 0.12 | 360 | 11/12/2007 | $3,000,000 | 12/12/2007 | 30 | 31,604.78 | 192,083.03 | 3,192,083.03 | | | | |
| 0.12 | 360 | 12/12/2007 | $3,000,000 | 1/12/2008 | 31 | 32,984.86 | 225,067.88 | 3,225,067.88 | | | | |
| **0.12** | **360** | **1/12/2008** | **$3,000,000** | **1/17/2008** | **5** | **5,375.11** | **230,443.00** | **3,230,443.00** | **$216,773.62** | **1/17/2008** | | |
| 0.08 | 360 | 1/17/2008 | $3,000,000 | 2/12/2008 | 26 | 17,412.31 | 31,081.69 | 3,031,081.69 | | | | |
| 0.08 | 360 | 2/12/2008 | $3,000,000 | 3/12/2008 | 29 | 19,533.64 | 50,615.33 | 3,050,615.33 | | | | |
| 0.08 | 360 | 3/12/2008 | $3,000,000 | 4/12/2008 | 31 | 21,015.35 | 71,630.68 | 3,071,630.68 | | | | |
| 0.08 | 360 | 4/12/2008 | $3,000,000 | 5/12/2008 | 30 | 20,477.54 | 92,108.21 | 3,092,108.21 | | | | |
| 0.08 | 360 | 5/12/2008 | $3,000,000 | 6/12/2008 | 31 | 21,301.19 | 113,409.40 | 3,113,409.40 | | | | |
| 0.08 | 360 | 6/12/2008 | $3,000,000 | 7/12/2008 | 30 | 20,756.06 | 134,165.47 | 3,134,165.47 | | | | |
| 0.08 | 360 | 7/12/2008 | $3,000,000 | 8/12/2008 | 31 | 21,590.92 | 155,756.38 | 3,155,756.38 | | | | |
| 0.08 | 360 | 8/12/2008 | $3,000,000 | 9/12/2008 | 31 | 21,739.66 | 177,496.04 | 3,177,496.04 | | | | |
| 0.08 | 360 | 9/12/2008 | $3,000,000 | 10/12/2008 | 30 | 21,183.31 | 198,679.35 | 3,198,679.35 | | | | |
| 0.08 | 360 | 10/12/2008 | $3,000,000 | 11/12/2008 | 31 | 22,035.35 | 220,714.69 | 3,220,714.69 | | | | |
| 0.08 | 360 | 11/12/2008 | $3,000,000 | 12/12/2008 | 30 | 21,471.43 | 242,186.12 | 3,242,186.12 | | | | |
| 0.08 | 360 | 12/12/2008 | $3,000,000 | 1/12/2009 | 31 | 22,335.06 | 264,521.18 | 3,264,521.18 | | | | |
| **0.12** | **360** | **1/12/2009** | **$3,000,000** | **1/19/2009** | **7** | **7,617.22** | **272,138.40** | **3,272,138.40** | | | **$163,226.06** | **1/19/2009** |
| 0.12 | 360 | 1/19/2009 | $3,000,000 | 2/12/2009 | 24 | 26,177.11 | 298,315.51 | 3,298,315.51 | | | | |
| 0.12 | 360 | 2/12/2009 | $3,000,000 | 3/12/2009 | 28 | 30,784.28 | 329,099.79 | 3,329,099.79 | | | | |
| 0.12 | 360 | 3/12/2009 | $3,000,000 | 4/12/2009 | 31 | 34,400.70 | 363,500.48 | 3,363,500.48 | | | | |
| 0.12 | 360 | 4/12/2009 | $3,000,000 | 5/12/2009 | 30 | 33,635.00 | 397,135.49 | 3,397,135.49 | | | | |
| 0.12 | 360 | 5/12/2009 | $3,000,000 | 6/12/2009 | 31 | 35,103.73 | 432,239.22 | 3,432,239.22 | | | | |
| 0.12 | 360 | 6/12/2009 | $3,000,000 | 7/12/2009 | 30 | 34,322.39 | 466,561.61 | 3,466,561.61 | | | | |
| 0.12 | 360 | 7/12/2009 | $3,000,000 | 8/12/2009 | 31 | 35,821.14 | 502,382.75 | 3,502,382.75 | | | | |
| 0.12 | 360 | 8/12/2009 | $3,000,000 | 9/12/2009 | 31 | 36,191.29 | 538,574.04 | 3,538,574.04 | | | | |
| 0.12 | 360 | 9/12/2009 | $3,000,000 | 10/12/2009 | 30 | 35,385.74 | 573,959.78 | 3,573,959.78 | | | | |
| 0.12 | 360 | 10/12/2009 | $3,000,000 | 11/12/2009 | 31 | 36,930.92 | 610,890.70 | 3,610,890.70 | | | | |
| 0.12 | 360 | 11/12/2009 | $3,000,000 | 12/12/2009 | 30 | 36,108.91 | 646,999.60 | 3,646,999.60 | | | | |
| 0.12 | 360 | 12/12/2009 | $3,000,000 | 1/12/2010 | 31 | 37,685.66 | 684,685.27 | 3,684,685.27 | | | | |
| 0.12 | 360 | 1/12/2010 | $3,000,000 | 2/12/2010 | 31 | 38,075.08 | 722,760.35 | 3,722,760.35 | | | | |
| 0.12 | 360 | 2/12/2010 | $3,000,000 | 3/12/2010 | 28 | 34,745.76 | 757,506.11 | 3,757,506.11 | | | | |
| 0.12 | 360 | 3/12/2010 | $3,000,000 | 4/12/2010 | 31 | 38,827.56 | 796,333.67 | 3,796,333.67 | | | | |
| 0.12 | 360 | 4/12/2010 | $3,000,000 | 5/12/2010 | 30 | 37,963.34 | 834,297.01 | 3,834,297.01 | | | | |
| 0.12 | 360 | 5/12/2010 | $3,000,000 | 6/12/2010 | 31 | 39,621.07 | 873,918.08 | 3,873,918.08 | | | | |
| 0.12 | 360 | 6/12/2010 | $3,000,000 | 7/12/2010 | 30 | 38,739.18 | 912,657.26 | 3,912,657.26 | | | | |
| 0.12 | 360 | 7/12/2010 | $3,000,000 | 8/12/2010 | 31 | 40,430.79 | 953,088.05 | 3,953,088.05 | | | | |
| 0.12 | 360 | 8/12/2010 | $3,000,000 | 9/12/2010 | 31 | 40,848.58 | 993,936.63 | 3,993,936.63 | | | | |
| 0.12 | 360 | 9/12/2010 | $3,000,000 | 10/12/2010 | 30 | 39,939.37 | 1,033,876.00 | 4,033,876.00 | | | | |
| 0.12 | 360 | 10/12/2010 | $3,000,000 | 10/27/2010 | 15 | 20,169.38 | 1,054,045.38 | 4,054,045.38 | | | | |

Total Principal: $3,000,000.00
Total Interest: $1,054,045.38
Total Late Fees: $163,226.06
Total Attorneys' Fees: $615,294.54
Total Advertising Costs: $15,856.80
Total Auction Related Fees and Costs: $8,875.00
Total Claim: $4,857,297.77

**iENTERTAINMENT NOTE SCHEDULE: DEFAULT INTEREST + LATE FEES**

Maker of Note: Escom, LLC
Payee of Note: iEntertainment, Inc.
Original Principal: $2,500,000
Loan Date: 8/1/2007
Interest Rate: 8% (increased to 12% on 8/1/08 due to default)
Maturity Date: 9/1/2009

| %I | Basis | Start Date | Principal | End Date | Interest Days | Monthly Interest Earned | Cum Interest | Total Balance | Payments | Payment Date | Late Fees | Date Late Fee Assessed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.08 | 360 | 8/1/2007 | $2,500,000 | 9/1/2007 | 31 | 17,222.22 | 17,222.22 | 2,517,222.22 | | | | |
| 0.08 | 360 | 9/1/2007 | $2,500,000 | 10/1/2007 | 30 | 16,781.48 | 34,003.70 | 2,534,003.70 | | | | |
| 0.08 | 360 | 10/1/2007 | $2,500,000 | 11/1/2007 | 31 | 17,456.47 | 51,460.17 | 2,551,460.17 | | | | |
| 0.08 | 360 | 11/1/2007 | $2,500,000 | 12/1/2007 | 30 | 17,009.73 | 68,469.91 | 2,568,469.91 | | | | |
| 0.08 | 360 | 12/1/2007 | $2,500,000 | 1/1/2008 | 31 | 17,693.90 | 86,163.81 | 2,586,163.81 | | | | |
| 0.08 | 360 | 1/1/2008 | $2,500,000 | 2/1/2008 | 31 | 17,815.80 | 103,979.61 | 2,603,979.61 | | | | |
| 0.08 | 360 | 2/1/2008 | $2,500,000 | 3/1/2008 | 29 | 16,781.20 | 120,760.81 | 2,620,760.81 | | | | |
| 0.08 | 360 | 3/1/2008 | $2,500,000 | 4/1/2008 | 31 | 18,054.13 | 138,814.94 | 2,638,814.94 | | | | |
| 0.08 | 360 | 4/1/2008 | $2,500,000 | 5/1/2008 | 30 | 17,592.10 | 156,407.04 | 2,656,407.04 | | | | |
| 0.08 | 360 | 5/1/2008 | $2,500,000 | 6/1/2008 | 31 | 18,299.69 | 174,706.73 | 2,674,706.73 | | | | |
| 0.08 | 360 | 6/1/2008 | $2,500,000 | 7/1/2008 | 30 | 17,831.38 | 192,538.11 | 2,692,538.11 | | | | |
| 0.08 | 360 | 7/1/2008 | $2,500,000 | 8/1/2008 | 31 | 18,548.60 | 211,086.71 | 2,711,086.71 | | | | |
| **0.12** | **360** | **8/1/2008** | **$2,500,000** | **8/8/2008** | **7** | **6,325.87** | **217,412.57** | **2,717,412.57** | | | **$10,554.34** | **8/8/2008** |
| 0.12 | 360 | 8/8/2008 | $2,500,000 | 9/1/2008 | 24 | 21,739.30 | 239,151.88 | 2,739,151.88 | | | | |
| **0.12** | **360** | **9/1/2008** | **$2,500,000** | **9/3/2008** | **2** | **1,826.10** | **240,977.98** | **2,740,977.98** | | | **$136,957.59** | **9/3/2008** |
| 0.12 | 360 | 9/3/2008 | $2,500,000 | 10/1/2008 | 28 | 25,582.46 | 266,560.44 | 2,766,560.44 | | | | |
| 0.12 | 360 | 10/1/2008 | $2,500,000 | 11/1/2008 | 31 | 28,587.79 | 295,148.23 | 2,795,148.23 | | | | |
| 0.12 | 360 | 11/1/2008 | $2,500,000 | 12/1/2008 | 30 | 27,951.48 | 323,099.71 | 2,823,099.71 | | | | |
| 0.12 | 360 | 12/1/2008 | $2,500,000 | 1/1/2009 | 31 | 29,172.03 | 352,271.74 | 2,852,271.74 | | | | |
| 0.12 | 360 | 1/1/2009 | $2,500,000 | 2/1/2009 | 31 | 29,473.47 | 381,745.22 | 2,881,745.22 | | | | |
| 0.12 | 360 | 2/1/2009 | $2,500,000 | 3/1/2009 | 28 | 26,896.29 | 408,641.50 | 2,908,641.50 | | | | |
| 0.12 | 360 | 3/1/2009 | $2,500,000 | 4/1/2009 | 31 | 30,055.96 | 438,697.47 | 2,938,697.47 | | | | |
| 0.12 | 360 | 4/1/2009 | $2,500,000 | 5/1/2009 | 30 | 29,386.97 | 468,084.44 | 2,968,084.44 | | | | |
| 0.12 | 360 | 5/1/2009 | $2,500,000 | 6/1/2009 | 31 | 30,670.21 | 498,754.65 | 2,998,754.65 | | | | |
| 0.12 | 360 | 6/1/2009 | $2,500,000 | 7/1/2009 | 30 | 29,987.55 | 528,742.19 | 3,028,742.19 | | | | |
| 0.12 | 360 | 7/1/2009 | $2,500,000 | 8/1/2009 | 31 | 31,297.00 | 560,039.20 | 3,060,039.20 | | | | |
| 0.12 | 360 | 8/1/2009 | $2,500,000 | 9/1/2009 | 31 | 31,620.41 | 591,659.60 | 3,091,659.60 | | | | |
| 0.12 | 360 | 9/1/2009 | $2,500,000 | 10/1/2009 | 30 | 30,916.60 | 622,576.20 | 3,122,576.20 | | | | |
| 0.12 | 360 | 10/1/2009 | $2,500,000 | 11/1/2009 | 31 | 32,266.62 | 654,842.82 | 3,154,842.82 | | | | |
| 0.12 | 360 | 11/1/2009 | $2,500,000 | 12/1/2009 | 30 | 31,548.43 | 686,391.25 | 3,186,391.25 | | | | |
| 0.12 | 360 | 12/1/2009 | $2,500,000 | 1/1/2010 | 31 | 32,926.04 | 719,317.29 | 3,219,317.29 | | | | |
| 0.12 | 360 | 1/1/2010 | $2,500,000 | 2/1/2010 | 31 | 33,266.28 | 752,583.57 | 3,252,583.57 | | | | |
| 0.12 | 360 | 2/1/2010 | $2,500,000 | 3/1/2010 | 28 | 30,357.45 | 782,941.01 | 3,282,941.01 | | | | |
| 0.12 | 360 | 3/1/2010 | $2,500,000 | 4/1/2010 | 31 | 33,923.72 | 816,864.74 | 3,316,864.74 | | | | |
| 0.12 | 360 | 4/1/2010 | $2,500,000 | 5/1/2010 | 30 | 33,168.65 | 850,033.39 | 3,350,033.39 | | | | |
| 0.12 | 360 | 5/1/2010 | $2,500,000 | 6/1/2010 | 31 | 34,617.01 | 884,650.40 | 3,384,650.40 | | | | |
| 0.12 | 360 | 6/1/2010 | $2,500,000 | 7/1/2010 | 30 | 33,846.50 | 918,496.90 | 3,418,496.90 | | | | |
| 0.12 | 360 | 7/1/2010 | $2,500,000 | 8/1/2010 | 31 | 35,324.47 | 953,821.37 | 3,453,821.37 | | | | |
| 0.12 | 360 | 8/1/2010 | $2,500,000 | 9/1/2010 | 31 | 35,689.49 | 989,510.86 | 3,489,510.86 | | | | |
| 0.12 | 360 | 9/1/2010 | $2,500,000 | 10/1/2010 | 30 | 34,895.11 | 1,024,405.97 | 3,524,405.97 | | | | |
| 0.12 | 360 | 10/1/2010 | $2,500,000 | 10/27/2010 | 26 | 30,544.85 | 1,054,950.82 | 3,554,950.82 | | | | |

Total Principal: $2,500,000.00
Total Interest: $1,054,950.82
Total Late Fees: $147,511.93
Total Attorneys Fees: $83,021.17
Total Claim: $3,785,483.92

**WTA NOTE SCHEDULE: NO DEFAULT INTEREST OR LATE FEES**

**Maker of Note:** Escom, LLC
**Payee of Note:** Washington Technology Associates, LLC
**Original Principal:** $5,000,000
**Loan Date:** 1/12/2006
**Interest Rate:** 8% (increased to 12% on 1/12/07 until all interest through 1/12/08 paid on 3/11/08)
**Maturity Date:** 1/12/2009

| %I | Basis | Start Date | Principal | End Date | Interest Days | Monthly Interest Earned | Cum Interest | Total Balance | Payments | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.08 | 360 | 1/12/2006 | $5,000,000 | 2/12/2006 | 31 | 34,444.44 | 34,444.44 | 5,034,444.44 | | |
| 0.08 | 360 | 2/12/2006 | $5,000,000 | 3/12/2006 | 28 | 31,325.43 | 65,769.88 | 5,065,769.88 | | |
| 0.08 | 360 | 3/12/2006 | $5,000,000 | 4/12/2006 | 31 | 34,897.53 | 100,667.40 | 5,100,667.40 | | |
| 0.08 | 360 | 4/12/2006 | $5,000,000 | 5/12/2006 | 30 | 34,004.45 | 134,671.85 | 5,134,671.85 | | |
| 0.08 | 360 | 5/12/2006 | $5,000,000 | 6/12/2006 | 31 | 35,372.18 | 170,044.04 | 5,170,044.04 | | |
| 0.08 | 360 | 6/12/2006 | $5,000,000 | 7/12/2006 | 30 | 34,466.96 | 204,511.00 | 5,204,511.00 | | |
| 0.08 | 360 | 7/12/2006 | $5,000,000 | 8/12/2006 | 31 | 35,853.30 | 240,364.29 | 5,240,364.29 | | |
| 0.08 | 360 | 8/12/2006 | $5,000,000 | 9/12/2006 | 31 | 36,100.29 | 276,464.58 | 5,276,464.58 | | |
| 0.08 | 360 | 9/12/2006 | $5,000,000 | 10/12/2006 | 30 | 35,176.43 | 311,641.01 | 5,311,641.01 | | |
| 0.08 | 360 | 10/12/2006 | $5,000,000 | 11/12/2006 | 31 | 36,591.30 | 348,232.32 | 5,348,232.32 | | |
| 0.08 | 360 | 11/12/2006 | $5,000,000 | 12/12/2006 | 30 | 35,654.88 | 383,887.20 | 5,383,887.20 | | |
| 0.08 | 360 | 12/12/2006 | $5,000,000 | 1/12/2007 | 31 | 37,089.00 | 420,976.20 | 5,420,976.20 | | |
| **0.12** | **360** | **1/12/2007** | **$5,000,000** | **1/19/2007** | **7** | **12,648.94** | **433,625.14** | **5,433,625.14** | **105,263.00** | **1/19/2007** |
| 0.12 | 360 | 1/19/2007 | $5,000,000 | 2/12/2007 | 24 | 42,626.90 | 370,989.04 | 5,370,989.04 | | |
| 0.12 | 360 | 2/12/2007 | $5,000,000 | 3/12/2007 | 28 | 50,129.23 | 421,118.27 | 5,421,118.27 | | |
| 0.12 | 360 | 3/12/2007 | $5,000,000 | 4/12/2007 | 31 | 56,018.22 | 477,136.49 | 5,477,136.49 | | |
| **0.12** | **360** | **4/12/2007** | **$5,000,000** | **5/1/2007** | **19** | **34,688.53** | **511,825.03** | **5,511,825.03** | **40,158.00** | **5/1/2007** |
| 0.12 | 360 | 5/1/2007 | $5,000,000 | 5/12/2007 | 11 | 20,062.78 | 491,729.80 | 5,491,729.80 | | |
| 0.12 | 360 | 5/12/2007 | $5,000,000 | 6/12/2007 | 31 | 56,747.87 | 548,477.68 | 5,548,477.68 | | |
| 0.12 | 360 | 6/12/2007 | $5,000,000 | 7/12/2007 | 30 | 55,484.78 | 603,962.46 | 5,603,962.46 | | |
| 0.12 | 360 | 7/12/2007 | $5,000,000 | 8/12/2007 | 31 | 57,907.61 | 661,870.07 | 5,661,870.07 | | |
| 0.12 | 360 | 8/12/2007 | $5,000,000 | 9/12/2007 | 31 | 58,505.99 | 720,376.06 | 5,720,376.06 | | |
| **0.12** | **360** | **9/12/2007** | **$5,000,000** | **10/1/2007** | **19** | **36,229.05** | **756,605.11** | **5,756,605.11** | **262,407.00** | **10/1/2007** |
| 0.12 | 360 | 10/1/2007 | $5,000,000 | 10/12/2007 | 11 | 20,145.39 | 514,343.50 | 5,514,343.50 | | |
| 0.12 | 360 | 10/12/2007 | $5,000,000 | 11/12/2007 | 31 | 56,981.55 | 571,325.05 | 5,571,325.05 | | |
| 0.12 | 360 | 11/12/2007 | $5,000,000 | 12/12/2007 | 30 | 55,713.25 | 627,038.30 | 5,627,038.30 | | |
| 0.12 | 360 | 12/12/2007 | $5,000,000 | 1/12/2008 | 31 | 58,146.06 | 685,184.36 | 5,685,184.36 | | |
| **0.12** | **360** | **1/12/2008** | **$5,000,000** | **1/22/2008** | **10** | **18,950.61** | **704,134.98** | **5,704,134.98** | **$225,000.00** | **1/22/2008** |
| **0.12** | **360** | **1/22/2008** | **$5,000,000** | **1/29/2008** | **7** | **12,784.65** | **491,919.63** | **5,491,919.63** | **$300,000.00** | **1/29/2008** |
| **0.12** | **360** | **1/29/2008** | **$5,000,000** | **2/8/2008** | **10** | **17,306.40** | **209,226.02** | **5,209,226.02** | **$100,000.00** | **2/8/2008** |
| 0.12 | 360 | 2/8/2008 | $5,000,000 | 2/12/2008 | 4 | 6,812.30 | 116,038.33 | 5,116,038.33 | | |
| **0.12** | **360** | **2/12/2008** | **$5,000,000** | **3/11/2008** | **28** | **47,749.69** | **163,788.02** | **5,163,788.02** | **60,333.72** | **3/11/2008** |
| 0.08 | 360 | 3/11/2008 | $5,000,000 | 3/12/2008 | 1 | 1,134.10 | 104,588.40 | 5,104,588.40 | | |
| 0.08 | 360 | 3/12/2008 | $5,000,000 | 4/12/2008 | 31 | 35,164.94 | 139,753.34 | 5,139,753.34 | | |
| 0.08 | 360 | 4/12/2008 | $5,000,000 | 5/12/2008 | 30 | 34,265.02 | 174,018.36 | 5,174,018.36 | | |
| 0.08 | 360 | 5/12/2008 | $5,000,000 | 6/12/2008 | 31 | 35,643.24 | 209,661.60 | 5,209,661.60 | | |
| 0.08 | 360 | 6/12/2008 | $5,000,000 | 7/12/2008 | 30 | 34,731.08 | 244,392.68 | 5,244,392.68 | | |
| 0.08 | 360 | 7/12/2008 | $5,000,000 | 8/12/2008 | 31 | 36,128.04 | 280,520.72 | 5,280,520.72 | | |
| 0.08 | 360 | 8/12/2008 | $5,000,000 | 9/12/2008 | 31 | 36,376.92 | 316,897.64 | 5,316,897.64 | | |
| 0.08 | 360 | 9/12/2008 | $5,000,000 | 10/12/2008 | 30 | 35,445.98 | 352,343.62 | 5,352,343.62 | | |
| 0.08 | 360 | 10/12/2008 | $5,000,000 | 11/12/2008 | 31 | 36,871.70 | 389,215.32 | 5,389,215.32 | | |
| 0.08 | 360 | 11/12/2008 | $5,000,000 | 12/12/2008 | 30 | 35,928.10 | 425,143.42 | 5,425,143.42 | | |
| 0.08 | 360 | 12/12/2008 | $5,000,000 | 1/12/2009 | 31 | 37,373.21 | 462,516.63 | 5,462,516.63 | | |
| 0.08 | 360 | 1/12/2009 | $5,000,000 | 1/19/2009 | 7 | 8,497.25 | 471,013.88 | 5,471,013.88 | | |
| 0.08 | 360 | 1/19/2009 | $5,000,000 | 2/12/2009 | 24 | 29,178.74 | 500,192.62 | 5,500,192.62 | | |
| 0.08 | 360 | 2/12/2009 | $5,000,000 | 3/12/2009 | 28 | 34,223.42 | 534,416.04 | 5,534,416.04 | | |
| 0.08 | 360 | 3/12/2009 | $5,000,000 | 4/12/2009 | 31 | 38,125.98 | 572,542.02 | 5,572,542.02 | | |
| 0.08 | 360 | 4/12/2009 | $5,000,000 | 5/12/2009 | 30 | 37,150.28 | 609,692.30 | 5,609,692.30 | | |
| 0.08 | 360 | 5/12/2009 | $5,000,000 | 6/12/2009 | 31 | 38,644.55 | 648,336.85 | 5,648,336.85 | | |
| 0.08 | 360 | 6/12/2009 | $5,000,000 | 7/12/2009 | 30 | 37,655.58 | 685,992.43 | 5,685,992.43 | | |
| 0.08 | 360 | 7/12/2009 | $5,000,000 | 8/12/2009 | 31 | 39,170.17 | 725,162.60 | 5,725,162.60 | | |
| 0.08 | 360 | 8/12/2009 | $5,000,000 | 9/12/2009 | 31 | 39,440.01 | 764,602.60 | 5,764,602.60 | | |
| 0.08 | 360 | 9/12/2009 | $5,000,000 | 10/12/2009 | 30 | 38,430.68 | 803,033.29 | 5,803,033.29 | | |
| 0.08 | 360 | 10/12/2009 | $5,000,000 | 11/12/2009 | 31 | 39,976.45 | 843,009.74 | 5,843,009.74 | | |
| 0.08 | 360 | 11/12/2009 | $5,000,000 | 12/12/2009 | 30 | 38,953.40 | 881,963.14 | 5,881,963.14 | | |
| 0.08 | 360 | 12/12/2009 | $5,000,000 | 1/12/2010 | 31 | 40,520.19 | 922,483.33 | 5,922,483.33 | | |
| 0.08 | 360 | 1/12/2010 | $5,000,000 | 2/12/2010 | 31 | 40,799.33 | 963,282.66 | 5,963,282.66 | | |
| 0.08 | 360 | 2/12/2010 | $5,000,000 | 3/12/2010 | 28 | 37,104.87 | 1,000,387.53 | 6,000,387.53 | | |
| 0.08 | 360 | 3/12/2010 | $5,000,000 | 4/12/2010 | 31 | 41,336.00 | 1,041,723.53 | 6,041,723.53 | | |
| 0.08 | 360 | 4/12/2010 | $5,000,000 | 5/12/2010 | 30 | 40,278.16 | 1,082,001.69 | 6,082,001.69 | | |
| 0.08 | 360 | 5/12/2010 | $5,000,000 | 6/12/2010 | 31 | 41,898.23 | 1,123,899.92 | 6,123,899.92 | | |
| 0.08 | 360 | 6/12/2010 | $5,000,000 | 7/12/2010 | 30 | 40,826.00 | 1,164,725.92 | 6,164,725.92 | | |
| 0.08 | 360 | 7/12/2010 | $5,000,000 | 8/12/2010 | 31 | 42,468.11 | 1,207,194.03 | 6,207,194.03 | | |
| 0.08 | 360 | 8/12/2010 | $5,000,000 | 9/12/2010 | 31 | 42,760.67 | 1,249,954.70 | 6,249,954.70 | | |
| 0.08 | 360 | 9/12/2010 | $5,000,000 | 10/12/2010 | 30 | 41,666.36 | 1,291,621.07 | 6,291,621.07 | | |
| 0.08 | 360 | 10/12/2010 | $5,000,000 | 10/27/2010 | 15 | 20,972.07 | 1,312,593.14 | 6,312,593.14 | | |

**Total Principal:** $5,000,000.00
**Total Interest:** $1,312,593.14
**Total Attorneys' Fees:** $158,235.15
**Total Claim:** $6,470,828.29

**DOM NOTE SCHEDULE: NO DEFAULT INTEREST OR LATE FEES**

- **Maker of Note:** Escom, LLC
- **Payee of Note:** DOM Partners, LLC
- **Original Principal:** $3,000,000
- **Loan Date:** 1/12/2006
- **Interest Rate:** 8% (increased to 12% on 1/12/07 until all interest through 1/12/08 paid on 1/17/08)
- **Maturity Date:** 1/12/2009

| %I | Basis | Start Date | Principal | End Date | Interest Days | Monthly Interest Earned | Cum Interest | Total Balance | Payments | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.08 | 360 | 1/12/2006 | $3,000,000 | 2/12/2006 | 31 | 20,666.67 | 20,666.67 | 3,020,666.67 | | |
| 0.08 | 360 | 2/12/2006 | $3,000,000 | 3/12/2006 | 28 | 18,795.26 | 39,461.93 | 3,039,461.93 | | |
| 0.08 | 360 | 3/12/2006 | $3,000,000 | 4/12/2006 | 31 | 20,938.52 | 60,400.44 | 3,060,400.44 | | |
| 0.08 | 360 | 4/12/2006 | $3,000,000 | 5/12/2006 | 30 | 20,402.67 | 80,803.11 | 3,080,803.11 | | |
| 0.08 | 360 | 5/12/2006 | $3,000,000 | 6/12/2006 | 31 | 21,223.31 | 102,026.42 | 3,102,026.42 | | |
| 0.08 | 360 | 6/12/2006 | $3,000,000 | 7/12/2006 | 30 | 20,680.18 | 122,706.60 | 3,122,706.60 | | |
| 0.08 | 360 | 7/12/2006 | $3,000,000 | 8/12/2006 | 31 | 21,511.98 | 144,218.58 | 3,144,218.58 | | |
| 0.08 | 360 | 8/12/2006 | $3,000,000 | 9/12/2006 | 31 | 21,660.17 | 165,878.75 | 3,165,878.75 | | |
| 0.08 | 360 | 9/12/2006 | $3,000,000 | 10/12/2006 | 30 | 21,105.86 | 186,984.61 | 3,186,984.61 | | |
| 0.08 | 360 | 10/12/2006 | $3,000,000 | 11/12/2006 | 31 | 21,954.78 | 208,939.39 | 3,208,939.39 | | |
| 0.08 | 360 | 11/12/2006 | $3,000,000 | 12/12/2006 | 30 | 21,392.93 | 230,332.32 | 3,230,332.32 | | |
| 0.08 | 360 | 12/12/2006 | $3,000,000 | 1/12/2007 | 31 | 22,253.40 | 252,585.72 | 3,252,585.72 | | |
| **0.12** | **360** | **1/12/2007** | **$3,000,000** | **1/19/2007** | **7** | **7,589.37** | **260,175.09** | **3,260,175.09** | **63,158.00** | **1/19/2007** |
| 0.12 | 360 | 1/19/2007 | $3,000,000 | 2/12/2007 | 24 | 25,576.14 | 222,593.22 | 3,222,593.22 | | |
| 0.12 | 360 | 2/12/2007 | $3,000,000 | 3/12/2007 | 28 | 30,077.54 | 252,670.76 | 3,252,670.76 | | |
| 0.12 | 360 | 3/12/2007 | $3,000,000 | 4/12/2007 | 31 | 33,610.93 | 286,281.69 | 3,286,281.69 | | |
| **0.12** | **360** | **4/12/2007** | **$3,000,000** | **5/1/2007** | **19** | **20,813.12** | **307,094.81** | **3,307,094.81** | **24,095.00** | **5/1/2007** |
| 0.12 | 360 | 5/1/2007 | $3,000,000 | 5/12/2007 | 11 | 12,037.67 | 295,037.47 | 3,295,037.47 | | |
| 0.12 | 360 | 5/12/2007 | $3,000,000 | 6/12/2007 | 31 | 34,048.72 | 329,086.19 | 3,329,086.19 | | |
| **0.12** | **360** | **6/12/2007** | **$3,000,000** | **6/29/2007** | **17** | **18,864.82** | **347,951.02** | **3,347,951.02** | **$200,000.00** | **6/29/2007** |
| **0.12** | **360** | **6/29/2007** | **$3,000,000** | **7/2/2007** | **3** | **3,147.95** | **151,098.97** | **3,151,098.97** | **$127,026.84** | **7/2/2007** |
| 0.12 | 360 | 7/2/2007 | $3,000,000 | 7/12/2007 | 10 | 10,080.24 | 34,152.37 | 3,034,152.37 | | |
| 0.12 | 360 | 7/12/2007 | $3,000,000 | 8/12/2007 | 31 | 31,352.91 | 65,505.28 | 3,065,505.28 | | |
| 0.12 | 360 | 8/12/2007 | $3,000,000 | 9/12/2007 | 31 | 31,676.89 | 97,182.16 | 3,097,182.16 | | |
| 0.12 | 360 | 9/12/2007 | $3,000,000 | 10/12/2007 | 30 | 30,971.82 | 128,153.99 | 3,128,153.99 | | |
| 0.12 | 360 | 10/12/2007 | $3,000,000 | 11/12/2007 | 31 | 32,324.26 | 160,478.24 | 3,160,478.24 | | |
| 0.12 | 360 | 11/12/2007 | $3,000,000 | 12/12/2007 | 30 | 31,604.78 | 192,083.03 | 3,192,083.03 | | |
| 0.12 | 360 | 12/12/2007 | $3,000,000 | 1/12/2008 | 31 | 32,984.86 | 225,067.88 | 3,225,067.88 | | |
| **0.12** | **360** | **1/12/2008** | **$3,000,000** | **1/17/2008** | **5** | **5,375.11** | **230,443.00** | **3,230,443.00** | **$216,773.62** | **1/17/2008** |
| 0.08 | 360 | 1/17/2008 | $3,000,000 | 2/12/2008 | 26 | 17,412.31 | 31,081.69 | 3,031,081.69 | | |
| 0.08 | 360 | 2/12/2008 | $3,000,000 | 3/12/2008 | 29 | 19,533.64 | 50,615.33 | 3,050,615.33 | | |
| 0.08 | 360 | 3/12/2008 | $3,000,000 | 4/12/2008 | 31 | 21,015.35 | 71,630.68 | 3,071,630.68 | | |
| 0.08 | 360 | 4/12/2008 | $3,000,000 | 5/12/2008 | 30 | 20,477.54 | 92,108.21 | 3,092,108.21 | | |
| 0.08 | 360 | 5/12/2008 | $3,000,000 | 6/12/2008 | 31 | 21,301.19 | 113,409.40 | 3,113,409.40 | | |
| 0.08 | 360 | 6/12/2008 | $3,000,000 | 7/12/2008 | 30 | 20,756.06 | 134,165.47 | 3,134,165.47 | | |
| 0.08 | 360 | 7/12/2008 | $3,000,000 | 8/12/2008 | 31 | 21,590.92 | 155,756.38 | 3,155,756.38 | | |
| 0.08 | 360 | 8/12/2008 | $3,000,000 | 9/12/2008 | 31 | 21,739.66 | 177,496.04 | 3,177,496.04 | | |
| 0.08 | 360 | 9/12/2008 | $3,000,000 | 10/12/2008 | 30 | 21,183.31 | 198,679.35 | 3,198,679.35 | | |
| 0.08 | 360 | 10/12/2008 | $3,000,000 | 11/12/2008 | 31 | 22,035.35 | 220,714.69 | 3,220,714.69 | | |
| 0.08 | 360 | 11/12/2008 | $3,000,000 | 12/12/2008 | 30 | 21,471.43 | 242,186.12 | 3,242,186.12 | | |
| 0.08 | 360 | 12/12/2008 | $3,000,000 | 1/12/2009 | 31 | 22,335.06 | 264,521.18 | 3,264,521.18 | | |
| 0.08 | 360 | 1/12/2009 | $3,000,000 | 1/19/2009 | 7 | 5,078.14 | 269,599.33 | 3,269,599.33 | | |
| 0.08 | 360 | 1/19/2009 | $3,000,000 | 2/12/2009 | 24 | 17,437.86 | 287,037.19 | 3,287,037.19 | | |
| 0.08 | 360 | 2/12/2009 | $3,000,000 | 3/12/2009 | 28 | 20,452.68 | 307,489.87 | 3,307,489.87 | | |
| 0.08 | 360 | 3/12/2009 | $3,000,000 | 4/12/2009 | 31 | 22,784.93 | 330,274.80 | 3,330,274.80 | | |
| 0.08 | 360 | 4/12/2009 | $3,000,000 | 5/12/2009 | 30 | 22,201.83 | 352,476.63 | 3,352,476.63 | | |
| 0.08 | 360 | 5/12/2009 | $3,000,000 | 6/12/2009 | 31 | 23,094.84 | 375,571.47 | 3,375,571.47 | | |
| 0.08 | 360 | 6/12/2009 | $3,000,000 | 7/12/2009 | 30 | 22,503.81 | 398,075.28 | 3,398,075.28 | | |
| 0.08 | 360 | 7/12/2009 | $3,000,000 | 8/12/2009 | 31 | 23,408.96 | 421,484.24 | 3,421,484.24 | | |
| 0.08 | 360 | 8/12/2009 | $3,000,000 | 9/12/2009 | 31 | 23,570.22 | 445,054.47 | 3,445,054.47 | | |
| 0.08 | 360 | 9/12/2009 | $3,000,000 | 10/12/2009 | 30 | 22,967.03 | 468,021.50 | 3,468,021.50 | | |
| 0.08 | 360 | 10/12/2009 | $3,000,000 | 11/12/2009 | 31 | 23,890.81 | 491,912.31 | 3,491,912.31 | | |
| 0.08 | 360 | 11/12/2009 | $3,000,000 | 12/12/2009 | 30 | 23,279.42 | 515,191.73 | 3,515,191.73 | | |
| 0.08 | 360 | 12/12/2009 | $3,000,000 | 1/12/2010 | 31 | 24,215.77 | 539,407.49 | 3,539,407.49 | | |
| 0.08 | 360 | 1/12/2010 | $3,000,000 | 2/12/2010 | 31 | 24,382.58 | 563,790.08 | 3,563,790.08 | | |
| 0.08 | 360 | 2/12/2010 | $3,000,000 | 3/12/2010 | 28 | 22,174.69 | 585,964.77 | 3,585,964.77 | | |
| 0.08 | 360 | 3/12/2010 | $3,000,000 | 4/12/2010 | 31 | 24,703.31 | 610,668.08 | 3,610,668.08 | | |
| 0.08 | 360 | 4/12/2010 | $3,000,000 | 5/12/2010 | 30 | 24,071.12 | 634,739.20 | 3,634,739.20 | | |
| 0.08 | 360 | 5/12/2010 | $3,000,000 | 6/12/2010 | 31 | 25,039.31 | 659,778.52 | 3,659,778.52 | | |
| 0.08 | 360 | 6/12/2010 | $3,000,000 | 7/12/2010 | 30 | 24,398.52 | 684,177.04 | 3,684,177.04 | | |
| 0.08 | 360 | 7/12/2010 | $3,000,000 | 8/12/2010 | 31 | 25,379.89 | 709,556.93 | 3,709,556.93 | | |
| 0.08 | 360 | 8/12/2010 | $3,000,000 | 9/12/2010 | 31 | 25,554.73 | 735,111.65 | 3,735,111.65 | | |
| 0.08 | 360 | 9/12/2010 | $3,000,000 | 10/12/2010 | 30 | 24,900.74 | 760,012.40 | 3,760,012.40 | | |
| 0.08 | 360 | 10/12/2010 | $3,000,000 | 10/27/2010 | 15 | 12,533.37 | 772,545.77 | 3,772,545.77 | | |

**Total Principal:** $3,000,000.00
**Total Interest:** $772,545.77
**Total Attorneys' Fees:** $615,294.54
**Total Advertising Fees:** $15,856.80
**Total Auction Related Fees and Costs:** $8,875.00
**Total Claim:** $4,412,572.11

### iENTERTAINMENT NOTE SCHEDULE: NO DEFAULT INTEREST OR LATE FEES

**Maker of Note:** Escom, LLC
**Payee of Note:** iEntertainment, Inc.
**Original Principal:** $2,500,000
**Loan Date:** 8/1/2007
**Interest Rate:** 8%
**Maturity Date:** 9/1/2009

| %I | Basis | Start Date | Principal | End Date | Interest Days | Monthly Interest Earned | Cum Interest | Total Balance | Payments | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.08 | 360 | 8/1/2007 | $2,500,000 | 9/1/2007 | 31 | 17,222.22 | 17,222.22 | 2,517,222.22 | | |
| 0.08 | 360 | 9/1/2007 | $2,500,000 | 10/1/2007 | 30 | 16,781.48 | 34,003.70 | 2,534,003.70 | | |
| 0.08 | 360 | 10/1/2007 | $2,500,000 | 11/1/2007 | 31 | 17,456.47 | 51,460.17 | 2,551,460.17 | | |
| 0.08 | 360 | 11/1/2007 | $2,500,000 | 12/1/2007 | 30 | 17,009.73 | 68,469.91 | 2,568,469.91 | | |
| 0.08 | 360 | 12/1/2007 | $2,500,000 | 1/1/2008 | 31 | 17,693.90 | 86,163.81 | 2,586,163.81 | | |
| 0.08 | 360 | 1/1/2008 | $2,500,000 | 2/1/2008 | 31 | 17,815.80 | 103,979.61 | 2,603,979.61 | | |
| 0.08 | 360 | 2/1/2008 | $2,500,000 | 3/1/2008 | 29 | 16,781.20 | 120,760.81 | 2,620,760.81 | | |
| 0.08 | 360 | 3/1/2008 | $2,500,000 | 4/1/2008 | 31 | 18,054.13 | 138,814.94 | 2,638,814.94 | | |
| 0.08 | 360 | 4/1/2008 | $2,500,000 | 5/1/2008 | 30 | 17,592.10 | 156,407.04 | 2,656,407.04 | | |
| 0.08 | 360 | 5/1/2008 | $2,500,000 | 6/1/2008 | 31 | 18,299.69 | 174,706.73 | 2,674,706.73 | | |
| 0.08 | 360 | 6/1/2008 | $2,500,000 | 7/1/2008 | 30 | 17,831.38 | 192,538.11 | 2,692,538.11 | | |
| 0.08 | 360 | 7/1/2008 | $2,500,000 | 8/1/2008 | 31 | 18,548.60 | 211,086.71 | 2,711,086.71 | | |
| 0.08 | 360 | 8/1/2008 | $2,500,000 | 8/8/2008 | 7 | 4,217.25 | 215,303.95 | 2,715,303.95 | | |
| 0.08 | 360 | 8/8/2008 | $2,500,000 | 9/1/2008 | 24 | 14,481.62 | 229,785.57 | 2,729,785.57 | | |
| 0.08 | 360 | 9/1/2008 | $2,500,000 | 9/3/2008 | 2 | 1,213.24 | 230,998.81 | 2,730,998.81 | | |
| 0.08 | 360 | 9/3/2008 | $2,500,000 | 10/1/2008 | 28 | 16,992.88 | 247,991.69 | 2,747,991.69 | | |
| 0.08 | 360 | 10/1/2008 | $2,500,000 | 11/1/2008 | 31 | 18,930.61 | 266,922.30 | 2,766,922.30 | | |
| 0.08 | 360 | 11/1/2008 | $2,500,000 | 12/1/2008 | 30 | 18,446.15 | 285,368.45 | 2,785,368.45 | | |
| 0.08 | 360 | 12/1/2008 | $2,500,000 | 1/1/2009 | 31 | 19,188.09 | 304,556.54 | 2,804,556.54 | | |
| 0.08 | 360 | 1/1/2009 | $2,500,000 | 2/1/2009 | 31 | 19,320.28 | 323,876.82 | 2,823,876.82 | | |
| 0.08 | 360 | 2/1/2009 | $2,500,000 | 3/1/2009 | 28 | 17,570.79 | 341,447.61 | 2,841,447.61 | | |
| 0.08 | 360 | 3/1/2009 | $2,500,000 | 4/1/2009 | 31 | 19,574.42 | 361,022.03 | 2,861,022.03 | | |
| 0.08 | 360 | 4/1/2009 | $2,500,000 | 5/1/2009 | 30 | 19,073.48 | 380,095.51 | 2,880,095.51 | | |
| 0.08 | 360 | 5/1/2009 | $2,500,000 | 6/1/2009 | 31 | 19,840.66 | 399,936.17 | 2,899,936.17 | | |
| 0.08 | 360 | 6/1/2009 | $2,500,000 | 7/1/2009 | 30 | 19,332.91 | 419,269.07 | 2,919,269.07 | | |
| 0.08 | 360 | 7/1/2009 | $2,500,000 | 8/1/2009 | 31 | 20,110.52 | 439,379.59 | 2,939,379.59 | | |
| 0.08 | 360 | 8/1/2009 | $2,500,000 | 9/1/2009 | 31 | 20,249.06 | 459,628.65 | 2,959,628.65 | | |
| 0.08 | 360 | 9/1/2009 | $2,500,000 | 10/1/2009 | 30 | 19,730.86 | 479,359.51 | 2,979,359.51 | | |
| 0.08 | 360 | 10/1/2009 | $2,500,000 | 11/1/2009 | 31 | 20,524.48 | 499,883.99 | 2,999,883.99 | | |
| 0.08 | 360 | 11/1/2009 | $2,500,000 | 12/1/2009 | 30 | 19,999.23 | 519,883.22 | 3,019,883.22 | | |
| 0.08 | 360 | 12/1/2009 | $2,500,000 | 1/1/2010 | 31 | 20,803.64 | 540,686.86 | 3,040,686.86 | | |
| 0.08 | 360 | 1/1/2010 | $2,500,000 | 2/1/2010 | 31 | 20,946.95 | 561,633.81 | 3,061,633.81 | | |
| 0.08 | 360 | 2/1/2010 | $2,500,000 | 3/1/2010 | 28 | 19,050.17 | 580,683.97 | 3,080,683.97 | | |
| 0.08 | 360 | 3/1/2010 | $2,500,000 | 4/1/2010 | 31 | 21,222.49 | 601,906.46 | 3,101,906.46 | | |
| 0.08 | 360 | 4/1/2010 | $2,500,000 | 5/1/2010 | 30 | 20,679.38 | 622,585.84 | 3,122,585.84 | | |
| 0.08 | 360 | 5/1/2010 | $2,500,000 | 6/1/2010 | 31 | 21,511.15 | 644,096.99 | 3,144,096.99 | | |
| 0.08 | 360 | 6/1/2010 | $2,500,000 | 7/1/2010 | 30 | 20,960.65 | 665,057.63 | 3,165,057.63 | | |
| 0.08 | 360 | 7/1/2010 | $2,500,000 | 8/1/2010 | 31 | 21,803.73 | 686,861.36 | 3,186,861.36 | | |
| 0.08 | 360 | 8/1/2010 | $2,500,000 | 9/1/2010 | 31 | 21,953.93 | 708,815.30 | 3,208,815.30 | | |
| 0.08 | 360 | 9/1/2010 | $2,500,000 | 10/1/2010 | 30 | 21,392.10 | 730,207.40 | 3,230,207.40 | | |
| 0.08 | 360 | 10/1/2010 | $2,500,000 | 10/27/2010 | 26 | 18,663.42 | 748,870.82 | 3,248,870.82 | | |

**Total Principal:** $2,500,000.00
**Total Interest:** $748,870.82
**Total Attorneys Fees:** $83,021.17
**Total Claim:** $3,331,891.99

| In re:<br>ESCOM, LLC | | CHAPTER 11 |
| --- | --- | --- |
| | Debtor(s). | CASE NUMBER 1:10-BK-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1925 Century Park East, Suite 2000, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as ***Preliminary Response of Washington Technology Associates, LLC, iEntertainment, Inc., and Dom Partners, LLC; Exhibit*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***October 27, 2010***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jeffrey W Dulberg    jdulberg@pszjlaw.com
Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
Peter J Gurfein    pgurfein@lgbfirm.com
John W Kim    jkim@nossaman.com
Susan I Montgomery    susan@simontgomerylaw.com
Margaux Ross    margaux.ross@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***October 27, 2010,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Peter J. Gurfein [In Court Personal Hand Delivery]    Jeff W. Dulberg [In Court Hand Delivery]
1801 Century Park East, Suite 1460                      10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067                                   Los Angeles, CA 90067-4100

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 27, 2010 | Susan I. Montgomery | /s/ Susan I. Montgomery |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                    **F 9013-3.1.PROOF.SERVICE**