SUSAN I. MONTGOMERY (State Bar No. 120667)
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: (310) 556-8900
Fax: (310) 556-8905
susan@simontgomerylaw.com

Attorneys for WASHINGTON
TECHNOLOGY ASSOCIATES, LLC
iENTERTAINMENT, INC

**FILED & ENTERED**

**NOV 08 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ESCOM, LLC,<br><br>Debtor. | INVOLUNTARY CHAPTER 11 PETITION<br>CASE NO.: 1:10-bk-13001-GM<br><br>**ORDER SETTING BRIEFING SCHEDULE RE OBJECTION OF NUTHIN' BUT NET, LLC TO SALE MOTION**<br><br><u>HEARING</u><br>Date: October 27, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 303 |

On the 10:00 a.m. calendar on October 27, 2010, the Honorable Geraldine Mund, United States Bankruptcy Judge, conducted a hearing on Debtor Escom, LLC's motion ("Motion") to approve the sale of the Debtor's Assets. Nuthin' But Net, LLC ("NBN"), the Debtor, Washington Technology Associates, LLC, iEntertainment, Inc. and DOM Partners, LLC (collectively the "Parties" and individually, a "Party") were the only Parties to appear at the hearing.

NBN was the only party that filed an objection to the Motion (the "NBN Objection"). After hearing argument respecting the NBN Objection the Court directed that the parties jointly prepare a stipulated set of facts, including relevant documents, and scheduled a further hearing on the NBN Objection for December 22, 2010, at 10:00 A.M.

1

Concurrently herewith, the Court is entering an order that, among other things, approves the sale of the Assets and the distribution of a portion of the sale proceeds. The Court determined that additional briefing and a further hearing is required before the balance of the proceeds may be disbursed. Accordingly, to facilitate a prompt resolution of the NBN objection, the Court hereby orders and directs the parties to file further briefs as follows:

1. On or before November 24, 2010, any Party intending to appear and argue at the December 22 hearing shall file with the Court a joint stipulation setting forth the agreed upon facts, the remaining facts, if any, in dispute, and the exhibits in support of those facts.

2. On or before November 24, 2010, any Party intending to appear and argue at the December 22 hearing shall file with the Court and serve a memorandum of points and authorities setting forth their legal arguments in support of their position with regard to the issues raised in the NBN Objection.

3. On or before December 8, 2010, any Party intending to appear and argue at the December 22 hearing shall file a reply brief that responds to the arguments set forth in the opposing briefs that are filed on November 24, 2010.

4. The Court shall conduct a further hearing on the NBN Objection at 10:00 a.m. on December 22, 2010. The Court shall not take evidence at that hearing. The Court will not make a determination as to the allowance of any attorneys' fees or costs sought by any Party. If such a determination is necessary, a further briefing schedule and hearing date will be set.

5. NBN requested certain financial information, as reflected on the record at the October 27, 2010 hearing, and the Court agreed to permit NBN to seek only said discovery. The Parties are not obligated to produce any other discovery

///
///
///

1 pending the Court's ruling following the December 22 hearing, absent further
2 order of the Court.

3 Approved as to form:

4

5 SATTERLEE STEPHENS BURKE
& BURKE LLP

6

7 By    /s/ Daniel G. Gurfein
      Daniel G. Gurfein
Attorneys for Nuthin' But Net, LLC

8

9 PACHULSKI STANG ZIEHL & JONES LLP

10

11 By    /s/ Jeffrey Dulberg
      Jeffrey Dulberg
Attorneys for Escom, LLC

12

13 WENDELS MARX LANE & MITTENDORF

14

15 By    /.s/ Scott R. Matthews
      Scott R. Matthews
16 Attorneys for DOM

17 # # #

24 DATED: November 8, 2010

United States Bankruptcy Judge

3

SUSAN I. MONTGOMERY (State Bar No. 120667)
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: (310) 556-8900
Fax: (310) 556-8905
susan@simontgomerylaw.com

Attorneys for WASHINGTON
TECHNOLOGY ASSOCIATES, LLC
iENTERTAINMENT, INC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ESCOM, LLC,<br><br>　　　　　Debtor. | ) INVOLUNTARY CHAPTER 11 PETITION<br>) CASE NO.: 1:10-bk-13001-GM<br>)<br>) ORDER SETTING BRIEFING SCHEDULE<br>) RE OBJECTION OF NUTHIN' BUT NET,<br>) LLC TO SALE MOTION<br>)<br>) <u>HEARING</u><br>) Date: October 27, 2010<br>) Time: 10:00 a.m.<br>) Place: Courtroom 303<br>) |

　　　　On the 10:00 a.m. calendar on October 27, 2010, the Honorable Geraldine Mund, United States Bankruptcy Judge, conducted a hearing on Debtor Escom, LLC's motion ("Motion") to approve the sale of the Debtor's Assets. Nuthin' But Net, LLC ("NBN"), the Debtor, Washington Technology Associates, LLC, iEntertainment, Inc. and DOM Partners, LLC (collectively the "Parties" and individually, a "Party") were the only Parties to appear at the hearing.

　　　　NBN was the only party that filed an objection to the Motion (the "NBN Objection"). After hearing argument respecting the NBN Objection the Court directed that the parties jointly prepare a stipulated set of facts, including relevant documents, and scheduled a further hearing on the NBN Objection for December 22, 2010, at 10:00 A.M...

Concurrently herewith, the Court is entering an order that, among other things, approves the sale of the Assets and the distribution of a portion of the sale proceeds. The Court determined that additional briefing and a further hearing is required before the balance of the proceeds may be disbursed. Accordingly, to facilitate a prompt resolution of the NBN objection, the Court hereby orders and directs the parties to file further briefs as follows:

1. On or before November 24, 2010, any Party intending to appear and argue at the December 22 hearing shall file with the Court a joint stipulation setting forth the agreed upon facts, the remaining facts, if any, in dispute, and the exhibits in support of those facts.

2. On or before November 24, 2010, any Party intending to appear and argue at the December 22 hearing shall file with the Court and serve a memorandum of points and authorities setting forth their legal arguments in support of their position with regard to the issues raised in the NBN Objection.

3. On or before December 8, 2010, any Party intending to appear and argue at the December 22 hearing shall file a reply brief that responds to the arguments set forth in the opposing briefs that are filed on November 24, 2010.

4. The Court shall conduct a further hearing on the NBN Objection at 10:00 a.m. on December 22, 2010. The Court shall not take evidence at that hearing. The Court will not make a determination as to the allowance of any attorneys' fees or costs sought by any Party. If such a determination is necessary, a further briefing schedule and hearing date will be set.

5. NBN requested certain financial information, as reflected on the record at the October 27, 2010 hearing, and the Court agreed to permit NBN to seek only said discovery. The Parties are not obligated to produce any other discovery

///
///
///
///

1 | pending the Court's ruling following the December 22 hearing, absent further
2 | order of the Court.
3 | Approved as to form:

SATTERLEE STEPHENS BURKE
& BURKE LLP

By [signature]
Daniel G. Gurfein
Attorneys for Nuthin' But Net, LLC

PACHULSKI STANG ZIEHL & JONES LLP

By _____
Jeffrey Dulberg
Attorneys for Escom, LLC

WENDELS MARX LANE & MITTENDORF

By [signature]
Scott R. Matthews
Attorneys for DOM

# # #

3

pending the Court's ruling following the December 22 hearing, absent further order of the Court.

Approved as to form:

SATTERLEE STEPHENS BURKE & BURKE LLP


By_____
Daniel G. Gurfein
Attorneys for Nuthin' But Net, LLC


PACHULSKI STANG ZIEHL & JONES LLP


By_____
Jeffrey Dulberg
Attorneys for Escom, LLC


WENDELS MARX LANE & MITTENDORF


By_____
Scott R. Matthews
Attorneys for DOM

###

3

| | |
|---|---|
| In re: ESCOM, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1925 Century Partk East, Suite 2000, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ORDER SETTING BRIEFING SCHEDULE RE OBJECTION OF NUTHIN' BUT NET, LLC TO SALE MOTION
 be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On November 4, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| The Honorable Geraldine Mund<br>United States Bankruptcy Court<br>  - Central District of California<br>21041 Burbank Boulevard, Suite 342<br>Woodland Hills, CA 91367 | VIA OVERNIGHT MAIL |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 4, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- John W Kim    jkim@nossaman.com
- Susan I Montgomery    susan@simontgomerylaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Alan Nisselson and Scott Matthews – anisselson@windelsmarx.com; smatthews@windelsmarx.com
- Daniel G. Gurfein    dgurfein@ssbb.com
- Brian Leventhal    brian@leventhallegal.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/04/2010 | JENNIFER MONTGOMERY | /s/  Jennifer Montgomery |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

| In re: ESCOM, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13001-GM |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER SETTING BRIEFING SCHEDULE RE OBJECTION OF NUTHIN' BUT NET, LLC TO SALE MOTION** was entered on the date indicated as entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As Of November 4, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Michael I Gottfried     mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Peter J Gurfein     pgurfein@lgbfirm.com
- John W Kim     jkim@nossaman.com
- Susan I Montgomery     susan@simontgomerylaw.com
- S Margaux Ross     margaux.ross@usdoj.gov
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| | |
|---|---|
| Alan Nisselson | anisselson@windelsmarx.com; |
| Scott Matthews | smatthews@windelsmarx.com |
| Daniel G. Gurfein | dgurfein@ssbb.com |
| Brian Leventhal | brian@leventhallegal.com |

5

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: admin                 Page 1 of 1             Date Rcvd: Nov 09, 2010
Case: 10-13001                Form ID: pdf031             Total Noticed: 8

The following entities were noticed by first class mail on Nov 11, 2010.
db           +Escom LLC,    23480 Park Sorrento Ste 206B,    Calabasas, CA 91302-1354
aty          +Daniel G Gurfen,    230 Park Ave Ste 1130,    New York, NY 10169-1199
aty          +Pachulski Stang Zieh,    10100 Santa Monica Blvd 11th Fl,    Los Angeles, CA 90067-4003
ptcrd        +AccountingMatters.com LLC,    9812 Falls Rd #114-331,    Potomac, MD 20854-3976
cr            DOM Partners LLC,    Nossaman LLP,    445 S. Figueroa Street, 31st floor,
               Los Angeles, CA  90071-1602
cr           +Nothin But Net LLC,    C/O Daniel G Gurfein,    230 Park Ave Ste1130,    New York, NY 10169-1199
ptcrd        +Washington Technology Associates LLC,    9812 Falls Rd #114-331,    Potomac, MD 20854-3976
ptcrd        +iEntertainment Inc,    9812 Falls Rd #114-331,    Potomac, MD 20854-3976
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2010**                              **Signature:** /s/ Joseph Speetjens