

**FILED & ENTERED**

**FEB 07 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY natan    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Escom LLC,<br><br><br>                    Debtor(s). | Case No: 1:10-bk-13001-GM<br><br>Chapter: 11<br><br>**ORDER REGARDING MEMORANDUM OF OPINION**<br><br>Date: January 5, 2011<br>Time: 10:00 a.m.<br>Location: Courtroom 303 |

After the sale of debtor's assets, Nuthin' But Net, LLC ("NBN") objected to the distribution of certain proceeds resulting from the sale and requested leave to pursue estate causes of action. The parties filed supplemental briefs and after hearing oral argument on January 5, 2011, the court submitted the matter for written decision.

In accordance with the memorandum of opinion filed concurrently herewith which constitutes the court's findings of fact and conclusions of law, the court orders as follows:

    1.    NBN's motion to pursue state court causes of action is DENIED.

    2.    NBN's request for equitable subordination is DENIED.

    3.    The hearings currently set for March 8, 2011 at 10:00 a.m. shall be VACATED.

4. The chapter 11 status conference hearing and the hearing on NBN's request for disallowance of fees and costs shall be CONTINUED to March 29, 2011 at 10:00 a.m. Secured creditors are to file an accounting and declarations supporting the fees and costs by February 25, 2011. NBN must file a list of specific objections by March 11, 2011.

###

DATED: February 7, 2011

*Geraldine Mund*
United States Bankruptcy Judge

- 2

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER REGARDING MEMORANDUM OF OPINION AFTER HEARING**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail). |
|---|---|
| **Jeffrey W Dulberg** Email: jdulberg@pszjlaw.com<br><br>**Susan I Montgomery** Email: susan@simontgomerylaw.com<br><br>Michael Gottfried Email: mgottfried@lgbfirm.com<br><br>Peter Gurfein Email: pgurfein@lgbfirm.com<br><br>Daniel Gurfein Email: dgurfein@ssbb.com<br><br>John Kim Email: jkim@nossaman.com<br><br>**S Margaux Ross** Email: margaux.ross@usdoj.gov<br><br>Lawrence Morrison Email: lfm@msf-law.com<br><br>Allan Ickowietz Email: aickowitz@nossaman.com<br><br>Del Anthony Email: del@escomllc.com | **Escom LLC**<br>P.O. Box 1410<br>Agoura Hills, CA 91367<br>Attn: Del Anthony<br><br>**Washington Technology Associates LLC**<br>9812 Falls Rd #114-331<br>Potomac, MD 20854<br><br>**iEntertainment Inc**<br>9812 Falls Rd #114-331<br>Potomac, MD 20854<br><br>**AccountingMatters.com LLC**<br>9812 Falls Rd #114-331<br>Potomac, MD 20854 |

Category III (To be served by the lodging party).

- 4