Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:    jdulberg@pszjlaw.com

Attorneys for Escom, LLC, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:10-bk-13001-GM |
| **ESCOM, LLC**, | Chapter 11 |
| Debtor. | **STIPULATION BY AND AMONG ESCOM, LLC, DEBTOR AND DEBTOR IN POSSESSION, WASHINGTON TECHNOLOGY ASSOCIATES, LLC, DOM PARTNERS LLC, AND NUTHIN' BUT NET, LLC FOR WITHDRAWAL OF NUTHIN' BUT NET'S LIMITED OPPOSITION TO SALE APPROVAL MOTION** |
| | **Current Hearing:**<br>Date:        March 29, 2011<br>Time:       10:00 a.m.<br>Place:       Courtroom 303<br>                21041 Burbank Blvd.<br>                Woodland Hills, CA  91367<br>Judge:      Hon. Geraldine Mund |

1

23880-001\DOCS_LA:233151.1

This stipulation (the "Stipulation") is entered into by and among Escom, LLC, debtor and debtor in possession (the "Debtor"), Washington Technology Associates, LLC ("WTA"), DOM Partners LLC ("DOM"), and Nuthin' But Net, LLC ("NBN"), with reference to the following facts:

1. On October 18, 2010, the Debtor filed that certain *Motion for Order (I) Authorizing Debtor to Sell Assets Free and Clear of Liens, Claims, and Encumbrances, (II) Approving Asset Purchase Agreement with Successful Bidder Clover Holdings Limited, (III) Authorizing Payment of Sale Commissions From Sale Proceeds, and (IV) Granting Related Relief* (the "Sale Approval Motion").

2. On October 26, 2010, NBN filed its *Opposition to Motion for Order (I) Authorizing Debtor to Sell Assets Free and Clear of Liens, Claims, and Encumbrances, (II) Approving Asset Purchase Agreement with Successful Bidder Clover Holdings Limited, (III) Authorizing Payment of Sale Commissions From Sale Proceeds, and (IV) Granting Related Relief* and related declarations (the "NBN Objection").

3. In the NBN Objection, NBN objected to the distribution of default interest, late fees and collection costs, including attorney's fees, to DOM and WTA (collectively the "Secured Lenders") and contested the validity of iEntertainment Inc.'s secured lien. At a hearing held on October 27, 2010, the Court granted the Sale Approval Motion, authorized the closing of the underlying sale, and ordered the Debtor to pay non-disputed principal and non-default interest to the Secured Lenders. The Court requested further briefing on the matters raised in the NBN Opposition for a hearing to be held on December 22, 2010.[1]

4. On November 29, 2010, NBN and the Secured Lenders filed briefs addressing the issues raised in NBN Objection. The parties, including the Debtor, also filed a Statement of Undisputed Facts and supporting exhibits. Additionally, NBN filed a motion for authority to pursue

---

[1] On a *sua sponte* basis, the Court rescheduled the hearing to January 5, 2011.

2

estate causes of action for breach of fiduciary duty against the Managers and to subordinate the remaining claims of the Secured Lenders (the "Estate Claims Motion"). On December 8, 2010, each of the parties hereto filed reply briefs with respect to these matters.

5. On February 7, 2011, the Court issued its Memorandum of Opinion Regarding Nuthin But Net LLC Objection to Sale and entered its Order Regarding Memorandum of Opinion (the "NBN Order"), denying NBN's Objection and Estate Claims Motion. . The Court further order the Secured Lenders to file an accounting and declarations supporting their fees and costs by February 25, 2011 and NBN to file a list of specific objections thereto by March 11, 2011.

6. Thereafter, the Parties met and conferred respecting the Objection, the Estate Claims Motion and the Court's Order. As a result, NBN agreed to withdraw its NBN Objection and informed the Parties that it will not submit further pleadings respecting the claims of the Secured Lenders to default interest, late fees or collection costs, including attorney's fees.

7. Each of the attorneys executing this Stipulation expressly represents that he or she is duly authorized to execute the stipulation on behalf of his or her client(s) and that such client is bound by the terms of this Stipulation, upon approval by the Court, without further signature.

**WHEREFORE**, the parties hereby stipulate as follows:

A**.** The provisions contained in Recitals 1 through 7 above are incorporated herein by reference.

B. NBN withdraws the NBN Objection in its entirety and does not object to the payment of default interest, late fees or collection costs, including attorney's fees, to the Secured Lenders in accordance with the terms of the Sale Approval Motion, and will not file objections thereto.

3

Dated:   February 17, 2011               PACHULSKI STANG ZIEHL & JONES LLP


                                         By     */s/ Jeffrey W. Dulberg*
                                                Jeffrey W. Dulberg
                                                Attorneys for Escom, Debtor and Debtor In
                                                Possession


Dated:   February __, 2011               SATTERLEE STEPHENS BURKE & BURKE LLP


                                         By     _____
                                                Daniel G. Gurfein
                                                Attorneys for
                                                Nuthin' But Net, LLC

Dated:   February __, 2011               WINDELS MARX LANE & MITTENDORF, LLP


                                         By     _____
                                                Scott R. Matthews
                                                Attorneys for DOM Partners LLC


Dated:   February __, 2011               LAW OFFICE OF SUSAN I. MONTGOMERY


                                         By     _____
                                                Susan I. Montgomery
                                                Attorneys for Washington Technology
                                                Associates, LLC

4

23880-001\DOCS_LA:233151.1

| | | |
|---|---|---|
| 1 | Dated: February __, 2011 | PACHULSKI STANG ZIEHL & JONES LLP |
| 2 | | |
| 3 | | By /s/ Jeffrey W. Dulberg |
| 4 | | Jeffrey W. Dulberg<br>Attorneys for Escom, Debtor and Debtor In Possession |
| 5 | | Salterlee Stephens Burke & Burke LLP |
| 6 | Dated: February 17, 2011 | ~~LANDAU GOTTFRIED & BERGER LLP~~ |
| 7 | | |
| 8 | | By [signature]<br>Daniel G. ~~Peter J.~~ Gurfein |
| 9 | | Attorneys for<br>Nuthin' But Net, LLC |
| 10 | Dated: February __, 2011 | WINDELS MARX LANE & MITTENDORF, LLP |
| 11 | | |
| 12 | | By _____ |
| 13 | | Scott R. Matthews<br>Attorneys for DOM Partners LLC |
| 14 | | |
| 15 | Dated: February __, 2011 | LAW OFFICE OF SUSAN I. MONTGOMERY |
| 16 | | |
| 17 | | By _____ |
| 18 | | Susan I. Montgomery<br>Attorneys for Washington Technology Associates, LLC |

4

23880-001\DOCS_LA:233151.1

Dated: February __, 2011        PACHULSKI STANG ZIEHL & JONES LLP

                                By   /s/ Jeffrey W. Dulberg
                                     Jeffrey W. Dulberg
                                     Attorneys for Escom, Debtor and Debtor In Possession

Dated: February __, 2011        LANDAU GOTTFRIED & BERGER LLP

                                By   _____
                                     Peter J. Gurfein
                                     Attorneys for
                                     Nuthin' But Net, LLC

Dated: February 17, 2011        WINDELS MARX LANE & MITTENDORF, LLP

                                By   /s/ Scott R. Matthews
                                     Scott R. Matthews
                                     Attorneys for DOM Partners LLC

Dated: February __, 2011        LAW OFFICE OF SUSAN I. MONTGOMERY

                                By   _____
                                     Susan I. Montgomery
                                     Attorneys for Washington Technology Associates, LLC

| | | |
|---|---|---|
| 1 | Dated: February __, 2011 | PACHULSKI STANG ZIEHL & JONES LLP |
| 2 | | |
| 3 | | By  /s/ Jeffrey W. Dulberg |
| 4 | | Jeffrey W. Dulberg<br>Attorneys for Escom, Debtor and Debtor In Possession |
| 5 | | |
| 6 | Dated: February 17, 2011 | Satterlee Stephens Burke & Burke LLP<br><s>LANDAU GOTTFRIED & BERGER LLP</s> |
| 7 | | |
| 8 | | By  [signature] |
| 9 | | Daniel G. <s>Peter J.</s> Gurfein<br>Attorneys for<br>Nuthin' But Net, LLC |
| 10 | Dated: February __, 2011 | WINDELS MARX LANE & MITTENDORF, LLP |
| 11 | | |
| 12 | | |
| 13 | | By _____<br>Scott R. Matthews<br>Attorneys for DOM Partners LLC |
| 14 | | |
| 15 | Dated: February 17, 2011 | LAW OFFICE OF SUSAN I. MONTGOMERY |
| 16 | | |
| 17 | | By  [signature] |
| 18 | | Susan I. Montgomery<br>Attorneys for Washington Technology Associates, LLC |

23880-001\DOCS_LA:233151.1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **STIPULATION BY AND AMONG ESCOM, LLC, DEBTOR AND DEBTOR IN POSSESSION, WASHINGTON TECHNOLOGY ASSOCIATES, LLC, DOM PARTNERS LLC, AND NUTHIN' BUT NET, LLC FOR WITHDRAWAL OF NUTHIN' BUT NET'S LIMITED OPPOSITION TO SALE APPROVAL MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **February 17, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COURTESY COPY SERVED BY FEDERAL EXPRESS**
The Honorable Geraldine Mund
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 17, 2011 | Ann E. Mason | /s/ Ann E. Mason |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL**

S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Escom LLC
Attn: Del Anthony
Post Office Box 1410
Agoura Hills, CA  91376

Del Polikretis
PO Box 1175
Agoura Hills, CA  91376

DOM Partners, LLC
2050 Center Avenue
Suite 600
Fort Lee, NJ  07024

DOM Partners, LLC
300B Lake Street
Ramsey, NJ  07446

Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY  10169

Peter J. Gurfein
Landau Gottfried & Berger, LLP
1801 Century Park East, Suite 1460
Los Angeles, CA  90067

Nutin' But Net, LLC
210 Crossways Park West
Woodbury, NY  11797

Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019

Allan H. Ickowitz/John Kim
Nossaman LLP
445 So. Figueroa Street, 31st Floor
Los Angeles, CA  90071

Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067

Washington Technology Associates
9812 Falls Road, #114-331
Potomac, MD  20854

Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th St., 19th Floor
New York, NY 10017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow

iEntertainment, Inc.
9812 Falls Road, #114-331
Potomac, MD 20854

Domain Name Acquisition Group, LLC
Attn: Andrew Miller
188 Needham St., Suite 255
Newton, MA 02464

Accounting Matters
600 Jefferson St., #320
Rockville, MD 20852

Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA 94280

Franchise Tax Board
Attention: Bankruptcy
Post Office Box 2952
Sacramento, CA 95812

Franchise Tax Board
Post Office Box 942857
Sacramento, CA 94257-0631

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114

State Board of Equalization
Attn: Special Procedures Section
Post Office Box 942879
Sacramento, CA 95814

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**