Jeffrey W. Dulberg (CA Bar No. 181200)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    jdulberg@pszjlaw.com

Attorneys for Escom, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re:<br><br>ESCOM, LLC,<br><br>Debtor. | Case No.: 1:10-bk-13001-GM<br><br>Chapter 11<br><br>NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES<br><br>**Hearing Date**<br>Date:    March 29, 2011<br>Time:    10:00 a.m.<br>Place:    Courtroom 303<br>Judge:    Honorable Geraldine Mund |
|---|---|

**TO THE HONORABLE GERALDINE MUND, THE CREDITORS OF THE ESTATE AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that a hearing will be held on March 29, 2011, at 10:00 a.m. in Courtroom 303 of the United States Bankruptcy Court, which is located at 21041 Burbank, Blvd., Woodland Hills, CA 91367 before the Honorable Geraldine Mund for the Court to consider and act upon the application (the "Application") of Pachulski Stand Ziehl & Jones ("PSZJ"), bankruptcy counsel to Escom, LLC (the "Debtor") in the above-entitled chapter 11 case, for approval of final compensation and reimbursement of expenses.

23880-001\DOCS_LA:233715.1

1     **PLEASE TAKE FURTHER NOTICE** that copies of the Application will be on file with the Clerk of the United States Bankruptcy Court, at 21041 Burbank, Blvd., Woodland Hills, CA 91367, no later than March 8, 2011, and will be available for inspection during the Court's normal business hours, and may also be obtained by a party in interest upon specific written request to Felice Harrison, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 11th Floor, Los Angeles, California 90067-4100, Telephone: 310-277-6910, Facsimile: 310-201-0760.

    **PLEASE TAKE FURTHER NOTICE** that in the Application, PSZJ is seeking (a) final approval of its fees incurred and expenses advanced for the period March 17, 2010 through February 28, 2011 consisting of $259,528.00 in fees incurred and $12,205.00 in expenses advanced; and (b) payment of unpaid fees and expenses for the period March 17, 2010 through February 28, 2011, consisting of $145,133.00.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 2016-1(a) and 9013-1(f), any response or opposition must be in writing and filed with the Court and served upon the undersigned counsel no later than fourteen (14) days prior to the hearing date. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Application.

Dated: March 8, 2011         PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Jeffrey W. Dulberg*
      Jeffrey W. Dulberg
      Counsel for Escom, LLC, Debtor and Debtor in Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *March 8, 2011*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On *March 8, 2011*, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *March 8, 2011*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
Honorable Geraldine Mund
U.S. States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 8, 2011   Mary de Leon | /s/ Mary de Leon |
|---|---|
| Date                         Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                     **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**1:10-bk-13001-GM Notice will be electronically mailed to:**

Jeffrey W Dulberg on behalf of Debtor Escom LLC
jdulberg@pszjlaw.com

Michael I Gottfried on behalf of Creditor Nothin But Net LLC
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

Peter J Gurfein on behalf of Creditor Nothin But Net LLC
pgurfein@lgbfirm.com

John W Kim on behalf of Creditor DOM Partners LLC
jkim@nossaman.com

Susan I Montgomery on behalf of Interested Party Courtesy NEF
susan@simontgomerylaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:10-bk-13001-GM Notice will be sent via U.S. mail to:**

Office of the United States Trustee
S Margaux Ross
21051 Warner Ctr Ln, Ste 115
Woodland Hills, CA  91367

Debtor
Escom LLC
Post Office Box 1410
Agoura Hills, CA  91376
Attn: Del Anthony

Del Polikretis
PO Box 1175
Agoura Hills, CA  91376
del@escomllc.com

DOM Partners, LLC
2050 Center Avenue
Suite 600
Fort Lee, NJ  07024

DOM Partners, LLC
300B Lake Street
Ramsey, NJ  07446

Counsel for Nothin' But Net, LLC
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY  10169

Counsel for Nothin' But Net, LLC
Peter J. Gurfein
Landau Gottfried & Berger, LLP
1801 Century Park East, Suite 1460
Los Angeles, CA  90067

Nutin' But Net, LLC
210 Crossways Park West
Woodbury, NY  11797

Accounting Matters
600 Jefferson St., #320
Rockville, MD  20852

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                              **F 9013-3.1.PROOF.SERVICE**

Counsel for DOM Partners LLC
Alan Nisselson/Scott Matthews
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY 10019

Washington Technology Associates
9812 Falls Road, #114-331
Potomac, MD 20854

iEntertainment, Inc.
9812 Falls Road, #114-331
Potomac, MD 20854

State Board of Equalization
Attn: Special Procedures Section
Post Office Box 942879
Sacramento, CA 95814

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114

Counsel for Dom Partners LLC
Allan H. Ickowitz/John Kim
Nossaman LLP
445 So. Figueroa Street, 31st Floor
Los Angeles, CA 90071

Attys for Washington Tech, iEntertainment
& AccountingMatters.comLLC
Lawrence F. Morrison, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower, 140 East 45th St., 19th Floor, New York, NY 10017

Domain Name Acquisition Group, LLC
188 Needham St., Suite 255
Newton, MA 02464
Attn: Andrew Miller

Franchise Tax Board
Attention: Bankruptcy
Post Office Box 2952
Sacramento, CA 95812

Attys for Washington Tech,
iEntertainment &
AccountingMatters.comLLC
Susan I. Montgomery, Esq.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067

i95 Invesment Group
60 Wells Ave., Suite 100
Newton, MA 02459
Attn: Corey Bialow

Taxing Authorities
Employment Development Dept.
Bankruptcy Group
Post Office Box 826880
Sacramento, CA 94280

Franchise Tax Board
Post Office Box 942857
Sacramento, CA 94257-0631

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE